
R PC3

**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

EC JUL 17 2018

# PRISONER CASE Prisoner Civil Cover Sheet

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DEANDRE CRAWFORD

**Defendant(s):** CHARLES BEST ETC., ET AL.

**County of Residence:** Randolph

**County of Residence:**

**Plaintiff's Address:**

**Defendant's Attorney:**

DeAndre Crawford
M-30080
Stateville-STV
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

1:18-cv-04882
Judge Edmond E. Chang
Magistrate Judge Jeffrey T. Gilbert
PC3

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** Erin Casuul

**Date:** 7/17/2018