# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

DeAndre Crawford
                       Plaintiff,

v.                                                  Case No.: 1:18−cv−04882
                                                    Honorable Edmond E. Chang

Charles Best, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: On the Court's own initiative, the Coourt will recruit pro bono counsel in light of the scope of the case and the problems with service of process on at least four of the defendants. R. 6, 7, 8, 9. (If Plaintiff objects to the recruitment, then he may file a motion to vacate the recruitment.) Plaintiff is alerted that, like any other client who has retained an attorney, he must respect the time and effort of his counsel, and must carefully consider all of the advice provided by counsel. Counsel is under no obligation to pursue claims that do not have a reasonable basis in law or in fact. If a recruited attorney withdraws due to the unreasonable conduct or positions of a client, then it is very unlikely that another lawyer will be recruited. Hopefully this will not come to pass, and instead the attorney−client relationship will be a productive one. Also, Plaintiff must be realistic in considering the advice of counsel on the risks of litigation and the potential damages. Status hearing of 11/30/2018 is reset to 01/23/2019 at 10:00 a.m., by which time hopefully counsel will have been in contact with Plaintiff. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.