LETTER OF OFFICE-DECEDENT'S ESTATE                                2018P000150-42

| STATE OF ILLINOIS | | COUNTY OF DU PAGE |
|---|---|---|
| | UNITED STATES OF AMERICA | |
| | IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT | |

IN RE THE ESTATE OF

SALEH OBAISI
DECEASED

2018P000150
CASE NUMBER

LETTER OF OFFICE
DECEDENT'S ESTATE

**FILED**
18 Feb 22   AM 09: 37

*Chris Kachiroubas*
CLERK OF THE
18TH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS

   GHALIAH OBAISI has been appointed INDEPENDENT EXECUTOR of the estate of SALEH OBAISI, deceased who died 12/23/2017, and is authorized to take possession of and collect the estate of the decedent, and to do all acts required of GHALIAH OBAISI by law, pursuant to order of Court entered 02/22/2018 by Judge ANNE THERIEAU HAYES.

**WITNESS: CHRIS KACHIROUBAS,** Clerk of Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Illinois

**02/22/2018**
Date

*Chris Kachiroubas*
Clerk of the Eighteenth Judicial Circuit

**CERTIFICATE**
I certify that this is a copy of the Letters of Office now in force and effect on this date in this estate

Name: FORNARO LAW
DuPage Attorney Number: 185752     ☐ PRO SE
Attorney for: ESTATE
Address: 1022 SOUTH LAGRANGE ROAD
City/State/Zip: LAGRANGE, IL, 60525
Phone number: 708-639-4320

**CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©**
**WHEATON, ILLINOIS 60187-0707**
Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-02222018-0937-44773