## DECLARATION OF GHALIAH OBAISI

I, GHALIAH OBAISI, declare under penalty of perjury, that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, would state as follows:

1.      I am the duly appointed INDEPENDENT EXECUTOR of the estate of SALEH OBAISI, deceased.

2.      In lieu of personal service upon me of any Suggestion of Death, Motion for Substitution of Party, and any correlating Notice of Motion, related to Saleh Obaisi, M.D., deceased, I will accept timely service via email at obaisiestate@gmail.com, assuming a copy of the email and any attachments thereto is also sent via email to the attorneys of record from Cassiday Schade, LLP for this particular case.

3.      If the Plaintiff perfects timely service of any Suggestion of Death, Motion for Substitution of Party, and any correlating Notice of Motion, related to Saleh Obaisi, M.D., deceased, in the manner described in paragraph #2 above, I will not contest personal service of those referenced documents (Suggestion of Death, Motion for Substitution of Party, and any correlating Notice of Motion, related to Saleh Obaisi, M.D., deceased).

I, GHALIAH OBAISI, declare under penalty of perjury that the foregoing is true and correct.

**GHALIAH OBAISI**

DATE: 3/1/18