8 Jan 19

To whom it may concern,

   I have received a wavier of summons for an issue that happened while I was employed at Stateville Correction faculty in Joliet Illinois. I have been out on medical leave since May of 2016. I have since moved to the state of Arizona in June of 2017. I am willing to answer any question that is pertaining to this incident. I can be available to reach by cell phone or email at any time. Thank you. My phone number is (815)514-9374. My Email is ragu1363@yahoo.com.

Terrence M Ragusa

**FILED**

JAN 16 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT