Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

 

### M30080 - CRAWFORD, DEANDRE

**Parent Institution:** LAWRENCE CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** LAWRENCE CORRECTIONAL CENTER

Click here to register for notification on any changes to this offender's custody status

## PHYSICAL PROFILE

**Date of Birth:** 02/02/1979
**Weight:** 171 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 08 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS

TATTOO, ARM, RIGHT UPPER - DEMONTA DARIUS CRYNOW/LAUGH LATE

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:** 07/17/2012
**Projected Parole Date:** 02/12/2088
**Last Paroled Date:**
**Projected Discharge Date:** 02/12/2091

## SENTENCING INFORMATION

| MITTIMUS: | 08CR0526501 |
|---|---|
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 02/12/2008 |
| SENTENCE: | 31 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 08CR0526501 |
|---|---|
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 02/12/2008 |
| SENTENCE: | 49 Years 0 Months 0 Days |

| COUNTY: | COOK |
|---|---|
| SENTENCE DISCHARGED?: | NO |
| | |

www.jpay.com

www.westernunion.com

www.gtl.net/ilstate

The information made available on this database service is for the general public and law enforcement to promote the interest of public safety. The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.