AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action



RECEIVED

FEB 1 3 2019
ADMINISTRATIVE
REVIEW BOARD

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, NORTHERN DISTRICT DIVISION

DEANDRE CRAWFORD,

        Plaintiff,

v.

DR. ANGUINALDO, C/O ANASTACIO, C/O
CANNAHAN, C/O RAGUSA, CHIEF
ENGINEER DOLY, C/O DANALWHICH, L.
DIAZ, LT. BENNETT, LT. BURKBILE, LT. MR.
GIVENS, SGT. CARROLL, SGT. HART, SGT.
HEPLIN, SGT. WHITFIELD, WARDEN
PFISTER, DR. SALAH OBAISI, and WEXFORD
HEALTH SOURCES, INC. (nominal defendant),

        Defendants.

Civil Action No. 18-cv-4882

(If the action is pending in another district,
state where)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO:   **Via Email: DOC.ARBLegalReg@illinois.gov**

    **Illinois Department of Corrections**
    **Attn: Administrative Review Board**
    **1301 Concordia Court**
    **P.O. Box 19277**
    **Springfield, Illinois 62794-9277**

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying testing, or sampling of the material: **Complete and unabridged copies of all documents relative to grievances filed by Deandre Crawford, (IDOC # M30080 ) (DOB:2/2/1979) (See HIPAA Order Attached.)**

| Place: | Date and Time: |
|---|---|
| Cassiday Schade LLP<br>222 W. Adams St. Suite 2900<br>Chicago, IL 60606 | March 18, 2019 at 4:00 p.m. |

☐ ~~*Inspection of Premises*~~: ~~**YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.~~

| ~~Place:~~ | ~~Date and Time:~~ |
|---|---|
| | |

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: <u>February 8, 2019</u>

                        *CLERK OF COURT*

                                             OR     */s/Joseph J. Lombardo*

| _____ | | _____ |
|:---:|:---:|:---:|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's Signature* |

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) <u>LIDIA DIAZ, R.N., and</u> <u>EVARISTO AGUINALDO, M.D.</u> who issues or requests this subpoena, are: <u>Joseph J. Lombardo, Cassiday Schade LLP,</u> <u>222 West Adams Street, Suite 2900, Chicago, IL 60606, (312) 641-3100, jlombardo@cassiday.com.</u>

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

ARB - Crawford  000002

Civil Action No. 18-cv-4882 .

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for (*name of individual and title, if any*) _____ was received

by me on (*date*) _____.

☒ I served the subpoena by mailing via certified mail, return receipt requested, **No. 7018 1830 0001**

**6392 7556** a copy to the named person as follows: **Illinois Department of Corrections, Attn:**

**Administrative Review Board, 1301 Concordia Court, P.O. Box 19277, Springfield, Illinois 62794-**

**9277** _____ on (*date*) _February 8, 2019_____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

~~Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also~~
~~tendered to the witness fee or one day's attendance, and the mileage allowed by law, in the amount of~~
~~$_____.~~

~~My fees are $_____ for travel and $_____ for services, for a total of $_____.~~

I declare under penalty of perjury that this information is true.

Date: __February 8, 2019_____

_/s/Beverly Korito-Weeks_____
Server's Signature

Beverly Korito-Weeks_____
Printed Name and Title

222 W. Adams St. Suite 2900, Chicago, IL 60606___
Server's Address

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction - which may include lost earnings and reasonable attorney's fees - on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises - or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that;

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Spec Eying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**

The court for the district where compliance is required - and also, after a motion is transferred, the issuing court - may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

ARB - Crawford 000004

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DEANDRE CRAWFORD,

        Plaintiff,

    v.

WEXFORD HEALTH SOURCES, INC., et al.,

        Defendants.

Case Number  18-cv-4882

Judge Edmond E. Chang

## QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and 45 C.F.R. § 164.512(e)(1), the Court finds good cause for the issuance of a qualified protective order and ORDERS as follows:

1.    The parties and their attorneys are hereby authorized to receive, subpoena and transmit "protected health information" pertaining to Plaintiff to the extent and subject to the conditions outlined herein.

2.    For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. § 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information, relating to either (a) the past, present, or future physical and mental condition of an individual, (b) the provision of care to an individual, or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3.    All "covered entities" (as defined by 45 C.F.R. § 160.13) are hereby authorized to disclose protected health information pertaining to Plaintiff to attorneys representing the Plaintiff and Defendants in the above-captioned litigation.

4.     The parties and their attorneys shall be permitted to use or disclose the protected health information of Plaintiff only for purposes of prosecuting or defending this action including any appeals of this case. This includes, but is not necessarily limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process of this case.

5.     Prior to disclosing Plaintiff's protected health information to persons involved in this litigation, counsel shall inform each such person that Plaintiff's protected health information may not be used or disclosed for any purpose other than this litigation. Counsel shall take all other reasonable steps to ensure that persons receiving Plaintiff's protected health information do not use or disclose such information for any purpose other than this litigation.

6.     Within 45 days after the conclusion of the litigation including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return Plaintiff's protected health information to the covered entity or destroy any and all copies of protected health information pertaining to Plaintiff, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

7.     This Order does not control or limit the use of protected health information pertaining to Plaintiff that comes into the possession of the parties or their attorneys from a source other than a "covered entity," as that term is defined in 45 C.F.R. § 160.103.

8.     Nothing in this Order authorizes counsel for the Defendants to obtain medical records or information through means other than formal discovery requests, subpoenas, depositions, pursuant to a patient authorization, or other lawful process.

2

ARB - Crawford  000006

9.      This Order does not authorize either party to seal court filings or court proceedings. The Court will make a good cause determination for filing under seal if and when the parties seek to file Plaintiff's protected health information under seal.

ENTER: *Edmund E. Chang*

_____

Edmond E. Chang, District Court Judge

Dated: 2-5-2019

3

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| DR | 02/14/2019 | STA | STA | SAJO | G | RGF; GRV# 7607 DR 12/3/2018 FOR 310 AND 313.  PTF, OVER 30 DAYS FROM CAO SIG |
| CONDITIONS | 01/23/2019 | STA | STA | SHBE | G | GRV# 3635 ON NO HOT WATER IN SINK SINCE 4/9/18 & C/O SHARP DENIED SHOWE |
| GRIEV PROCESS | 08/30/2018 | STA | STA | SAJO | G | RGF; GRV DTD 7/2/2018. GRVS STATUS OF GRV #3635 CLAIMS THAT HE DID NOT RE |
| DR | 03/06/2018 | STA | STA | SAJO | G | RGF; GRV# 1239+1386. *NO WRITTEN GRV ATTACHED* INC# 201703490, DR 12/11/17. |
| PP | 09/29/2017 | STA | STA | SAJO | G | GRV #1788. GRVS MISSING PP UPON SEG RELEASE 5/25/17.  MISSING FAN, RAZOR, |
| PROGRAM/JOBS | 08/25/2017 | STA | STA | SAJO | G | GRV #1375. GRV DTD 4-19-17. GRVS BEING FIRED FROM HIS SOAP SHOP JOB. I/M S |
| MEDICAL | 08/09/2017 | STA | STA | SAJO | G | GRV# 1195; GRVS ONGOING ISSUE WITH ELNARGED PROSTRATE AND SHOULD NO |
| PP | 08/09/2017 | STA | STA | SAJO | G | GRV# 1073;  GRVS TACT TEAM SHAKEDOWN IN 1/2017 OF INDUSTRIES & ITEMS MIS |
| BUSINESS/TRUST | 04/03/2017 | STA | STA | SAJO | G | GRV #197. GRVS HE WAS OVERCHARGED FOR COMMISSARY |
| CONDITIONS | 03/02/2017 | STA | STA | SAJO | G | GRV #3165. GRVS MATTRESS WAS TAKEN DURING SHAKEDOWN ON 7/12/16 AND H |
| CONDITIONS | 01/03/2017 | STA | STA | SAJO | G | GRV #1283. DTD 2-21-16. GRVS SINK NOT WORKING IN CELL 408. PER GRV OFF SIN |
| RELIGION | 01/03/2017 | STA | STA | SAJO | G | GRV #323. GRVS SGT PANAZZO TOLD HIM TO REMOVE RELIOUS HEADGEAR 1/18/16 |
| STAFF CONDUCT | 01/03/2017 | STA | STA | SAJO | G | GRV #784. DTD 1-24-16. GRVS SGT. PANNAZZO AND LT. BENNETT 1/20/16 DENIED HI |
| DR | 12/21/2016 | STA | STA | SHBE | G | RGF; GRV# 2069: IDR 3/17/16  (201601016). GRV IS DATED 3/25/16 & ARB ADDRESSEI |
| DR | 10/12/2016 | STA | STA | SHBE | G | GRV# 1742: IDR'S (2) DATED 3/17/16 & 3/18/16 (1016 & 1028). GRV IS DATED 4/12/16 & |
| MEDICAL | 09/28/2016 | STA | STA | DEKN | G | GRV H175.  CLAIMS HE DID NOT RECEIVE HIS A.M. MEDICATION ON 1/18/16, 1/19/16 |
| MEDICAL | 07/21/2016 | STA | STA | SHBE | G | GRV# H199: HCU VISIT 1/18/16, DENTAL EXAM W/ DR. OBENHOUSER. GRV IS DATED |
| MEDICAL | 07/21/2016 | STA | STA | SHBE | G | GRV# H200: FILLING TX, FOLLOW-UP (DEC/2015). GRV IS DATED 1/15/16 & CLAIMS N |
| MEDICAL | 07/21/2016 | STA | STA | SHBE | G | GRV# H197: TX FOR PAIN 12/13/15. GRV IS DATED 12/16/15 & WRITES ON 12/11/15 TE |
| MEDICAL | 05/18/2016 | STA | STA | SAJO | G | GRV# 4836. GRVS NOT REC'V SEIZURE MEDS DEPAKOTE. FAILS TO CITE WHEN HE |
| MEDICAL | 02/05/2016 | STA | STA | SAJO | G | GRV #H643, GRVS DURING RAMADAN FAST HIS MEDICATION WAS NOT BROUGHT F |
| MEDICAL | 02/04/2016 | STA | STA | SAJO | G | GRV #H751; MED TX FOR PAIN IN BACK AND SHOULDER. GRVS HE WAS SEEN BY N |
| MEDICAL | 01/28/2016 | STA | STA | SAJO | G | RGF; GRVS NEEDS FILLING IN HIS TOOTH. GRV DATED 12/17/15. NEED FAC RESPON |
| STAFF CONDUCT | 11/17/2015 | STA | STA | LEMC | G | RGF:  GRV 1520; CO ALVAREZ 3/15/15. ARB RECEIVED 30 DAYS PTF OF CAO'S SIGNA |
| MEDICAL | 05/29/2015 | STA | STA | SAJO | G | GRV. # M229:  GRIEVES NOT RECEIVING PROPER MED TX FOR BROKEN TOOTH WH |
| STAFF CONDUCT | 04/07/2015 | STA | STA | SAJO | G | GRV # 2483; INCIDENT 7/30/14 W/ C/O WALKER NOT ALLOWING HIM TO GO ON CALL |
| MEDICAL | 04/06/2015 | STA | STA | SAJO | G | GRV'S M317+M319; CO-PAY OF 5/23/14 AND 6/5/14 FOR FOLLOW-UP TX FOR BROKE |
| DR | 03/11/2015 | STA | STA | SAJO | G | RGF GRV# 4229;  DR 10/24/14 AND 2 MEDICAL CO-PAYS.  MISSING FIRST PAGE OF G |
| PROGRAM/JOBS | 02/27/2015 | STA | STA | SAJO | G | GRV # 2484; REMOVED FROM JOB 8/3/14. GRV IS DATED 8/4/14. CLAIMS IS DISCRIMI |
| MEDICAL | 12/29/2014 | STA | STA | SHBE | G | GRV# M257: REQUEST FOR DENTAL TX 5/16/14. GRV IS DATED THE SAME & I/M CLA |
| MEDICAL | 12/19/2014 | STA | STA | SHBE | G | GRV# 1844: SEIZURE CLINIC OF 4/22/14 & CLAIMS C/O WALKER WOULDN'T ALLOW F |

| Igrv Code | Hearing/Rec Date | Igrv Loc | Hearing Loc | Chair Code | Mail Code | Comments Field |
|---|---|---|---|---|---|---|
| RELIGION | 12/19/2014 | STA | STA | SHBE | G | RGF; GRV# 1181: HALAL DIET & REQUESTING ABOUT ONE SINCE AUG/2012. GRV IS |
| MEDICAL | 04/14/2014 | STA | STA | SAJO | G | RGF; (3) GRVS. GRVS PARTIAL WAS FINALLY MADE AND DENTIST REFUSED TO GIV |
| STAFF CONDUCT | 04/14/2014 | STA | STA | SAJO | G | RGF; ALLEGES CO CARROLL WOULD NOT LET HIM TAKE IN HOUSE CALL PASS TO S |

ARB - Crawford  000009

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: **Crawford** **DeAndre** MI **M30080** ID#
Last Name      First Name

Facility: **Stateville**

☑ Grievance: Facility Grievance # (if applicable) **7607** Dated: **12/10/18** or ☐ Correspondence: Dated: _____

Received: **2/11/19** Regarding: **DR 123118**
Date

---

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information required to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☑ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: <u>Sarah Johnson</u>      <u>S. Johnson</u>      <u>2/14/19</u>
Print Name                Signature              Date

---

ARB - Crawford  000010

29621/B822

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**
STATEVILLE C.C.                              Date: 12/3/18

**Type of Report:**
☑ Disciplinary    ☐ Investigative          Facility

Offender Name: CRAWFORD ~~Steven~~ DeAndre    ID #: M30080

Observation Date: 12/3/18   Approximate Time: 11:00   ☐ a.m. ☐ p.m.   Location: South Yard

Offense(s) DR 504: 310 Abuse of Privileges ; 313 Disobeying A Direct Order

Observation: (NOTE: Each offense identified above must be substantiated.)
On the above date and approx time. The R/sgt A. Carter #4909 gave
A verbal order to tower 118 to "sound the horn and give A verbal
order to clear yard at approx 1045AM. At approx 11:09AM the R/sgt
cleared South yard for chow I/m Crawford positive I.D. by state I.D.
was given A Direct order to exit th yard by this R/sgt I/mM30080
Refused to come off. End of Report

Witness(es): Lt. Jacob   ofc. Steward #13391

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| A. CARTER | 4909 | A Carter | 12/3/18 | 12:00 ☐ a.m. ☑ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status   Reasons: _____

| | | |
|---|---|---|
| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☑ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee.
☐ Minor Infraction, submitted to Program Unit

| Tre Berry A614 | Geo Berry | 12-4-18 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☑ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

| John Wolf 5103 | EJ Wolf | 12/5/18 |
|---|---|---|
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

#### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

#### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if offender refused to sign

| John Wolf | Offender's Signature 5103 | ID# |
|---|---|---|
| Serving Employee (Print Name) | Badge # | Signature |
| Date Served 12/5/18 | Time Served 855 | ☐ a.m. ☐ p.m. |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Offender's Signature                ID#

---

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____  _____  _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Witness can testify to: | | | |
| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
| Witness can testify to: | | | |

RECEIVED
FEB 11 2019
ADMINISTRATIVE
REVIEW BOARD

Page 1 of 1
Printed on Recycled Paper

Distribution:  Master File
               Offender
               Facility (2)

DOC 0317 (Rev. 2/2007)

ARB - Crawford  000011

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE



| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 12/24/18 | **Date of Review:** 1/2/19 | **Grievance #** (optional): 7607 |

**Committed Person:** DeAndre Crawford

ID#: M30080

**Nature of Grievance:** DR – 201802962/1-STA

**Facts Reviewed:** *Grievant was issued a DR for 310 and 313 on 12/3/18 and was found guilty and received one month each c grade, commissary restriction, and recreation restriction. He wants the disciplinary report expunged.*

*Grievance Officer finds that DR was reviewed and determined by the Adjustment Committee that they are reasonably satisfied of the offender's guilt. Grievance Officer cannot substantiate the incident occurred any other way than reported. DR upheld, disciplinary sanctions and procedures imposed are within max capacity.*

**Recommendation:** *Based upon a total review of all available information, it is recommended that grievance be DENIED. Unable to substantiate this incident occurred any other way than reported.*

_____
**Anna McBee, CCII**
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** 1/4/19 | ☑ I concur  ☐ I do not concur  ☐ Remand | |

**Comments:**

RECEIVED
FEB 11 2019
ADMINISTRATIVE
REVIEW BOARD

_____
Chief Administrative Officer's Signature

1/4/19
Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____
Committed Person's Signature

M30080
ID#

1-29-19
Date

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

ARB - Crawford 000012

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

B427

| Date: 12/16/18 | Offender: (Please Print) DeAndre Crawford | IDs: M30050 |
|---|---|---|

| Present Facility: STA | Facility where grievance issue occurred: |
|---|---|

**NATURE OF GRIEVANCE:**

RECEIVED

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): DEC 24 2018
- [x] Disciplinary Report: 12 / 3 / 18
  Date of Report                     Facility where issued 7607

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12-3-18 I was written a disciplinary program ticket for, 310- abuse of privileges and 313- disobeying a direct order. While leaving the south yard myself and I three other inmates were locked on the yard. Once I got to the gate sgt. Carter came and lock the gate and refuse to allow me to leave the yard. I asked sgt. carter what he was on. He "Man, Lt. said to lock y'all on." However yard is not a privillege given to inmates. hea a

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30050 | 12 / 16 / 18 |
|---|---|---|
| Offender's Signature | IDs | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** | |
|---|---|
| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

| **EMERGENCY REVIEW** | RECEIVED |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

FEB 11 2019

| Chief Administrative Officer's Signature | Date ___/___/___ |
|---|---|

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford 000013

Is a right provided by the Constitution. By law inmates are required to have X-amount of rea and time out of their cells for exercise. So therefore this charge of abuse of privileges does not apply in this case. And the 30 day yard denial is unjust and sanction should be voided.



J.B. Pritzker
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Jan. 23 2019
Date

Offender: Crawford, Deandre

ID#: M30080

Facility: Stateville

This is in response to your grievance received on 1/4/2019 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4/20/18  Grievance Number: 3635  Griev Loc: Stateville

- [ ] Transfer denied by the Facility
- [ ] Dietary _____
- [ ] Personal Property _____
- [ ] Mailroom/Publications _____
- [ ] Assignment (job, cell) _____
- [ ] Commissary / Trust Fund _____
- [x] Conditions (cell conditions, cleaning supplies, etc.) no Hot water since 4/9/18
- [ ] Disciplinary Report: Dated: _____ Incident # _____
- [x] Other 90 Sharp denied Shower 4/20/18

Based on a review of all available information, this office has determined your grievance to be:

- [ ] Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [ ] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- [ ] Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- [x] Other: Mixed. Hot water has been fixed: moot. Unsubstantiated against staff: denied.

FOR THE BOARD: S. Benton
Sherry Benton
Administrative Review Board

CONCURRED: John R. Baldwin
John R. Baldwin
Acting Director

CC: Warden, Stateville Correctional Center
Crawford, Deandre ID# M30080

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ARB - Crawford  000015

B1220

| Grievance Officer's Report |
| --- |

Date Received: August 23, 2018    Date of Review: November 30, 2018    Grievance # 3635

Committed Person: DEANDRE CRAWFORD

ID#M30080

Nature of Grievance: CONDITIONS

Facts Reviewed: Grievant claims in a grievance written 4/20/18 that since 4/9/18 he has been without hot water in his cell. He asked the Unit Security staff about getting a shower after yard since they do not have hot water in the cell to wash up but was told no by C/O Sharp, Sgt. Bailey and an unnamed Lt. He further claims he has not been allowed to shower outside of his scheduled shower days, 3 days per week. He is requesting that is hot water be turned on.

Counselor Response: Per Chief Engineer, the issue with the hot water has been resolved. Per C/O Sharp, showers are not given after yard. – Counselor M. Ezell 8/14/18

Grievance Officer finds that per Chief Engineer the issue regarding no hot water in grievant cell has been resolved.

Per Sgt. Bailey offenders are not given showers upon request or after they return from yard. Offenders are only allowed access to the showers on their scheduled day, unless an offender has a special/medical shower permit.

Grievant by his own admission did receive his showers per Unit schedule.

RECEIVED

JAN 0 4 2019

ADMINISTRATIVE
REVIEW BOARD

Recommendation: Based on a total review of all available information it is the recommendation of this Grievance Officer that this grievance be considered **MOOT.**

Colleen Franklin CCII
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 12-3-18    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

_____                                    12-3-18
Chief Administrative Officer's Signature                          Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Off and offender records his C grade did end on icer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford
_____          M30080          12-23-18
Committed Person's Signature               ID#               Date

3622

| Date: 4-20-18 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): CONDICTIONS

☐ Disciplinary Report: _____ / _____ / _____
    Date of Report                       Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

RECEIVED
STATEVILLE C.C.
AUG 2 3 2018
GRIEVANCE DEPARTMENT
BY: _____

STATEVILLE C.C.
3623
GRIEVANCE DEPARTMENT

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

We have been without hot water since 4-9-18. My
cellmate was told by c/o Sharp that the Plummers ~~wouldn't~~
~~be~~ said they didn't have the right piece to fix the
sink. Both my cellmate and I have spoken to the staff
in B-house to get our hot water fixed. We've spoken
to c/o Sharp on 4-9, 4-10, 4-14, 4-20 on which Sharp
acted with deliberate indifferece denied me and my
cellmate to shower after coming back from yard. I asked
Sharp if my cellmate and I could get a shower because

Relief Requested: to have our hot water turned on

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Crawford                        M30080      4, 20, 18
Offender's Signature                              ID#         Date
(Continue on reverse side if necessary)

RECEIVED

---

| Counselor's Response (if applicable) |
|---|

JAN 04 2019
ADMINISTRATIVE REVIEW BOARD

Date Received: 5 / 7 / 18      ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to
                                                        Administrative Review Board, P.O. Box 19277,
                                                        Springfield, IL 62794-9277

Response: PER THE CHIEF ENGINEER, THE ISSUE WITH THE
HOT WATER HAS BEEN RESOLVED. PER C/O SHARP,
SHOWERS ARE NOT GIVEN AFTER YARD.

M. Ezell                          M. Ezell CCI      8, 14, 18
Print Counselor's Name                                 Counselor's Signature        Date of Response

---

| EMERGENCY REVIEW |
|---|

Date Received: _____ / _____ / _____      Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                  ☐ No; an emergency is not substantiated.
                                                                    Offender should submit this grievance
                                                                    in the normal manner.

                                                                    _____ / _____ / _____
Chief Administrative Officer's Signature                                                 Date

ARB - Crawford 000017

We don't have hot water. Sharp said, "Absolutely Not" and again on 4-23. We've spoken to Sgt. Baily on 4-14, 4-16, 4-21, and 4-23. We also spoke to the Lt. of B-house on 4-17, 4-23 and 4-24. We have yet to get our water fixed. Since 4-9-18 while our hot water has been off we have not been allowed to shower outside of our scheduled days. Three times a week.

ARB - Crawford 000018

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford_  _DeAndre_  _M30080_
Last Name · First Name · MI · ID#

Facility: _Stateville_

☑ Grievance: Facility Grievance # (if applicable) _____ Dated: _7/2/18_ or ☐ Correspondence: Dated: _____
Received: _8/29/18_ Regarding: _Status of grv # 3635 on Condition_

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
☐ Provide dates when incidents occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
☐ Contact your correctional counselor or Field Services regarding this issue.
☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
☐ This office previously addressed this issue on _____ Date
☐ No justification provided for additional consideration.

Other (specify): _Per Counselor grv # 3635 was answered. Contact the grievance officer_

Completed by: _Sarah Johnson_  Signature: _Sarah Johnson_ _8/30/18_
Print Name · Signature · Date

_for the status._

Distribution: Offender
Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev. 3/2018)

ARB - Crawford 000019

# OFFENDER'S GRIEVANCE

3622

| Date: 7-2-18 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

## NATURE OF GRIEVANCE:

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify) _____

☐ Disciplinary Report: ____/____/____  Date of Report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

RECEIVED STATEVILLE C.C.
JUL 05 2018
BY: _____

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I put in greivance #3635 two months ago about the conditions of my cell 822 of B-House. We were without hot water for a period of weeks. However I have not received a reply, and it's been almost three months since I've submited the grievance.

RECEIVED ADMINISTRATIVE REVIEW BOARD AUG 29 2018

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford    M30080    7, 2, 18
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|

Date Received: 7, 6, 18    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: GRIEVANCE #3635 WAS ANSWERED ON 8-14-18 ONCE A PROPER RESPONSE WAS OBTAINED FROM THE CHIEF ENGINEER REGARDING THE HOT WATER IN CELL B-822.

M. Ezell
Print Counselor's Name

N. Ezell CCI    8, 14, 18
Counselor's Signature    Date of Response

| EMERGENCY REVIEW | | |
|---|---|---|

Date Received: ____/____/____    Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

____/____/____
Chief Administrative Officer's Signature    Date

ARB - Crawford  000020

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Crawford_ _De Andre_ _M 30080_
                Last Name                First Name         MI      ID#

Facility: _Stateville_

☒ Grievance: Facility Grievance # (if applicable) _1239 + 1386_ Dated: _no doc 0046_ or ☐ Correspondence: Dated: _____

Received: _2/28/18_ Regarding: _OR 12/11/17_
         Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                          Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _No DOC 0046 attached as required._

Completed by: _Sarah Johnson_       _Sarah Johnson_       _3/6/18_
              Print Name                      Signature             Date

ARB - Crawford  000021

# Proof of Service

I DeAndre Crawford do hereby swear to the following: On Feb. 23, 2018. I have placed grievance officer's report #1239 + 1386 dated 1/8/18. in the Stateville Correctional Center Mail Service. To be mailed to the Administrative Review Board.

Respectfully
DeAndre Crawford
DeAndre Crawford #M30088
P.O. Box 112
Joliet, IL. 60434

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

B822

| Grievance Officer's Report |
|---|

**Date Received:** 12/27/17     **Date of Review:** 1/8/18     Grievance #(optional): 1239+1386

ID#: M30080

**Committed Person:** DeAndre Crawford

**Nature of Grievance:** DR – 201703490/1-STA

**Facts Reviewed:** Grievant was issued a DR for 215 on 12/11/17 and was found guilty and received one month each c grade, segregation, and commissary denial. He wants the disciplinary report expunged.

Grievance Officer finds that according to the Adjustment Committee Summary, grievant stated he did refuse housing in an attempt to walk himself.

Grievance Officer finds that DR was reviewed and determined by the Adjustment Committee that they are reasonably satisfied of the offender's guilt. Grievance Officer cannot substantiate the incident occurred any other way than reported.  DR upheld, disciplinary sanctions and procedures imposed are within max capacity.

**Recommendation:** Based upon a total review of all available information, it is recommended that grievance be DENIED. Unable to substantiate this incident occurred any other way than reported.

*no Doc 0046 attached.*

**Anna McBee, CCII**
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

_Anna McBee_
Grievance Officer's Signature

| Chief Administrative Officer's Response |
|---|

Date Received: _1/11/18_     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

RECEIVED
FEB 2 8 2018
ADMINISTRATIVE
REVIEW BOARD

_Randy Pfister_
Chief Administrative Officer's Signature

_1/11/18_
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_De Andre Crawford_
Committed Person's Signature

M30080
ID#

1/29/18
Date

ARB - Crawford  000023



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Crawford, DeAndre     Date: 9/29/17

Register # M30080

Facility: Stateville

This is in response to your grievance received on 8/16/17 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/25/17 Grievance Number: 1788 Griev Loc: Sta

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ⊗ Personal Property MiSSing upon seg
- ○ Mailroom/Publications release 5/25/17
- ○ Assignment (job, cell) (fan, razor, food)

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident #_____
- ○ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ⊗ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Unable to substantiate claim of missing items.

FOR THE BOARD: _Sarah Johnson_  CONCURRED: _John R. Baldwin_
Sarah Johnson                       John R. Baldwin
Administrative Review Board         Acting Director

CC: Warden, Sta _____ Correctional Center
    D. Crawford ____, Register No. M30080
    cc: property, Stateville

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ARB - Crawford  000024

B818

| Grievance Officer's Report |
|---|

Date Received: 7/17/17     Date of Review: 8/04/17     | Grievance #1788

Committed Person: Deandre Crawford     ID #: M30080

Nature of Grievance: Personal Property – Missing Local

**Facts Reviewed:** Offender claims on a grievance dated 5/25/17 that upon being released from segregation on 5/25/17 he discovered that the following items were missing:

1 Massey fan, 1 Optimus razor, 1 pkg F connectors, 2 super deluxe cable cords, 1 nail clipper, 1 laundry bag, 15 embossed envelopes, 16 bars Level 10 soap, 12 bottles soda, 4 boxes PopTarts, 10 honey buns, 3 boxes KoolAid, 2 pkg shredded chicken breast, 2 10 pk jelly, 5 pkg jalapeno tuna, 2 Little Debbie fudge rounds, 3 honey turkey sticks, 8 honey pepper turkey sticks, 2 bags Maxima coffee

Offender claims that he did not pack up his property prior to going to segregation. Offender requests the return of his property or to be reimbursed for same.

Counselor Dennis responded "Sgt. Pork stated he does not recall. X House did not have an inventory and offender Crawford did not provide one. Crawford was in seg 4/25/17 – 5/25/17 housed in XLW04."

RECEIVED
AUG 1 6 2017
ADMINISTRATIVE
REVIEW BOARD

Grievance Officer finds that no inventory sheets are available for review

**Recommendation:** Based upon a total review of all available information it is the recommendation of this Grievance Officer that this offender's grievance be **DENIED** due to lack of substantiation of missing property.

David Mansfield, CCII     *David Mansfield, CCII*
Print Grievance Officer's Name     Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 8-4-17     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

Chief Administrative Officer's Signature     8-4-17
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford     M30080     8/10/17
Committed Person's Signature     ID#     Date

Distribution:   Master File; Committed Person     Page 1     ARB - Crawford 000025

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

Printed on Recycled Paper

B818

| Date: 5-25-17 | Offender: (Please Print) Crawford DeAndre | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

NATURE OF GRIEVANCE:

- [X] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

RECEIVED
STATEVILLE C.C.
JUL 17 2017
GRIEVANCE DEPARTMENT
BY: 1788

- [ ] Disciplinary Report: _____
  Date of Report

AUG 1 6 2017
ADM...
REVIEW BOARD

Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

I was discharged from seg on today's date 5-25/17.
Upon receiving my property I saw that my Massey fan
was missing from my property. Sgt. Park noted that my fan
was missing. After going through my property I also found
other items missing from my property. I was not
allowed to pack my own property before being walked
to seg. My three head optimum razor is missing. I have
receipts and contracts for both my fan and razor.
All my food was taken along with a few cosmetics.

Relief Requested: I would like my property returned or reimbursed
for my lost items.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| a. Andre Crawford | M30080 | 5 / 25 / 17 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 5 / 30 / 17    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Sgt Park stated he does not recall. + house did not
have an inventory and offender Crawford
did not provide one. Crawford was in seg 4/25/17-
5/25/17 housed in Xew 04

| L. Dennis | | 7 / 15 / 17 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

### EMERGENCY REVIEW

Date Received: ___ / ___ / ___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ___ / ___ / ___
Chief Administrative Officer's Signature    Date

ARB - Crawford - 000026

Stateville Correctional Center
Inmate Commissary Fund

Date: 4/7/2017     Time:   11:40am
                   Ticket:   853757
                   Batch:    0977150

Thumb Print:

M30080    Crawford, Deandre

| 2 | Clear Security Flex Pen | .48 |
| 1 | Cable Co-Ax 6 Ft. FFE-6 | 2.19 |
| 2 | *Pickle Kosher, Hot & Di | 1.50 |
| 4 | Hawaiian Punch/Wyler's | 4.96 |
| 1 | Toothpaste, Colgate Gel | 2.19 |
| 2 | *Tuna, Light 7.1 oz | 5.42 |
| 4 | Level 10 Soap Fresh,Co | 3.00 |
| 1 | Deodorant Speed Stick ( | 3.24 |
| 10 | Individual Honey Buns | 6.70 |
| 2 | ^Assorted Chips | 2.48 |
| 1 | Corn Chips, BBQ ^2oz | 1.69 |
| 2 | *Granola Bars Assortme | 4.76 |
| 2 | Poptarts | 2.94 |
| 10 | Embossed Envelopes | 5.80 |

Total Due:            47.35

x  _____  M30080
      ( Signature )

Illinois Department of Corrections

Stateville Correctional Center
Inmate Commissary Fund

Date:  2/6/2017     Time:   09:20am
                    Ticket:   847579
                    Batch:    0377226

Thumb Print:


RECEIVED
AUG 16 2017
ADMINISTRATIVE
REVIEW BOARD

M30080    Crawford, Deandre

| 12 | Water (16.9oz) | 3.72 |
| 3 | ^Nacho Cheese Chips 1 | 5.16 |
| 1 | KAR'S Salted Pe    s | 1.49 |
| 1 | Maxima C   e, Columb | 2.36 |
| 4 | Level 10 Soap Fresh,Co | 3.00 |
| 2 | Individual Honey Buns | 1.34 |

Total Due:            17.07

x  Crawford  M30080
      ( Signature )

Illinois Department of Corrections

ARB - Crawford  000027

Stateville Correctional Center
Inmate Commissary Fund

Date: 4/21/2017    Time:  10:19am
                   Ticket:  855696
                   Batch:  1117229

Thumb Print:

M30080    Crawford, Deandre

| | | |
|---|---|---:|
| 5 | RC,Pepsi,Diet,Sunkist,B | 4.95 |
| 1 | Coffee, Maxima Brand C | 2.44 |
| 1 | Deodorant Speed Stick ( | 3.03 |
| 1 | Toothpaste, Colgate Gel | 2.19 |
| 2 | Old Fashion Hard Candy | 2.88 |
| 1 | Clippers, Nail | .38 |
| 1 | Individual Snack Cakes | .67 |
| 2 | Clear Security Flex Pen | .48 |
| 2 | Jelly, Grape/Stawberry 1 | 4.26 |
| 1 | ^Assorted Chips | 1.27 |
| 1 | CACTUS ANNIE'S Party | 1.72 |
| 4 | Soap, Next1 Sport/Moist | 2.76 |

Total Due:                     27.03

X  ~~Crawford~~   M30080
        ( Signature )

Illinois Department of Corrections

---

Stateville Correctional Center
Inmate Commissary Fund

Date:  3/22/2017    Time:  02:18pm
                    Ticket:  852351
                    Batch:  0917279

Thumb Print:

M30080    Crawford, Deandre

| | | |
|---|---|---:|
| 2 | Little Debbie Fudge Rou | 3.22 |
| 8 | Honey Pepper Turkey & | 8.48 |
| 8 | Butterball Honey Turkey | 5.20 |
| 2 | Poptarts | 2.96 |
| 1 | White Legal Pad | .79 |
| 1 | Laundry Bag 24x36 | 4.38 |
| 1 | ^Assorted Chips | 1.28 |
| 5 | Corn Chips, BBQ 12oz | 8.45 |
| 2 | Coffee, Maxima Brand C | 4.88 |
| 4 | Level 10 Soap Fresh,Co | 3.00 |
| 4 | Hawaiian Punch/Wyler's | 4.96 |
| 1 | Connector, 2 PK "F" Cou | 3.31 |
| 2 | Cable SUPER DELUXE | 15.00 |
| 2 | Shredded Chicken Corni | 7.98 |
| 4 | ^Tuna, Light 7.1 oz | 10.84 |
| 5 | Tuna With Jalepenos | 5.30 |
| 4 | Sausage,Hot,Reg & Turi | 7.52 |
| 12 | RC,Pepsi,Diet,Sunkist,B | 11.88 |
| 10 | Embossed Envelopes | 5.60 |
| 2 | #10 BLANK Envelopes 1 | .56 |
| 4 | Assorted Candy 2.75 to | 2.40 |

Total Due:                    117.98

                              M30080
X  _____
        ( Signature )

Illinois Department of Corrections

RECEIVED
AUG 16 2017
ADMINISTRATIVE
REVIEW BOARD





ILLINOIS DEPARTMENT OF CORRECTIONS
**PERSONAL PROEPRTY CONTRACT**
**STATEVILLE CORRECTIONAL CENTER**

NAME: Cawford  CRAWFORD          REGISTER NUMBER: M30080

DATE ISSUED: 1/17/15                ISSUING STAFF: _____

| **ITEM/DESCRIPTION** (BRAND, MODEL#) | **SERIAL #** | **DESCRIPTION** |
|---|---|---|
| XXXXXXXXXXX | | |
| XXXXXXXXX | | |
| XXXXX | | |
| XXXXXXXXX | | |
| RAZOR OPTIMUS CLEAR | | 3-HEAD SHAVER |
| XXXXXXXXX | | |
| XXX | | |
| XXXXXXXXXXX | | |
| XXXXXXXXXXXX | | |
| XXXXXXXX | | |

RECEIVED
AUG 16 2017
ADMINISTRATIVE
REVIEW BOARD

## AUDIO-VISUAL ITEMS MUST BE USED WITH EARPLUGS OR HEADPHONES

I understand by voluntary signing this permit, I agree to observe and follow all Illinois Department of Corrections rules and Stateville Correctional Center Institutional policies concerning the use, ownership, possession and transfer of the item(s) identified on this form. **SHOULD THIS ITEM(S) BE LOANED, SOLD, TRADED OR GIVEN TO ANOTHER INMATE, THE ITEM(S) WILL BE CONFISCATED, CLASSIFIED AS CONTRABAND AND DISPOSED OF IN ACCORDANCE WITH AD 05.01.112 – STORAGE/DISPOSAL OF CONTRABAND.**

*I AGREE THAT ANY AND ALL REPAIRS TO THIS ITEM WILL BE MADE AT MY EXPENSE. UPON MY RELEASE FROM THIS FACILITY, I SHALL TAKE THIS ITEM WITH ME, OR EXERCISE THE OPTION OF HAVING THE ITEM(S) MAILED TO A VALID ADDRESS AT MY OWN EXPENSE, OR DESTROYED IN ACCORDANCE WITH AD 05.01.112 – STORAGE/DISPOSAL OF CONTRABAND.*

INMATE'S NAME: Crawford O. Ande     REGISTER NUMBER: M30080

ILLINOIS DEPARTMENT OF CORRECTIONS
**PERSONAL PROEPRTY CONTRACT**
**STATEVILLE CORRECTIONAL CENTER**

NAME: _____Crawford_____          REGISTER NUMBER: ____M30080____

DATE ISSUED: ____12/27/14____          ISSUING STAFF: _____

| ITEM/DESCRIPTION (BRAND, MODEL#) | SERIAL # | DESCRIPTION |
|---|---|---|
| HEADPHONES | | |
| TELEVISION | | |
| RADIO | | |
| WALKMAN | | |
| RAZOR | | |
| TRIMMERS | | |
| FAN MASSEY | NONE | CLEAR |
| TYPEWRITER | | |
| CLOCK LAMP | | |
| JEWELRY | | |

AUG 1 6 2017
ADMINISTRATIVE
REVIEW BOARD

## AUDIO-VISUAL ITEMS MUST BE USED WITH EARPLUGS OR HEADPHONES

I understand by voluntary signing this permit, I agree to observe and follow all Illinois Department of Corrections rules and Stateville Correctional Center Institutional policies concerning the use, ownership, possession and transfer of the item(s) identified on this form. **SHOULD THIS ITEM(S) BE LOANED, SOLD, TRADED OR GIVEN TO ANOTHER INMATE, THE ITEM(S) WILL BE CONFISCATED, CLASSIFIED AS CONTRABAND AND DISPOSED OF IN ACCORDANCE WITH AD 05.01.112 – STORAGE/DISPOSAL OF CONTRABAND.**

*I AGREE THAT ANY AND ALL REPAIRS TO THIS ITEM WILL BE MADE AT MY EXPENSE. UPON MY RELEASE FROM THIS FACILITY, I SHALL TAKE THIS ITEM WITH ME, OR EXERCISE THE OPTION OF HAVING THE ITEM(S) MAILED TO A VALID ADDRESS AT MY OWN EXPENSE, OR DESTROYED IN ACCORDANCE WITH AD 05.01.112 – STORAGE/DISPOSAL OF CONTRABAND.*

INMATE'S NAME: _____          REGISTER NUMBER: M30080

ARB - Crawford  000030

# Proof of Service

I DeAndre Crawford do swear under the penalty of perjury to the following: On Aug. 10, 2017 I have placed in the Stateville Correction Center's mail; grievance dated 5/25/17 StA# 1788, grievance officer's report dated 7/17/17 #1788, Optimus Razor contract, Massey Fan contract, Commissary receipts tickets, 855916, 853757, 852351, 847579. To be mail to the Administrative Review Board.

Respectfully
DeAndre Crawford #M30280
DeAndre Crawford
P.O. Box 112
Joliet, IL. 60434

Subscribed and sworn to before me
this 10th day August, 2017

Phyllis Baker
Notary Republic

OFFICIAL SEAL
PHYLLIS BAKER
Notary Public - State of Illinois
My Commission Expires 4/30/2019

RECEIVED
AUG 1 6 2017
ADMINISTRATIVE
REVIEW BOARD



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, Deandre_          Date: _8/25/17_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _6/21/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4/19/17_  Grievance Number: _1375_  Griev Loc: _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

⊗ Assignment (job, cell) _Fired from soap shop_

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
    Incident # _____

○ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

⊗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: _Sarah Johnson_          CONCURRED: _John R. Baldwin_
Sarah Johnson                                          John R. Baldwin
Administrative Review Board                            Acting Director    _6/29/17_

CC: Warden, _Stateville_ Correctional Center
    _D. Crawford_, Register No. _M30080_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ARB - Crawford  000032

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

Date Received: 5/19/17       Date of Review: 5/22/17       Grievance#1375

**Committed Person:** Deandre Crawford

**Nature of Grievance:** Program/Assignments - Job

ID #: M30080

RECEIVED

JUN 21 2017

ADMINISTRATIVE
REVIEW BOARD

**Facts Reviewed:** On a grievance dated 4/19/17 offender claims that he was fired from his job assignment in the Soap Shop without cause. Offender claims that he was told by the Illinois Correctional Industries Supervisor that he was fired because he had left early on 4/18/17 and no one knew where he was. Offender claims that he explained to the supervisor that he attends the Further Learning class on Tuesdays and also had to get his medication. Offender claims that he told C/O Love that he had class. Offender claims that when he was going to lunch he asked C/O Baker, who was assigned to the Movement Team, if he could escort him to the Health Care Unit in order to get his medication and C/O Baker did so. Offender claims that upon leaving the Health Care Unit he was escorted back to the Dining Room. Offender claims that he asked Lt. Brown about getting an escort to his class and was told there was no escort officer available at that time and he was told to go back to the cell house. Offender claims that he went to the cell house and was told by the cell house Lt. that he could be taken to class after a tour group left the Unit. Offender claims that it was then too late to attend his class, staff knew where he was located and that he did not break any rules which would justify getting fired.

Counselor Dennis responded "Crawford M30080 was fired from Industries because of a letter written by the T.A. Superintendent D. Patten. A vote sheet was completed and approved by the Warden."

Grievance Officer finds that the issue was correctly addressed by the counselor. Per Institutional Directive 05.03.001K3 Offender Job Assignments, "Removal or reassignment shall be based upon matters including but not limited to, the offender's inability or incompetence in performing or completing the assignment, disciplinary reasons, the offender's request for an assignment change, staff recommendation, and security or administrative reasons."

**Recommendation:** Based upon a total review of all available information it is the recommendation of this Grievance Office that this offender's grievance be considered **DENIED** due to staff following proper procedure in regard to termination of offender's job assignment.

David Mansfield, CCII
_____
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 5-24-17     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

_____                                    5-24-17
Chief Administrative Officer's Signature                              Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          M30080          6/18/17
Committed Person's Signature            ID#                Date

Distribution:  Master File; Committed Person       Page 1       ARB - Crawford  000033

X LW04.01

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-19-17 | Offender: (Please Print) D. Andre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ ~~RECEIVED~~ Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☐ ~~Medical Treatment~~    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☑ Other (specify) assignment

☐ Disciplinary Report: ___/___/___
     Date of Report

MAY 19 2017
1375
GRIEVANCE, DEPARTMENT      Facility where issued

RECEIVED

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

RECEIVED MAY 1 2017 ADMINISTRATIVE REVIEW BOARD

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today D. I was fired from my job in the soap shop without cause or due process. I was told by ICI Supervisor Dave that I was fired because I'd left early on 4-18-17 and no one I knew where I was. I explained to Dave that on Tuesdays I have Further Learning class and had to go get my psy meds. I explained that I told C/O S. Love that I had class. Also prior to this day I told Ms. Judy about this class and service on Fridays which I would have to leave early for. However on this date, No

Relief Requested: Lost wages

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

D. Andre Crawford
Offender's Signature      ID#      4 / 19 / 17
     Date
(Continue on reverse side if necessary)

**Counselor's Response (If applicable)**

Date Received: 4 / 27 / 17    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Crawford M30080 was fired from industries because of a letter written by the TA Superintendant Dave Patton. A vote sheet was completed and approved by the Warden.

C. Dennis
Print Counselor's Name      Dennis
     Counselor's Signature      5 / 16 / 17
     Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
   ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature      ___/___/___
     Date

NO ONE claim to haven known where el was or where el was going. While going to chow el asked C/O Baker who was doing movement if he would take me to get my psy meds. C/O Baker took me to HCU where el got my meds from nurse Lida (the taller one). C/O Baker then took me back to the chow hall. After eating el spoke to Lt. Brown about getting a ride to my class. She told me that she didn't have an escort officer to take me. She told me that el could go back to my cell house and see if el could get the movement officer to take me to class. When el got to my cellhouse el was told by the Lt. that a tour was about to come in and that they wouldn't be able to take me until after the tour. After the tour was over warden Pfister came in. After After this el felt it was to late to go to class. However several people staff and inmates were made aware that el do have class on Tuesdays. And at no time prior to this have el ever lifts without anybody knowing. el did not break any rules or laws that would dictate el be fired. Since el am/was employeed by ICI this and not Stateville this constitutes wrongful termination.

DOC 0046 (8/2012)

Distribution: Master File; Offender

Printed on Recycled Paper

ARB - Crawford  000035


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Crawford, DeAndre                Date: 8/9/17

Register # M30080

Facility: Stateville

This is in response to your grievance received on 5/15/17. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 3/16/17 Grievance Number: 1195 Griev Loc: Sta

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ⊗ Trust Fund Medical Co-pay 1/26; 2/21
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ○ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed. Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ⊗ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: *Sarah Johnson*   CONCURRED: *John R. Baldwin*
Sarah Johnson                                  John R. Baldwin
Administrative Review Board                      Acting Director

CC:   Warden, Stateville _____ Correctional Center
      D. Crawford , Register No. M30080

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

| Grievance Officer's Report |
|---|

**Date Received:** 4/26/17    **Date of Review:** 4/26/17    Grievance#1195

ID #: M30080

**Committed Person:** DeAndre Crawford

**Nature of Grievance:** Other – Medical co-pays

**Facts Reviewed:** On a grievance dated 3/16/17 offender claims that he has had an enlarged prostate since 2013 and experiences pain in his abdomen. Offender claims that since this is an ongoing issue he should not have been charged medical co-pays for Health Care appointments on 1/26/17 and 2/21/17.

Counselor Butler-Winters responded "Per medical staff anything outside of a chronic clinic appointment or emergency room visit require a $5 co-pay per A.D."

Grievance Officer finds that the issue was correctly addressed by the counselor.

**RECEIVED**

MAY 1 5 2017

**ADMINISTRATIVE REVIEW BOARD**

**Recommendation:** Based upon a total review of all available information it is the recommendation of this Grievance Office that this offender's grievance be **DENIED** due to medical co-pays being charged correctly.

David Mansfield, CCII
_Print Grievance Officer's Name_

David Mansfield, CCII
_Grievance Officer's Signature_

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 4-27-17    ☑ I concur    ☐ I do not concur    ☐ Remand

**Comments:**

_Chief Administrative Officer's Signature_    4-27-17
_Date_

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford
_Committed Person's Signature_    M30080
_ID#_    5/11/17
_Date_

ARB - Crawford 000037

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 3-16-17 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

RECEIVED
STATEVILLE C.C.
APR 26 2017
GRIEVANCE DEPARTMENT
BY

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [X] Other (specify): IRS

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have had an enlarged prostate since 2013. I am currently in court on this issue due to none treatment (See law suit 14 CV 6211 Crawford V. Davis. I have had this pain in my abdomen that shoots down to my testicles and rectum since 2013. I have been charged twice for the co-pay ($10) when this has been on going without any treatment. This is an abuse of the co-pay statue. On 1-26-17 I was charged the co-pay and again on 2/21/17 for the same issue.

Relief Requested: I would like my $10 refunded

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford / Offender's Signature        M30080 / ID#        3/16/17 / Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |
|---|

Date Received: 4/4/17   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Medical Staff, anything outside of a Chronic clinic appointment or Emergency room visit require a $5 co-pay per A.D.

T. Butler-Winters / Print Counselor's Name        J. Butler-W / Counselor's Signature        4/24/17 / Date of Response

| EMERGENCY REVIEW |
|---|

RECEIVED
MAY 15 2017
ADMINISTRATIVE
REVIEW BOARD

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature        ___/___/___ Date

ARB - Crawford 000038


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, De Andre_          Date: _8/9/17_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _5/15/17_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _3/13/17_ Grievance Number: _1073_ Griev Loc: _Sta_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

☑ Personal Property _Missing after Tact team_

○ Mailroom/Publications _Shakedown of Locker_

○ Assignment (job, cell) _in Industry._

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
Incident # _____

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Unable to substantiate claim of items due to no documentation provided._

FOR THE BOARD: _Sarah Johnson_          CONCURRED: _John R. Baldwin_
Sarah Johnson                                                    John R. Baldwin
Administrative Review Board                                Acting Director

CC: Warden, _Sta_ _____ Correctional Center
_D. Crawford_ , Register No. _M30080_

_Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization._

www.illinois.gov/idoc

ARB - Crawford  000039

B207

| Grievance Officer's Report | |
|---|---|

Date Received: 4/12/17    Date of Review: 4/13/17    Grievance #1073

Committed Person: DeAndre Crawford    ID #: M30080

Nature of Grievance: Personal Property – Confiscated

**Facts Reviewed:** On a grievance dated 3/13/17 offender claims that he returned to his work assignment in the Correctional Industries Soap Shop on 3/13/17. Offender claims that the TACT Team conducted a shakedown of the Industries building and that his property was confiscated: trial transcripts, other legal work, 1 sweat shirt, 1 pair sweat pants, 1 pair Court Line Cross Trainers gym shoes, 1 bath towel, 1 Speed Stick deodorant, 1 cocoa butter lotion, 1 pair shower shoes, 1 laundry bag

Counselor Butler-Winters responded "Per Personal Property no items were brought to their office."

Grievance Officer finds that the offender's grievance is timely since the Correctional Industries building was closed from approximately 1/12/17 through 3/13/17. Offender does not provide any evidence to indicate possession of alleged missing items. Grievance Officer confirms that a shakedown of the Correctional Industries building was conducted by the TACT Team in January 2017, however, neither Personal Property or Internal Affairs has received any confiscated property from that shakedown.

**Recommendation:** Based upon a total review of all available information it is the recommendation of this Grievance Office that this offender's grievance be **DENIED** due to lack of substantiation that offender's property was confiscated.

| David Mansfield, CCII | _Daniel Mansfield, CCII_ |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 4-19-17    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

RECEIVED

MAY 1 5 2017

ADMINISTRATIVE
REVIEW BOARD   4-19-17

| Chief Administrative Officer's Signature | Date |
|---|---|

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| DeAndre Crawford | M30080 | 5/11/17 |
|---|---|---|
| Committed Person's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

B-227

| Date: 3-13-17 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☒ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation

☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA

☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): APR 13 2017

☐ Disciplinary Report: ___/___/___
Date of Report                                    Facility where issued STA# 1073

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today we returned to our assignment in the soap
shop (industry) since 1-12-17. During this time orange
crush shook down the cellhouse of Stateville. Personal
property that was unlawfully taken from our cells
were returned. However after Orange Crush shook
down the cellhouse, and returned our personal property
Orange Crush shook down all the places of job
assignments including the ~~shop~~ soap shop (industry).
During this shake down Orange Crush took ~~and~~ thrashed

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                     M30080              3, 13, 17
Offender's Signature                        ID#                    Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|
| Date Received: 4, 4, 17    ☐ Send directly to Grievance Officer.    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| Response: Per Personal Property, no items were brought to their office. A W/ Acosta unavailable for response |
| T. Butler-Winters              J. Butler-Wn              4, 4, 17 |
| Print Counselor's Name        Counselor's Signature     Date of Response |

| **EMERGENCY REVIEW** |
|---|
| Date Received: ___/___/___    RECEIVED   MAY 15 2017   ADMINISTRATIVE REVIEW BOARD    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| Chief Administrative Officer's Signature                                      ___/___/___  Date |

ARB - Crawford_000041

all our personal property that was in our lockers. All of my trial transcripts and other legal work was in my locker along with one sweat shirt, one sweat pants, one pair of Court Line Cross Trainers, one bath towel, one speed stick deoderant, one coco-butter lotion and one pair of shower shoes, and one laundry bag. These items were taken for my locker and was not returned after the shake down. I spoke to Warden Acosto about it on 3-4-17, but haven't heard any thing back yet

ARB - Crawford  000042



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Crawford, DeAndre                Date: 4|3|17

Register # M30080

Facility: Stateville

This is in response to your grievance received on 9|20|16 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1|1|16    Grievance Number: 197    Griev Loc: Sta

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

☒ Commissary Claims overcharged  12|2015

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Offender failed to provide documentation to substantiate his claim.

FOR THE BOARD: Sarah Johnson
Administrative Review Board

CONCURRED: John R. Baldwin
Acting Director

CC: Warden, Stateville Correctional Center
    D. Crawford ,Register No. M30080

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

ARB - Crawford  000043

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

**Date Received:** _1/12/16_   **Date of Review:** _9/5/16_   **Grievance #** (optional): 197

**Committed Person:** DeAndre Crawford   **ID#: M30080**

**Nature of Grievance:** Commissary Issues

**Facts Reviewed:** Grievant claims on a grievance written 1/1/16 that he was overcharged for 24 pops, but you can only purchase 12 and that he was charged for 24 noodles that he did not receive. He wants his items or reimbursed for same.

Grievance Officer finds that fails to provide any proof to substantiate his claim.

*RECEIVED*
*SEP 20 2016*
*ADMINISTRATIVE*
*REVIEW BOARD*

**Recommendation:**   **Grievance denied.**

_Anna McBee, CCII_
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

**Date Received:** _9/6/16_   ☑ I concur   ☐ I do not concur   ☐ Remand
**Comments:**

Chief Administrative Officer's Signature                    _9/7/16_
                                                            Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_De Andre Crawford_       _M30080_       _9/14/16_
Committed Person's Signature       ID#       Date

# OFFENDER'S GRIEVANCE

B408

| Date: 1-1-16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☐ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | ☒ Other (specify): _____ | GRIEVANCE OFFICE |

RECEIVED
ADMINISTRATIVE
REVIEW BOARD
JAN 20 2016

JAN 12 2016

☐ Disciplinary Report: ____/____/____
Date of Report _____ Facility where issued

STA # 197

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

While on lockdown from Dec. 11 to Dec. 18 2015, B-house was brown bagged for commissary on Dec 15, 2015. Which 4 gallery received in our cells on Dec 17, 2015. I noticed that I was overcharged for some pops. I was charged for 24 pops on my original recipt. However the limit for pops are only 12. I did receive 12 pops but was charged for 24. I showed this to c/o Blair whom gave my copy of the receipt to one of the Commissary Supervisors. I waited to get

**Relief Requested:** _____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| De Andre Crawford | M30080 | 1 / 1 / 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

| Date Received: 1 / 5 / 16 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A December price list was not provided by commissary. An overcharge cannot be verified at this time.

| L. Dennis | L. Dennis | 1 / 5 / 16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

## EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | ___/___/___ |
|---|---|
| Chief Administrative Officer's Signature | Date |

ARB - Crawford 000045

my receipt back that day but didn't. So today I talk to C/O Blair and told him that I still hadn't got my receipt back a week later. C/O Blair went to the Commissary to fix the issue and get my copy of the original receipt back. C/O Blair came back with a new receipt that was recharged and back dated to cover up their mistake. On this new receipt I was credited back $6.72 for the 12 pops, but was charged for 24 noodles that I did not receive with my original order and receipt. So I was charged $6.00 for 24 noodles a I did not receive and credited 72¢.

Distribution: Master File; Offender

ARB - Crawford  000046

# PROOF of SERVICE

    I De Andre Crawford being sworn under penalty of perjury to the following statement: That on Sept 15, 2016 I have placed the following documents in the Stateville mail service: Grievance STA# 197, Grievance Officer's Report dated 9/5/16 by Anna Mc Bee, and a letter stating my claim. To be mailed to the A.R.B in Springfield Illinois.

TO: Administrative Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

                              Respectfully,
                              De Andre Crawford
                              M30080
                              P.O. Box 112
                              Joliet, IL. 60434

Subscribed and sworn before me this _15th_ day of _September_, 2016

_Phyllis Baker_
Notary

OFFICIAL SEAL
PHYLLIS BAKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-30-2019

RECEIVED

SEP 2 0 2016

ADMINISTRATIVE
REVIEW BOARD

To Whom it May Concern:

I am writing to you concerning my appeal of grievance number 197. My grievance was Denied by Anna McBee without being investigated. If you look at the evidence which was ignored by Ms. McBee, I believe it would prove my claim.

On 12/16/15 I was overcharged by $6.72. If you look at the trust fund transaction statement the receit or ticket number is 803996 and the batch number is 3507150. However the commissary supervisor then tried to cover up the overcharge on 12/18/15 ticket number 804087 and batch # 3527196. On 12/16/15 I was charged for 24 pops and was given 12. We are only allowed to buy 12 pops and 12 waters. So to cover up on the 18th 12/18 they refunded the $6.72 but rung up 24 noodles that I never received. I'm asking to be refunded the $6 I was charged for the noodles. Also Stateville only allows an inmate to go to commissary every other week, never Twice in a week.

Dr. Andre Crawford
M30088

ARB - Crawford 000048

RECEIVED
SEP 20 2016
ADMINISTRATIVE
REVIEW BOARD

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
11/1/2015 to 5/10/2016

| Inmate: M30080 Crawford, Deandre | | | | | | Housing Unit: STA-B -04-08 | |

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount |
|------|--------|------------------|-------|-------------|-------------|--------|
| | | | | | Beginning Balance: | 3.63 |
| 11/10/15 | Point of Sale | 60 Commissary | 3147228 | 799678 | Commissary | -24.78 |
| 12/01/15 | Point of Sale | 60 Commissary | 3357229 | 801846 | Commissary | -8.58 |
| 12/16/15 | Point of Sale | 60 Commissary | 3507150 | 803996 | Commissary | -82.83 |
| 12/18/15 | Point of Sale | 60 Commissary | 3527196 | 804087 | Commissary | .72 |
| 01/05/16 | Point of Sale | 60 Commissary | 0057150 | 805976 | Commissary | -64.90 |
| 01/21/16 | Point of Sale | 60 Commissary | 0217223 | 807906 | Commissary | -9.46 |
| 02/09/16 | Point of Sale | 60 Commissary | 0407196 | 810068 | Commissary | -19.39 |
| 03/01/16 | Point of Sale | 60 Commissary | 0617227 | 812153 | Commissary | -43.13 |
| 03/16/16 | Point of Sale | 60 Commissary | 0767121 | 814539 | Commissary | -9.93 |
| 04/20/16 | Point of Sale | 60 Commissary | 1117121 | 818935 | Commissary | -14.81 |

| | |
|---|---|
| Total Inmate Funds: | 20.12 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.36 |
| Funds Available: | 18.76 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 04/29/2016 | aje2017 | Disb | Postage | 15806 Pitney Bowes Bank Inc | $1.36 |
| | | | | Total Restrictions: | $1.36 |



RECEIVED
SEP 2 0 2016
ADMINISTRATIVE
REVIEW BOARD

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Crawford, Deandre          Date: 3/2/17

Register # M30080

Facility: Stateville

This is in response to your grievance received on 8/22/16. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 7/15/16  Grievance Number: 3165  Griev Loc: Sta

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

☒ Personal Property  Mattress confiscated

○ Mailroom/Publications  7/12/16

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident #_____

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: Mort as offender recieved a mattress 7/29/16. Address any medical issue via sick call.

FOR THE BOARD: Sarah Johnson          CONCURRED: John R. Baldwin
Sarah Johnson                                    John R. Baldwin
Administrative Review Board                      Acting Director

CC: Warden, Stateville  Correctional Center, Register No. M30080
    D. Crawford

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

**Date Received:** 7/15/16          **Date of Review:** 8/10/16          | **Grievance#3165** |

**Committed Person:** Deandre Crawford          **ID #:** M30080

**Facts Reviewed:** On a grievance dated 7/15/16 offender claims that his mattress was confiscated during a shakedown on 7/12/16 and that he has not had a mattress since that date.

Grievance Officer finds that the offender received a mattress on 7/29/16.

RECEIVED
AUG 22 2016
ADMINISTRATIVE
REVIEW BOARD

**Recommendation:** Issue resolved.

David Mansfield, CCII _____          _David Mansfield, CCII_ _____
         Print Grievance Officer's Name                                   Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | |
|---|---|

**Date Received:** _8/10/16_          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

_____ signature          _8/11/16_
         Chief Administrative Officer's Signature                    Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

_De Andre Crawford_          _M30080_          _8/18/16_
         Committed Person's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 7/20/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): AUG 01 2016

- [ ] Disciplinary Report: ____/____/____  Date of Report ____  Facility where issued STA# 3088

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I haven't had a mattress since 7-12-16. Having to sleep on the bare steel is causing my hips, back and both shoulders severe pain. I spoke to Lt. Burkybile for the second time. He said "talk to the live day Lt." I also spoke to Sgt. Heplin ~~before~~ before hand he said, "you have to talk to someone else because I don't work over here." I was seen but not treated by RN Lidola (the short one) she put me out of sick-call. These are clear

Relief Requested: To receive a mattress and medical treatment for my hips, back and both shoulders.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7 / 20 / 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|

Date Received: ____/____/____   
- [ ] Send directly to Grievance Officer   
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Duplicate

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

| EMERGENCY REVIEW | | |
|---|---|---|

Date Received: 8 / 4 / 16   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

____  8 / 5 / 16

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

Distribution: Master File: Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford  000052

acts of deliberate indifference to my general needs and medical needs. All of which is a violation of my constitutional rights, under the eighth amendment against cruel and unusual punishment. This also violates my rights under the imprison Person act.

ARB - Crawford  000053

| Date: 7/18/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

*RECEIVED JUL 25 2016 GRIEVANCE OFFICE*

- [ ] Disciplinary Report: ____ / ____ / ____
                              Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I have been without a mattress since 7/12/16. Since then I have spoken to Lt's Bennett, Burkabrow and Isla. I have also spoken to Sgt Hart Sgt Whitfield, acting Sgt Homan, acting Sgt Anastacio along with c/o's Anastacio, carnahan Moreno and john Doe c/o (latino male) on 3-11 shift. This is cruel and unusual punishment and a violation of my constitutional rights. C/O Moreno tried to resolve the is but come only come up with two pillows, I am now experienceing pain in my back, shoulder and hipps.

Relief Requested: get a mattress

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7 / 18 / 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

| Date Received: ____ / ____ / ____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response ____ / ____ / ____ |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: 7 / 25 / 16

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | 7 / 26 / 16 |
|---|---|
| | Date |

ARB - Crawford  000054

B408

| Date: 7/19/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: State V | GRIEVANCE OFFICE |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report                                    Facility where issued

RECEIVED JUL 25 2016  2931

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have gone a week without having a mattress. This is cruel and unusual punishment. C/o Anastacio brought me a mattress that was G deemed ~~reasonab~~ unsanitary. I have been forced to ~~sl~~ sleep on the bare steel.

_____

_____

_____

_____

_____

**Relief Requested:** _____

_____

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                              M30080            7/19/16
Offender's Signature                            ID#                 Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|
| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |
|---|---|---|

| EMERGENCY REVIEW | |
|---|---|
| Date Received: 7/25/16 | Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner |

Chief Administrative Officer's Signature                                    7/26/16
                                                                              Date

Distribution: Master File; Offender                     Page 1                     DOC 0046 (Rev. 3/2005)

ARB - Crawford  000055

# OFFENDER'S GRIEVANCE

B408

| Date: 7-17-16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville GRIEVANCE OFFICE | |

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

RECEIVED AUG 25 2016

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):
I have been without a mattress since 7/12/16. I
have had to sleep on the bare steel bunk. I have
spoken to C/O's Homen (Peanut) Anastaico Cannhan, Abbatt
Moreno Henderson, and Sgt Whitfield, Lt. Bennett,
Lt. Burkahbraw and Lt. Dala. this sleeping on steel
has cause a sharp shooting pain in my back pain
in my hips and shoulders. I was seen in sick call
today by R.N. Lidda (short one). C/O Moreno tried
to remedy the issue but was only able to get me

Relief Requested: To get a mattress and medical care.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7/17/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

## EMERGENCY REVIEW

| Date Received: 7 / 25 / 16 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | 7/26/16 Date |
|---|---|---|

Distribution: Master File; Offender

DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford 000056

B408

| Date: 7/27/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance Issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

RECEIVED
GRIEVANCE OFFICE
AUG 1 0 2016

- [ ] Disciplinary Report: ___/___/___
  Date of Report     Facility where issued

3167

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been without a mattress since the orange crush shakedown on 7/12/16. I spoke to Lt Givens (male) on the 7-3 shift. He told me "tell your gallery officer to come talk to me." C/O Walsh said that Lt. Givens had left and hadn't come back yet. I did not get a mattress. I spoke to Lt. Givens again on the 3-11 shift while by Gate B. I was told that he would call B-house. Lt. Ayloa spoke to me about not having a mattress. He said he tried to give me a

**Relief Requested:** _____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7/27/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 7/29/16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: Lt Ayloa stated Crawford m30080 complained he had no mattress and C/o Antataris who was assigned to 4 gallery offered Crawford a mattress which he refused because according to Crawford it was unsanitary. Crawford waited 4 days after the shakedown of unit B by the Int Team

| L. Dennis | L. Dennis | 8/5/16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| Chief Administrative Officer's Signature | | ___/___/___ Date |
|---|---|---|

ARB - Crawford 000057

mattress but I refused it. This mattress was un-sanitary. It was baddly stained with blood and urine stains. I spoke to C/O Blair today 7/27/16. He said he would talk to Sgt. Correll. I spoke to Sgt. Correll. She said Blair talk to her. Then asked if I talk to Lt. Bennett? I told her I did and that Lt. Bennett said that it would be a while. She then told me that I was offerred a mattress but refused it so I'd have to wait to some more come in. I explain to her that the second mattress has mase on it, and Maj. Lake told them not to give that mattress to anyone, after it was taken from another inmate. She said: Okay, you're still got to wait. This is a deliberate act of deliberate indifference to a medical necessary need. Which violates my constitutional right under the 8th amendments against cruel and unusual punishment.

_Counselor's Response Con't..._
to ask for a mattress - By this time all inmates in unit B whose mattresses were damaged during the shakedown had them replaced and the rest were given to other quarter units who needed them. Efforts were made to get Crawford a mattress. Crawford received a mattress on ~~Fri~~ 7/29/16.
C. Dennis                    L Dennis                    8/5/16

ARB - Crawford  000058

B408

| Date: 7/23/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance Issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Other (specify):

- ☐ Disciplinary Report: _____ / _____ / _____
  Date of Report

Facility where issued   3166   STA #

RECEIVED AUG 19 2016

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have not had a mattres since 7/12/16. I have put in numerous grievances about this issue. Since then I have spoken to Lt's Bennett Burkybile, and John Doe Lt (7-3 shift) aswell as Lt Eloia, Sgt Whitfield Sgt Heplin (3-11 shift) Sgt Hart, acting Sgt Homen (Peanut) acting Sgt Anastacio and acting Sgt Cannhan. c/o's Holib, Moreno 2. Canalwhich (tall white male, young 5'10"-6'00") who worked on the 7-3 shift on 7/22/16. el spoke to Warden Pfister while

Relief Requested: Get a mattress and medical treatment for my back, hips and shoulder.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7/23/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: 7/27/16   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Lt Eyiola stated Crawford M30080 complained che had no mattress and to Anastasio who was assigned to 4 gallery offered Crawford a mattress which he refused according to Crawford the mattress was unsanitary. Not only that inmate Crawford waited 4 days after the shakedown of that B he ask

| L. Dennis | Dennis | 8/5/16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

| **EMERGENCY REVIEW** |
|---|

Date Received: _____ / _____ / _____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature

ARB  Crawford  000059

he was in B-house at exactly 8:53 am with Warden Lamb and Jane Doe. He told Lt. Bennett to take care of that. I was given a rejected mattress that has mase on it by C/O Canaluhich. This mattress was taken from another inmate. Major Lake told B-house staff not to give this mattress out. However they tried to give it to me. I spoke to Warden Pfister again when he came in again with a tour. He told me he'll take car of it. I'm having extrem pain in my hips, shoulder at and back.

for a mattress. By this time, all inmates in unit B whose mattresses were damaged during the shakedown had them replaced and the were given to the other quarter units who needed them. Efforts were made to get Crawford a mattress. Crawford received a mattress on the Friday 7/29/16.

L. Dennis      L. Dennis      8/5/16

ARB - Crawford  000060

B408

| Date: 7-15-16 | Offender: (Please Print) DeAndre Crawford | IDe: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA GRIEVANCE OFFICE
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report

RECEIVED
AUG 10 2016
Facility where issued
3165
STA#

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Since 7/12/16 I have been without a mattress. I am being forced to sleep on a bare steel bunk. This is cruel and unusual punishment and a violation of my constitutional rights. On 7/12/16 I spoke to c/o Mark Anastacio and told him that I did not have a mattress because orange crush to it. I was not given a mattress. Then on 7/13/16 I spoke to Lt. Burkhalter on the 7-3 shift. I explained that I did not have a mattress. He said that he couldn't do

**Relief Requested:** To get a mattress and compensation for having to sleep on bare steel.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                    M30080          7 / 15 / 16
Offender's Signature                      IDe              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: 7 / 21 / 16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to
  Administrative Review Board, P.O. Box 19277,
  Springfield, IL 62794-9277

Response: On 7/21/16 Lt. Iniola stated Crawford M30080 complained he had no mattress and c/o Anastacio offered Crawford a mattress which he refused because according to Crawford the mattress was un-hygienic. Crawford waited 4 days after the shakedown of unit to He ask for a mattress.

L. Dennis                    [signature] L. Dennis          7 / 29 / 16
Print Counselor's Name              Counselor's Signature         Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature                    ___/___/___
                                                              Date

ARB - Crawford  000061

anything right now. I then talk to Anastaico again
on 3-11. I got no reply from him. So I asked C/O
Cannahan also on 3-11 for a mattress. He told me that it's
not my gallery. Next on 7/14/16 I spoke to Sgt.
Whitfield about not having a mattress. He told me
I would have to wait awhile. Again I spoke to
Anastaico and Cannahan on the 3-11 shift. Still I got
no help from either. On 7/15/16 I spoke to acting Sgt.
Homen (Peanut) he told me I would have to put in a
request slip to get a new one. I then spoke to
Lt. Bennett she told me that it's gonna be awhile
before they could get me a mattress.


Counselor's Response (Cont...
By this time all inmates in Unit B whose mattresses
were damaged during the shakedown had them replaced
and the rest were given to other quarter units who
needed them. Presently, Crawford has no mattress but
efforts are being made to get a mattress for him.
K. Dennis                    L. Parsons          7/27/16

ARB - Crawford  000062

*Proof of Service*

RECEIVED
AUG 22 2016
ADMINISTRATIVE
REVIEW BOARD

I DeAndre Crawford here by swear under penalty of perjury to the following:

On August 18, 2016 I have placed in the Stateville Correction Center mail service; grievance office report #3165, grievance STA #3088, grievance STA #2932, grievance STA #2931, grievance STA #2845, grievance STA #3167, grievance STA #3166, grievance STA #3165 to be mailed to the A.R.B.

To: Administrative Review Board

P.O. Box 19277

Springfield, IL. 62794-9277

Respectfully
DeAndre Crawford #M30080
P.O. Box 112
@m Joliet, IL. 60434

I swear that the above is true and accurate to my Knowledge. And swear under penalty of perjury.



## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, DeAndre_          Date: _1/3/17_

Register #: _M 30080_

Facility: _Stateville_

This is in response to your grievance received on _6/7/16_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _2/21/16_ Grievance Number: _1283_ Griev Loc: _Sta_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ☒ Conditions (cell conditions, cleaning supplies) _Sink._ _Cell 408_
- ○ Disciplinary Report dated _____ Incident # _____
- ○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCC on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Moot, per staff issue was fixed 5/11/16._

FOR THE BOARD: _Sarah Johnson_          CONCURRED: _John R. Baldwin_ _1/5/17_
Sarah Johnson                             John R. Baldwin
Administrative Review Board               Acting Director

CC: Warden, _Stateville_ Correctional Center
     _D. Crawford_, Register No. _M 30080_

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

ARB_Crawford_000064

B408

| Grievance Officer's Report |
|---|

Date Received: 3/17/16       Date of Review: 5/19/16       Grievance # 1283

Committed Person: CRAWFORD, DeAndre       ID #: M30080

Nature of Grievance: Maintenance

**RECEIVED**

JUN 07 2016

ADMINISTRATIVE
REVIEW BOARD

Facts Reviewed: Grievant claims that his sink is not working in B-House, cell 408.

Grievance Officer finds per the Maintenance Dept., B-House, cell 408 was fixed on 5/11/16.

Recommendation:       **No action**

Jill Hosselton, CCII
_____ Print Grievance Officer's Name _____       _____ Grievance Officer's Signature _____
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 5/19/16       ☒ I concur       ☐ I do not concur       ☐ Remand

Comments:

_____ Chief Administrative Officer's Signature _____       5/20/16
_____ Date _____

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford
_____ Committed Person's Signature _____       M30080       6/1/16
       ID#       Date

ARB - Crawford  000065

# OFFENDER'S GRIEVANCE

B408

| Date: 2/21/16 | Offender: (Please Print) Dr Andre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE**

GRIEVANCE OFFICE

RECEIVED
JUN 07 2016
ADMINISTRATIVE REVIEW BOARD

MAR 17 2016

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Restoration of Good Time
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify):

- [ ] Disciplinary Report: ____/____/____
    Date of Report _____ Facility where issued

STA 1283

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.

**Chief Administrative Officer,** only if EMERGENCY grievance.

**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Our sink's cold water has been running for at least four days straight nonstop. We've talk to Major Lake, Lt. Bennett, c/o Homan and c/o Counahan about putting in a workorder to have the sink fixed. We have no hot water, and have yet to be given a shower outside the mandatory shower. This is a grave violation of our Constitutional rights against cruel and unusual punishment. I have not been able to get more than a few minutes of sleep, and

**Relief Requested:** for get the sink fixed

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Dr Andre Crawford | M30080 | 2/21/16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: 3/3/16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: On 3/4/16 the Chief Engineer Daily stated a Work order was received on Friday 2/26/16 for the sink in B408 and the work was completed on the same date. On 3/3/16 Lt Brant stated Crawford saw a crisis team member on 2/21/16 and said he is okay now.

i. Dennis _____ L Dennis _____ 3/4/16
Print Counselor's Name _____ Counselor's Signature _____ Date of Response

---

## EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ____/____/____
Chief Administrative Officer's Signature _____ Date

ARB - Crawford 000066

The constant sound of running water is really beginning to bother me. I am a mental health patient who suffers from Bipolar Disorder and Border Line Personality Disorder. In fact, I am taking medication for ...

DOC 0046 (8/201)

Distribution: Master File; Offender

ARB - Crawford  000067

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, De Andre_     Date: _1/3/17_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _6/29/16_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _1/18/16_ Grievance Number: _323_ Griev Loc: _Sta_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
Incident # _____

Ⓧ Other _Sgt Panozzo, 1/18/16 told I'm to remove religious head covering._

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by

○ Denied, in accordance with DR504F, this is an administrative decision.

Ⓧ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: _Sarah Johnson_    CONCURRED: _John R. Baldwin Jr_ _1/5/17_
Sarah Johnson     John R. Baldwin
Administrative Review Board     Acting Director

CC: Warden, _Stateville_ Correctional Center _M30080_
_D. Crawford_, Register No. _M30080_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

ARB - Crawford  000068

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: _____1/25/16_____     Date of Review: _____6/13/16_____     Grievance # (optional): 323_____

Committed Person: DeAndre Crawford                                      ID#: M30080

Nature of Grievance: Religion Issues

Facts Reviewed: Grievant wants to be able to wear his religious headgear at all times.

Counselor response indicates that per DR425, "The wearing of religious headgear including but not limited to fezzes, kufis, and yarmulkes, shall be limited to the committed person's immediate sleeping area during prayer and to the area of religious service."

**RECEIVED**

JUN 29 2016

**ADMINISTRATIVE REVIEW BOARD**

Recommendation:     No action.

Anna Hill
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _6/19/16_     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

_____                                    _6/15/16_
Chief Administrative Officer's Signature                                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_De Andre Crawford_          _M30080_          _6/20/16_
Committed Person's Signature                    ID#                    Date

B408

| Date: 1/18/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

GRIEVANCE OFFICE

- [ ] Disciplinary Report: ____/____/____    _____
  Date of Report                                      Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today while waiting to go on a medical pass in B House bullpen I was told by Sgt. Panozzo that I could not wear my religious headcovering under my state issued cap, and that I had to take it back to my cell because we can only wear them during service. The Sgt then had C/O Walsh walk me back to my cell to go put back the religious headcover. After C/O Walsh brought me back down to the bullpen. ~~and told me to take it back to my cell~~

Relief Requested: To be able to practice my religion freely without punishment

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 1, 18, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 1 / 20 / 16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: It is policy to only wear religious head garments during service. At this time there is no tickets. Christians are allowed to wear their Cross at all times.

| L. Dennis | _(signature)_ | 1, 20, 16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance<br>[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____    ____/____/____
Chief Administrative Officer's Signature              Date

RECEIVED

JUN 29 2016

ARB Crawford F000070
REVIEW BOARD

The Sgt. then said to me, "Good gob Crawford. I'm still writing you a ticket." At no time was I given a Direct order by the Sgt. I have witnesses that will verify this information. Raymond King #N54043 and Joseph Harrington K83444. Although it is a Constitutional right to practice your religion freely. IDOC and Stateville violate that right by refusing to allow inmates to wear their religious headcovering outside of service. Headcovers are an intricate part of the Islamic faith. However IDOC and Stateville discriminate against against those whom practice Islam. The Jewish followers are allowed to wear yommikas to identify their religious beliefs. And the Christains are allowed to wear the cross which is the sign of their religion. However muslims are not allowed to freely practice our belief.

Printed on Recycled Paper
DOC 0046 (8/2012)
Distribution: Master File; Offender

ARB - Crawford 000071

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: *Crawford, De Andre*          Date: *1/3/17*

Register #: *M30080*

Facility: *Stateville*

This is in response to your grievance received on *6/7/16*. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *1/24/16*   Grievance Number: *784*   Griev Loc: *Stateville*

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- Ø Other *Sgt Panazzo, Lt Bennett denied him to shop 1/20/16*

Based on a review of all available information, this office has determined your grievance to be: *denied him to shop 1/20/16*

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: *Sarah Johnson*          CONCURRED: *John R. Baldwin*   *1/5/17*
                     Sarah Johnson                                      John R. Baldwin
              Administrative Review Board                                Acting Director

CC: Warden, *Stateville* Correctional Center, Register No. *M30080*
    *D. Crawford*

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

ARB Crawford 000072



| Grievance Officer's Report |
|---|

Date Received: _____ 2/9/16     Date of Review: 5/12/16     Grievance # (optional): 784

Committed Person: DeAndre Crawford     ID#: M30080

Nature of Grievance: Staff Conduct – Performance of Duty

**RECEIVED**

JUN 07 2016

**ADMINISTRATIVE**
**REVIEW BOARD**

Facts Reviewed: Grievant claims on a grievance written 1/24/16 that he was denied a chance to go to commissary on 1/20/16 by Sergeant Panazzo and Lieutenant Bennett. He wants to be free of any retaliation from Sergeant Panazzo and Lieutenant Harris.

Grievance Officer finds in the body of the grievance the grievance cites Sergeant Panazzo and Lieutenant Bennett; however, in the relief requested he names Lieutenant Harris and Sergeant Panazzo. Grievance Officer notes that Sergeant Panazzo no longer works for Stateville and Lieutenant Harris is unable to be reached. Lieutenant Bennett stated she did not recall any such incident on 1/20/16. Grievance Officer finds that grievant shopped on 1/21/16. Grievant failed to provide any sufficient evidence of any staff misconduct or retaliation.

Recommendation:     No action.

Anna McBee, CCII
    Print Grievance Officer's Name            Grievance Officer's Signature
    (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 5/16/16     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

    Chief Administrative Officer's Signature            5/17/16
                                               Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford     M30080     6/1/16
    Committed Person's Signature            ID#            Date

ARB - Crawford 000073

B408

| Date: 1/24/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time *(stamped: RECEIVED)*
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA    GRIEVANCE OFFICE
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

*(stamp: RECEIVED JUN 03 2016 ADMINISTRATIVE REVIEW BOARD)*

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 1/20/16 el was denied the chance to go to commissary by Sgt Panozzo and Lt Bennett due to retaliation for an incident that happen earlier this week. While going out the door for commissary el was told by Sgt Panozzo to step out of line. He said "Crawford step out line you don't have any money." el told him that el do have money on my books. Sgt Panozzo then said, "You got $8 but you're still not going. Next time el tell you to take your

Relief Requested: To be free of fear of retaliation from Sgt Panozzo and Lt Harris?

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford _____ Offender's Signature     M30080 _____ ID#     1,24,16 _____ Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) | | |
|---|---|---|
| Date Received: 1, 28, 16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Lt Bennett stated she does not recall and Panozzo no longer works at Stateville C.C. According to Crawford's transaction statement he did spend $9.40 in commissary. Also verified by Roberts who is a supply supervisor in commissary.

Dennis _____ Print Counselor's Name     _____ Counselor's Signature     1,28,16 Date of Response

| EMERGENCY REVIEW | | |
|---|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____ Chief Administrative Officer's Signature     ___/___/___ Date

ARB - Crawford  000074

religious headcover off you'll listen." I then spoke to Lt. Bennett and explained to her what happen. She said, "first I'm going to go along with my Lt. Then with the disrespect you showed us the other day I'm not going to over ride him for you." I was then sent back to my cell and not allowed to go to commissary. I am not on commissary denial or nor am I in C-grade. This denial is a clear violation of my constitutional rights and rights under the imprison person act. I now fear of farther retailiation and punishment. I fear for my health and safety

DOC 0046 (8/2012)

ARB - Crawford  000075

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford_     _Deandre_     _M30080_

       Last Name                 First Name           MI        ID#

Facility: _Stateville_

☑ Grievance: Facility Grievance # (if applicable) _20169_   Dated: _3/25/16_   or ☐ Correspondence: Dated: _____

Received: _6/10/16_ Regarding: _IDR 3/17/16, 201601016_

         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                                           Office of Inmate Issues
                                           1301 Concordia Court
                                           Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                            319 E. Madison St., Suite A
                            Springfield, IL   62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _10/12/16_ : _grv # 1742_
                                                 Date

☐ No justification provided for additional consideration.

**Other (specify):**

Completed by: _Sherry Benton_     _S. Benton_     _12, 21, 16_

                Print Name                      Signature                Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: 5/16/16      Date of Review: 6/3/16      Grievance # (optional): 2069

Committed Person: **DeAndre Crawford**_____      ID#: _M30080_

### Nature of Grievance: DR – 201601016/1-STA

**Facts Reviewed:** *Grievant was issued a DR for 202, 304 and 404 on 3/17/16 and was found guilty and received three months each c grade, commissary restriction and $5.06 in restitution. He wants the disciplinary report expunged.*

*Grievance Officer finds that DR was reviewed and determined by the Adjustment Committee that they are reasonably satisfied of the offender's guilt. Grievance Officer cannot substantiate the incident occurred any other way than reported. DR upheld, disciplinary sanctions and procedures imposed are within max capacity.*

**Recommendation:** *Based upon a total review of all available information, it is recommended that grievance be DENIED. Unable to substantiate this incident occurred any other way than reported.*

**Anna McBee, CCII**
Print Grievance Officer's Name _____      _____ Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _6/7/16_      ☑ I concur      ☐ I do not concur      ☐ Remand

Comments:

RECEIVED
JUN 16 2016
ADMINISTRATIVE
REVIEW BOARD

Chief Administrative Officer's Signature _____      Date _6/8/16_

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford _____      M30080 _____      6/12/16
Committed Person's Signature      ID#      Date

Distribution:  Master File; Committed Person      Page 1      DOC 0047 (Rev. 10/2001)

ARB - Crawford 000012

ILLINOIS DEPARTMENT OF CORRECTIONS

# OFFENDER'S GRIEVANCE

| | | |
|---|---|---|
| Date: 3-25-16 | Offender: (Please Print) DeAndre Crawford | IDs: M30080 |
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):

GRIEVANCE OFFICE MAY 16 2016

☒ Disciplinary Report: 3-17-16 (Date of Report) Stateville (Facility where issued)

2016

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 3/17/16 I experienced retaliation from C/O's M. Anastacio and B. Cannahan on the 3-11 shift. These two C/O's issued a falsified disciplinary report (ticket) to me for writing them up a week or so prior to this date (3/17/16). Anastacio (John Doe) and Cannahan where is two of the defendants named in my many grievances on cruel and unusual punishment. From 2/18/16 to 2/26/16 the sink in my cell (408) was broken. The cold water ran continiously from at least

Relief Requested:

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford (Offender's Signature) M30080 (IDs) 3/25/16 (Date)

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 4/12/16 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Cannot be resolved at this level. Has been forwarded to the grievance office for processing.

L. Dennis (Print Counselor's Name) L Dennis (Counselor's Signature) 5/11/16 (Date of Response)

## EMERGENCY REVIEW

Date Received: / /

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature / / Date

RECEIVED JUN 16 2016 ADMINISTRATIVE REVIEW BOARD

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

Printed on Recycled Paper

2/13 - to 2/25 without shutting water off. Cell 403 was without hot water the whole time. They are two of the officers that was informed about this issue. It is my Constitutional Right to file grievances, and exercise my First Amendment right. I have mental illness from which are Bipolar Disorder and Boardline Personality Disorder trait. C/O Anastacio facilified his documented ticket and Cannahan perjused himself by saying he witnessed the incident. Then on 3/18/16 I was again retaliated against for the grievances I wrote from 2/13 to 2/25 by C/O's Cannahan and T. Ragusa (whom was also reported in those grievances) Ragusa willingly used perjused information to falsify a state document. I was sent to the hearing board and was seen by Lt. Best. Lt. Best knowingly and willingly violated my Aa due process rights by finding me guilty without any evidence or investigation begaing being done. I explained to Lt. Best that these three C/O's weren't telling the truth and falsified their tickets. I explained to him that I did not have a clothes line nor did I have any sheets as C/O Anastacio reported. I fight pointed out that 2:40 on 3/17 Anastacio was laying out 10 gallery for chow, and was not "conducting round checks" as he stated in the ticket. Then Anastacio reported that he confiscated an 100 ft clothes line that ran from the back of the cell to the front. That is impossible. However I did till Lt. Best that earlier during the shift I was testing a noose I made of my shoe laces for my attempt at suicide later that day. I asked if I could see the evidence against me. Lt. Best stated that it was disposed of. Then said, "I still believe my officers over an inmate." It was the same thing with the falsified ticket Ragusa wrote. He stated he discarded a 12 ft line that ran from the cell bars to the top bunk. Which is also impossible to have been true. Yet neither alleged clothe line was presented as evidence, and I was found guilty.

Distribution: Master File; Offender      Printed on Recycled Paper

DOC 0046

ARB - Crawford  000079

RECEIVED
JUN 16 2016
ADMINISTRATIVE
REVIEW BOARD

# AFFIDAVIT

I, DeAndre Crawford, do swear under penalty of perjury that the following statement is true and accurate. While going through the appeal process of the disciplinary reports written by C/O's Mark Anastacio (written 3/17/16) and Terrence Ragus (written 3/13/16) was falsified and improperly investigated by both Lt. Best and Anna McBee.

To begin with C/O Anastacio reported that he observed a 100ft+ clothes line running from the front of the cell to the back of the cell. I would like to point out that the cells in B-house are 6×9 ft. Then neither Lt. Best or Anna McBee were able to produce the alleged line, nor did they see it because C/O Anastacio noted that "contraband disposed off." Which violates due process rights.

Next, on 3/17/16 at 6:40 B-house was keying out for chow. Which movement logs would have verified was true, and shown that C/O Anastacio was not conducting a cell

JUN 16 2016

ADMINISTRATIVE
REVIEW BOARD

as he reported. Also the agreement with
the new Mental health class action civil-
suit. All disciplinary hearings of mentally
ill inmates (SMI) must be held with
a Psy Doctor present. This ticket was
heard by Lt. Charles Best and C/O
Wendell Venerable who are not Psy
Doctors.

Lastly, inmate Raymond King was
also given the same ticket. At King's
hearing he testified that there was no
clothes line present, and that he saw
what seem to be a noose made of shoe
laces tied around a water bottle
made be inmate Crawford. Inmate
King was given a verbal reprimand.
Without investigating Anna McBee
reported, "Unable to substantiate
this incident occurred any other
way than reported.

Respectfully
De André Crawford

Subscribed and sworn to before me
this 14th day June, 2016.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2019



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

October 12, 2016

Deandre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This is in response to your grievance received on May 3, 2016, regarding two (2) disciplinary reports dated March 17th and 18th of 2016, which was alleged to have occurred at Stateville Correctional Center. This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your grievance dated April 12, 2016 regarding the above issued reports and claims your due process rights were violated as no Psyche Doctor sat during your Adjustment Committee Hearings.

The Grievance Officer's Report (1742) and subsequent recommendation dated April 18, 2016 and approval by the Chief Administrative Officer on April 20, 2016 have been reviewed.

This office reviewed the disciplinary report dated March 17, 2016 written by C/O Anastacio citing Crawford for the offenses of 202, 304 and 404; along with the corresponding Adjustment Committee Summary (201601016/1-STA).

This office reviewed the disciplinary report dated March 18, 2016 written by C/O Ragusa citing Crawford for the offenses of 202, 304 and 404; along with the corresponding Adjustment Committee Summary (201601028/1-STA).

Per contact with Stateville Staff, at the time of these Hearings, a MHP was not required to sit on the Adjustment Committee.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied. However, it appears the Adjustment Committee erroneously put the information from C/O Anastascio's IDR, into the Basis for Decision of C/O Ragusa's IDR and vice versa. Adjustment Committee Staff are to correct this and provide Offender Crawford with copies of the corrected Summaries. Additionally, Warden's Bulletin 2014-92 is cited for *both* 404 charges written.

FOR THE BOARD: *Sherry Benton*

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Adj. Comm. is to proceed as outlined above.

*John R. Baldwin* hm  11/18/16

John R. Baldwin
Acting Director

cc: Warden, Stateville Correctional Center
Adj. Comm., Stateville Correctional Center
Jim Laris, Stateville Correctional Center
Deandre Crawford, Register No. M30080

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

ARB - Crawford  000082

| | |
|---|---|
| **From:** | Best, Charles |
| **Sent:** | Wednesday, October 12, 2016 11:09 AM |
| **To:** | Benton, Sherry |
| **Subject:** | RE: I/M Deandre Crawford M30080 |

Mach of 2016 the committee was informed that mental health wasn`t required to sit on the committee if the offender wasn`t receiving any segregation time.

**From:** Benton, Sherry
**Sent:** Wednesday, October 12, 2016 10:37 AM
**To:** Best, Charles
**Subject:** I/M Deandre Crawford M30080

Lt. Best,

I/M Crawford, M00380, received two tickets back in March/2016.

On both summaries (201601016/1-STA) and (201601028/1-STA) you cite that I/M Crawford is SMI. I don't see where a MHP sat in on this Committee.

Was one there?

Sherry Benton
Inmate Issues / Administrative Review Board
Concordia Court
Phone: 217-558-2200 ext 2061
Fax: 217-558-5607

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

ARB - Crawford  000083

Proof of Service

RECEIVED
MAY 0 3 2016
ADMINISTRATIVE
REVIEW BOARD

I DeAndre Crawford hereby do swear under penalty of perjury. On April 29, 2016 did place the following documents in the Stateville Correctional Center mail service. I have mailed grievance STA #1742, with grievance officer's report, Department of corrections adjustment committee final summary signed Affidavit from Raymond King, and offender Disciplinary Report. To be mailed to the ARB board.

To: Administrative Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

Respectfully
De Andre Crawford

Subscribed and sworn to before me this 29th April, 2016.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | |
|---|---|

**Date Received:** 4/15/16     **Date of Review:** 4/18/16     **Grievance #** (optional): 1742

**Committed Person:** **DeAndre Crawford**     B408     ID#: M30080

**Nature of Grievance:** DR – 201601028/1-STA

RECEIVED

MAY 0 3 2016

ADMINISTRATIVE
REVIEW BOARD

**Facts Reviewed:** Grievant was issued a DR for 202, 304 and 404 on 3/18/16 and was found guilty and received one month each c grade, commissary restriction and $5.06 in restitution. He wants the disciplinary report expunged.

Grievance Officer finds that DR was reviewed and determined by the Adjustment Committee that they are reasonably satisfied of the offender's guilt. Grievance Officer cannot substantiate the incident occurred any other way than reported. DR upheld, disciplinary sanctions and procedures imposed are within max capacity.

**Recommendation:** Based upon a total review of all available information, it is recommended that grievance be DENIED. Unable to substantiate this incident occurred any other way than reported.

**Anna McBee, CCII**
Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 4/19/16     ☐ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                    4/20/16
                                                              Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford            M30080        4/28/16
Committed Person's Signature        ID#        Date

Distribution: Master File; Committed Person        Page 1                DOC 0047 (Eff. 10/2001)
Printed on Recycled Paper
ARB - Crawford 000085

Exhibit A: Affidavit from K. King
attached

B408  MAY 03 2016
ADMINISTRATIVE
REVIEW BOARD

| Date: 4/12/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☒ Disciplinary Report: 03 / 17 / 16
  03 / 18 / 16 69   Stateville
  Date of Report              Facility where issued

- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify):

GRIEVANCE OFFICE
APR 15 2016
STA #
1792

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On 3/17 and 3/18 2016 I was given two tickets for
allegedly having up a clothes line. I was sent
before the hearing board one day ahead of my scheduled
hearing date to be assured of going infront of Lt. Best.
I am a mental health patient that suffers from
Bipolar disorder and borderline personality disorder
trait. For which I have/ am taking medication for.
Due to the class action lawsuit for real mentally
ill inmates all SMI tickets are who suppose to

Relief Requested: So have tickets # 201601016 and 201601028
expunged and have the $10.12 refunded from the
restitution charge.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 4/12/2016 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | | Date |
|---|---|---|

ARB - Crawford  000086

be heard with a psy. Doctor, at the hearing. However
Lt. Best willingly and knowingly heard the ticket
without a psy. Doctor, at the hearing. Find me
guilty of having a clothes line and charged me for
$10.12 restitution without any evidence of a
torn state. issued sheet. Where as el did admit
to trying to use a shoe string to make a noose to
hang myself. Lt. Best denyed me my constitutional
right of due process. by hearing these two tickets
and without having a psy. Doctor, at the hearing
of an SMI DR ticket. and without proper
investigation of lack of evidence. However after
hearing the ticket with c/o Venerable had me
seen by a crisis team worker.

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (8/20

ARB - Crawford  000087

Affidavit

RECEIVED
MAY 0 3 2016
ADMINISTRATIVE
REVIEW BOARD

I Raymond King N54043 do hereby state
That on 3-17-16 inmate Crawford was written a
disciplinary Report for having his shoe strings tied
to water bottle resembling a noose. On 3-18-16
again inmate Crawford was written a disciplinary
Report for having his shoe strings tied to
water bottle resembling a noose. Officer
Anastacio and Officer Ragasa wrote these
Report claiming he had a line up with Bedsheets
as his cellmate that is a lie. On 3-22-16 I
and Crawford went to the adjustment committee
where Crawford told LT. Best he had Shoe Strings
and LT. Best Told me Crawford said he had
Shoe String which I confirmed they were
Shoe Strings.
        I declare under penalty of perjury
these facts are accurate.

        Raymond King
        N54043

April 14, 2016

RECEIVED

MAY 0 3 2016

ADMINISTRATIVE
REVIEW BOARD

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE  
Hearing Date/Time: 3/22/2016  08:45 AM  
Incident Number: 201601016/1 - STA

IDOC Number: M30080  
Living Unit: STA-B-04-08  
Status: Final

Race: BLK  
Orientation Status: N/A

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|-----------------|----------|------|
| 3/17/2016 | 201601016/1-STA | ANASTACIO, MARC T | B-HOUSE | 06:40 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |
| | Comments:none specified | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

No Witness Requested

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 pleads not guilty and states no line was up.

## BASIS FOR DECISION
R/O reflects inmate Crawford M30080 had a line made out of a torn bed sheet tied around the cell bars and the top bunk.
When ordered to take the line down inmate Crawford M30080 stated 'it's your job to take it and it's my job to make it.' 'I'm
gonna put another line back up when you leave.'
Inmate Crawford M30080 violated Wardens Bulletin #2014-92 cell compliance.
Shakedown records indicate a 12 foot long cloths line was taken from cell B408 on 3/18/16.
Inmate Crawford M30080 identified by ID card.
The committee is satisfied that inmate Crawford M30080 did in fact violate the charges cited.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |

Recommended Action Approved

## Final Comments: N/A

ARB - Crawford  000089

| | | |
|---|---|---|
| Name: CRAWFORD, DEANDRE | IDOC Number: M30080 | Race: BLK |
| Hearing Date/Time: 3/22/2016  08:45 AM | Living Unit: STA-B-04-08 | Orientation Status: N/A |
| Incident Number:  201601016/1 - STA | Status: Final | |

RANDY S PFISTER / NRL  3/28/2016                                    03/28/16
_____        _____
Chief Administrative Officer                    Signature                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

KATHY J BOGGESS                                  4/11/2016              10:30 AM
_____        _____
Employee Serving Copy to Committed Person          When Served  - - Date and Time

Sasser

1016/1-SFE                                        B408

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**
Stateville                               Date: 8/17/16
Facility  4

| Type of Report: | |
| --- | --- |
| ☒ Disciplinary | ☐ Investigative |

Offender Name: CRAWFORD , DEANDRE          ID #: M30080

RECEIVED

MAY 0 3 2016

ADMINISTRATIVE
REVIEW BOARD

Observation Date: 3/17/16   Approximate Time: 6:40 ☒ p.m.   Location: STA B408

Offense(s): DR 504:  302 DAMAGE OR MISUSE OF PROPERTY 304 INSOLENCE 404 VIOLATION OF RULES

Observation: (NOTE: Each offense identified above must be substantiated.) ON THE ABOVE DATE AND APPROXIMATE TIME, THIS R/O WAS CONDUCTING ROAD CHECKS ON THE GALLERY WHEN THIS R/O OBSERVED A CLOTHES LINE RUNNING FROM THE FRONT OF THE CELL TO THE BACK. CLOTHES LINE WAS MADE OUT OF A TORN STATE LINEN SHEET APPROXIMATELY 100 FT LONG. THIS R/O, M. ANASTACIO #3982, CONFISCATED THE LINE AND ISSUED A SHAKEDOWN SLIP. THIS R/O ADVISED I/M CRAWFORD #M30080 TO NOT PUT A CLOTHES LINE. I/M CRAWFORD RESPONDED WITH "I WILL. TOMORROW." B408 HOUSES INMATES CRAWFORD #M30080 & KING #54089. I/M's IDENTIFIED BY STATE IDs. WARDEN's BULLETIN #2014-72 STATES THAT "#3 THERE ARE TO BE NO LINES." ANYWHERE IN THE CELL. THIS R/O IS REQUESTING RESTITUTION FOR THE TORN STATE LINEN SHEET THAT WAS USED AS CLOTHES LINE. CONTRABAND DISPOSED OFF.

Witness(es): B. CARNAHAN

☐ Check If Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| M. ANASTACIO | 3982 | [signature] | 3/17/16 | 7:50 ☒ p.m. |
| --- | --- | --- | --- | --- |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

| | | |
| --- | --- | --- |
| Printed Name and Badge # | Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) | Date |

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ Major infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor infraction, submitted to Program Unit

| Mark R. Lasker  713 | [signature] | 3-19-16 |
| --- | --- | --- |
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☒ Hearing Investigator's Review Required (Adult Corrections Facility Major Reports Only.)

| F. MISEY  0258 | [signature] | 3/19/16 |
| --- | --- | --- |
| Print Hearing Investigator's Name and Badge # | Hearing Investigator's Signature | Date |

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

| F. MISEY  0258 | Offender's Signature  5258 | ID# | [signature] |
| --- | --- | --- | --- |
| Serving Employee (Print Name) | Badge # | | Signature |
| 3/19/16 | 10:31 ☐ a.m. ☐ p.m. | | |
| Date Served | Time Served | | |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

| | |
| --- | --- |
| Offender's Signature | ID# |

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

| | | |
| --- | --- | --- |
| Date of Disciplinary Report | Print offender's name | ID# |

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| | | | |
| --- | --- | --- | --- |
| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |

Witness can testify to: _____

| | | | |
| --- | --- | --- | --- |
| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |

Witness can testify to: _____

Distribution:   Master File
                Offender
                Facility (2)

DOC 0317 (Rev. 2/2007)

ARB - Crawford  000091

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS RECEIVED

ADJUSTMENT COMMITTEE
FINAL SUMMARY REPORT

MAY 0 3 2016

ADMINISTRATIVE
REVIEW BOARD

Name: CRAWFORD, DEANDRE     IDOC Number: M30080     Race: BLK

Hearing Date/Time: 3/22/2016  08:40 AM     Living Unit: STA-B-04-08     Orientation Status: N/A

Incident Number: 201601028/1 - STA     Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/18/2016 | 201601028/1-STA | RAGUSA, TERRENCE M | B-HOUSE | 03:50 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 states it was a shoe string hanging.

## BASIS FOR DECISION
R/O observed a clothes line approximately 100ft long made out of a state issued sheet running from the front of the cell to the back.
Inmate Crawford M30080 admitted to having a line hanging up.
Shakedown record reflects a clothes line approximately 100ft long was taken from cell B408 on 3/17/16.
R/O advised inmate Crawford M30080 not put a clothes line up, inmate Crawford M30080 stated 'I will tomorrow.'
Inmate Crawford M30080 identified by ID card.
The committee is satisfied that inmate Crawford M30080 did in fact violate the charges cited.

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |

Recommended Action Approved

---

Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE     IDOC Number: M30080     Race: BLK

Hearing Date/Time: 3/22/2016   08:40 AM     Living Unit: STA-B-04-08     Orientation Status: N/A

Incident Number: 201601028/1 - STA     Status: Final

---

RANDY S PFISTER / NRL  3/28/2016
    Chief Administrative Officer

03/28/16

Signature        Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

KATHY J BOGGESS
    Employee Serving Copy to Committed Person

4/11/2016     10:30 AM

When Served - - Date and Time

B408

RECEIVED
MAY 0 3 2016
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Disciplinary Report**

Date: 3/18/16

**Type of Report:** ☒ Disciplinary ☐ Investigative

Stateville Facility

Offender Name: Crawford, Deandre    ID #: M30080

Observation Date: 3/18/16   Approximate Time: 350 ☐ a.m. ☒ p.m.   Location: Bravo 408

Offense(s): DR 504: 202 Damage or misuse of Property 304 Insolence 404 Violation of Rules

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time this RIO T. Ragusa was conducting the 3:30 pm count with CIO Carnahan. Upon passing cell Bravo 408 which houses inmate Crawford, ID# M30080 and King, R# N54043, this RIO noticed a torn bed sheet approximately 12 feet in length. It was tied around the cell bar and the top bunk. This RIO ordered IM Crawford to take down the torn linen and hand it to him. IM Crawford stated "It's your job to take it, and it's my job to make it." He then stated "I'm gonna put another line back up when you leave." IM Crawford then took down the line and gave it to this RIO. This RIO requests restitution for the torn state linen. IM Crawford and King are in direct violation of wardens Bulletin #2014-92 Cell compliance, Line 4 of the wardens bulletin states," There are to be no lines" any where in the cell." Shake down slips were.

Witness(es): CIO B. Carnahan

☒ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| T. Ragusa | 11594 | | 3/18/16 | 520 ☐ a.m. ☒ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

### Disciplinary Action

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: ___

Printed Name and Badge # ___   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) ___   Date ___

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: ___

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☒ Minor Infraction, submitted to Program Unit

T. Davis #611   Reviewing Officer's Signature   3/18/16

Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only).

F. Milsap 5258   Hearing Investigator's Signature   3/19/1

Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

#### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

#### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

F. Milsap   Offender's Signature ___   ID# ___

Serving Employee (Print Name)   Badge # 5258   Signature F. Milsap

3/19/1   Date Served   10 33 ☐ a.m. ☐ p.m.   Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature ___   ID# ___

---

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report ___   Print offender's name ___   ID# ___

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness ___   Witness badge or ID# ___   Assigned Cell (if applicable) ___   Title (if applicable) ___

Witness can testify to: ___

Print Name of witness ___   Witness badge or ID# ___   Assigned Cell (if applicable) ___   Title (if applicable) ___

Witness can testify to: ___

Distribution: Master File
Offender
Facility (2)

DOC 0317 (Rev. 2/2007)

ARB - Crawford  000094

*Sept*   *1016/1-5A*                                    *B408*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

STATEVILLE                                    Date: 3/17/16
Facility 4

| Type of Report: | | |
|---|---|---|
| ☒ Disciplinary | ☐ Investigative | |

Offender Name: CRAWFORD, DEANDRE            ID #: M30080

Observation Date: 3/17/16   Approximate Time: 6:40  ☐ a.m. ☒ p.m.   Location: STA B408

Offense(s): DR 504: 302 DAMAGE OR MISUSE OF PROPERTY, 304 INSOLENCE, 404 VIOLATION OF RULES

Observation: (NOTE: Each offense identified above must be substantiated.) ON THE ABOVE DATE AND APPROXIMATE TIME,
THIS R/O WAS CONDUCTING ROUND CHECKS ON THE GALLERY WHEN THIS R/O OBSERVED A CLOTHES LINE
RUNNING FROM THE FRONT OF THE CELL TO THE BACK. CLOTHES LINE WAS MADE OUT OF A TORN
STATE LINEN SHEET APPROXIMATELY 100 FT LONG. THIS R/O, M. ANASTACIO # 3982 CONFISCATED
THE LINE AND ISSUED A SHAKEDOWN SLIP. THIS R/O ADVISED I/M CRAWFORD #M30080 TO NOT
PUT A CLOTHES LINE. I/M CRAWFORD RESPONDED WITH " I WILL, TOMORROW." B408 HOUSES INMATES
CRAWFORD #M30080 & KING # N54043. I/M IS IDENTIFIED BY STATE ID#. WARDEN'S BULLETIN #2014-92
STATES THAT " #4 THERE ARE TO BE NO LINES." ANYWHERE IN THE CELL. THIS R/O IS REQUESTING
RESTITUTION FOR THE TORN STATE LINEN SHEET THAT WAS USED AS CLOTHES LINE. CONTRABAND
DISPOSED OFF.

Witness(es): B. CARNAHAN

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| M. ANASTACIO | 3982 | [signature] | 3/17/16 | 7:00 |  ☐ a.m. ☒ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____                                      _____      _____
Printed Name and Badge #                          Shift Supervisor's Signature        Date
                                                  (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

Mark V. Caskey    713    [signature]    8-19-16
Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

F. MISELL  5258    [signature]    3/19/16
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

F. MISELL  520    _____    5258    [signature]
Serving Employee (Print Name)    Offender's Signature    Badge #    ID#    Signature

3/19/16    10:31  ☐ a.m. ☐ p.m.
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____                          _____
Offender's Signature                              ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____    _____    _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

_____    _____    _____    _____
Print Name of witness    Witness badge or ID#    Assigned Cell    Title (if applicable)
                                                (if applicable)

Witness can testify to: _____

_____    _____    _____    _____
Print Name of witness    Witness badge or ID#    Assigned Cell    Title (if applicable)
                                                (if applicable)

Witness can testify to: _____

Page _____ of _____
Printed on Recycled Paper

Distribution:  Master File         DOC 0317 (Rev. 2/2007)
               Offender
               Facility (2)

ARB - Crawford  000095

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE       IDOC Number: M30080       Race: BLK

Hearing Date/Time: 3/22/2016  08:45 AM       Living Unit: STA-B-06-20       Orientation Status: N/A

Incident Number: 201601016/1 - STA       Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 3/17/2016 | 201601016/1-STA | ANASTACIO, MARC T | B-HOUSE | 06:40 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |
| | *Comments:none specified* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 pleads not guilty and states no line was up.

## BASIS FOR DECISION
R/O reflects inmate Crawford M30080 had a line made out of a torn bed sheet tied around the cell bars and the top bunk. When ordered to take the line down inmate Crawford M30080 stated 'it's your job to take it and it's my job to make it.' 'I'm gonna put another line back up when you leave.'
Inmate Crawford M30080 violated Wardens Bulletin #2014-92 cell compliance.
Shakedown records indicate a 12 foot long cloths line was taken from cell B408 on 3/18/16.
Inmate Crawford M30080 identified by ID card.
The committee is satisfied that inmate Crawford M30080 did in fact violate the charges cited.

↑ From 3/18/16 tix

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| **Basis for Discipline:NATURE OF OFFENSE** | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|-|-----------|------|------|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |
| Recommended Action Approved | | | |

---

**Final Comments:** N/A

---

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CRAWFORD, DEANDRE     **IDOC Number:** M30080     **Race:** BLK

**Hearing Date/Time:** 3/22/2016   08:45 AM     **Living Unit:** STA-B-06-20     **Orientation Status:** N/A

**Incident Number:** 201601016/1 - STA     **Status:** Final

---

RANDY S PFISTER / NRL 3/28/2016                            03/28/16

**Chief Administrative Officer**             **Signature**             **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

KATHY J BOGGESS                       4/11/2016          10:30 AM

**Employee Serving Copy to Committed Person**          **When Served - - Date and Time**

ILLINOIS DEPARTMENT OF CORRECTIONS.

**Offender Disciplinary Report**

Date: 3/18/16

| Type of Report: | |
|---|---|
| ☒ Disciplinary | ☐ Investigative |

Stateville Facility

Offender Name: Crawford, Deandre                ID #: M30080

Observation Date: 3/18/16   Approximate Time: 3.50 ☐ a.m. ☒ p.m.   Location: Bravo 408

Offense(s): DR 504:   202 Damage or misuse of property  304 Insolence  404 Violation of Rules

**Observation:** (NOTE: Each offense identified above must be substantiated) On the above date and approx. time this R/O T. Ragusa was conducting the 3:50PM Count when passing Cell Bravo 408 which houses inmate Crawford, D# M30080 and King, R# N54043. This R/O noticed a torn bed sheet approximately 12 feet in length. It was tied around the cell bars and the top bunk. This R/O ordered I/M Crawford to take down the torn linen and hand it to him. I/M Crawford stated "It's your job to take it, and its my job to make it." He then stated "I'm gonna put another line back up when you leave." I/M Crawford then took down the line and gave it to this R/O. This R/O requests restitution for the torn state linen. I/M Crawford and King are in direct violation of wardens Bulletin #2014-92 Cell compliance. Line 4 of the wardens bulletin states, "There are to be  "no lines" any where in the Cell." Shake down slips were

Witness(es): C/O B. Carnahan

☒ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| T. Ragusa | 11594 | [signature] | 3/18/16 | 5:20 ☐ a.m. ☒ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

## Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge # _____   Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer) _____   Date _____

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

I. Ragusa #1611                          3/18/16

Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only).

F. Milsap 5258                          3/19/16

Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

F. Milsap                          5258          [signature]
Serving Employee (Print Name)          Badge #          Signature   ID#

3/19/17          10:33 ☐ a.m. ☐ p.m.
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____          _____
Offender's Signature          ID#

---

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report _____   Print offender's name _____   ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

Page 1 of 2

Printed on Recycled Paper

Distribution:  Master File
Offender
Facility (2)

DOC 0317 (Rev. 2/2007)

_Stateville_
Facility

☒ Disciplinary Report ☐ Investigative Report ☐ Disciplinary Summary ☐ Adjustment Committee Summary

Report/Incident Date: 3/18/16 _____ Incident # (If applicable): _____

**Offender Information:**
Offender Name: Crawford, Deandre _____ ID #: M30080 _____

Use the space below to provide any additional information.

issued. and the contraband was discarded, Inmates were identified by State issued I.D. Cards.

Page 2 of 2

Distribution: Master File, Offender,
Facility (2)

_Printed on Recycled Paper_

DOC 0318 (Eff. 8/2005)
(Replaces DC 7212)

ARB - Crawford 000099

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: CRAWFORD, DEANDRE | IDOC Number: M30080 | Race: BLK |
| Hearing Date/Time: 3/22/2016  08:40 AM | Living Unit: STA-B-06-20 | Orientation Status: N/A |
| Incident Number: 201601028/1 - STA | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/18/2016 | 201601028/1-STA | RAGUSA, TERRENCE M | B-HOUSE | 03:50 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 states it was a shoe string hanging.

## BASIS FOR DECISION
R/O observed a clothes line approximately 100ft long made out of a state issued sheet running from the front of the cell to the back.
Inmate Crawford M30080 admitted to having a line hanging up.
Shakedown record reflects a clothes line approximately 100ft long was taken from cell B408 on 3/17/16.
R/O advised inmate Crawford M30080 not put a clothes line up, Inmate Crawford M30080 stated 'I will tomorrow.'
Inmate Crawford M30080 identified by ID card.
The committee is satisfied that inmate Crawford M30080 did in fact violate the charges cited.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |
| Recommended Action Approved | | | |

---

**Final Comments:** N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** CRAWFORD, DEANDRE | **IDOC Number:** M30080 | **Race:** BLK |
| **Hearing Date/Time:** 3/22/2016  08:40 AM | **Living Unit:** STA-B-06-20 | **Orientation Status:** N/A |
| **Incident Number:** 201601028/1 - STA | **Status:** Final | |

RANDY S PFISTER / NRL  3/28/2016                                03/28/16

| | | |
|---|---|---|
| Chief Administrative Officer | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

KATHY J BOGGESS                             4/11/2016            10:30 AM

| | |
|---|---|
| Employee Serving Copy to Committed Person | When Served  - - Date and Time |

ARB - Crawford  000101

Name: **CRAWFORD, DEANDRE**                    IDOC # : **M30080**

Transferred In: **2012-07-17**      Disciplinary History from 1/1/1998 through 10/12/2016      Living Unit: STA/B /06/20

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | | Disciplinary Action |
|---|---|---|---|
| 10/24/2014 201403346/1-STA Major | 206 Intimidation Or Threats Reduced to : 304 | Guilty | Other : SMI 1 Months Commissary Restriction |
| 3/17/2016 201601016/1-STA Major | 202 Damage Or Misuse of Property | Guilty | 3 Months C Grade/Level |
| | 304 Insolence | Guilty | Restitution of $ 5.06 Paid to STATEVILLE ( |
| | 404 Violation Of Rules Comments: none specified | Guilty | Other : SMI 3 Months Commissary Restriction |
| 3/18/2016 201601028/1-STA Major | 202 Damage Or Misuse of Property | Guilty | 1 Months C Grade/Level |
| | 304 Insolence | Guilty | Restitution of $ 5.06 Paid to STATEVILLE ( |
| | 404 Violation Of Rules | Guilty | Other : SMI 1 Months Commissary Restriction |

| | | |
|---|---|---|
| **Name:** KING, RAYMOND E | **IDOC Number:** N54043 | **Race:** BLK |
| **Hearing Date/Time:** 3/22/2016  08:50 AM | **Living Unit:** STA-F-02-07 | **Orientation Status:** N/A |
| **Incident Number:** 201601026/1 - STA | **Status:** Expunged Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/17/2016 | 201601026/1-STA | ANASTACIO, MARC T | B-HOUSE | 06:40 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | |
| 304 | Insolence | |
| 404 | Violation Of Rules | |
| | *Comments:none specified* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate King N54043 present and DR read. Inmate King N54043 pleads not guilty.

## BASIS FOR DECISION
Cellmate Crawford M30080 admits to guilt.

## DISCIPLINARY ACTION *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| | ---- E X P U N G E D ---- |

Basis for Discipline:

### Signatures
**Hearing Committee**

| | | | |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| | Signature | Date | Race |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |
| | Signature | Date | Race |
| Recommended Action Approved | | | |

**Final Comments:** N/A

| | | |
|---|---|---|
| RANDY S PFISTER / NRL  3/25/2016 | | 03/25/16 |
| **Chief Administrative Officer** | Signature | Date |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | | |
|---|---|---|
| KATHY J BOGGESS | 4/11/2016 | 10:30 AM |
| **Employee Serving Copy to Committed Person** | When Served  - - Date and Time | |

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| **Name:** KING, RAYMOND E | **IDOC Number:** N54043 | **Race:** BLK |
| **Hearing Date/Time:** 3/22/2016  08:52 AM | **Living Unit:** STA-F-02-07 | **Orientation Status:** N/A |
| **Incident Number:** 201601029/1 - STA | **Status:** Expunged Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/18/2016 | 201601029/1-STA | RAGUSA, TERRENCE M | B-HOUSE | 03:50 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | |
| 404 | Violation Of Rules | |
| | *Comments:none specified* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| **No Witness Requested** | | | |

## RECORD OF PROCEEDINGS
Inmate King N54043 present and DR read. Inmate King N54043 pleads not guilty.

## BASIS FOR DECISION
Cellmate Crawford M30080 admits to guilt.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| | ---- E X P U N G E D ---- |

**Basis for Discipline:**

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | | 03/22/16 | BLK |
| VENERABLE, WENDELL M | | 03/22/16 | BLK |
| Recommended Action Approved | | | |

## Final Comments: N/A

| | Signature | Date |
|---|---|---|
| RANDY S PFISTER / NRL 3/25/2016 | | 03/25/16 |
| **Chief Administrative Officer** | | |

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| | When Served  -- Date and Time | |
|---|---|---|
| KATHY J BOGGESS | 4/11/2016 | 10:30 AM |
| **Employee Serving Copy to Committed Person** | | |

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

October 12, 2016

*doqc 10/25/16*

Deandre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This is in response to your grievance received on May 3, 2016, regarding two (2) disciplinary reports dated March 17th and 18th of 2016, which was alleged to have occurred at Stateville Correctional Center. This office has determined the issues will be addressed without a formal hearing.

This office has reviewed your grievance dated April 12, 2016 regarding the above issued reports and claims your due process rights were violated as no Psyche Doctor sat during your Adjustment Committee Hearings.

The Grievance Officer's Report (1742) and subsequent recommendation dated April 18, 2016 and approval by the Chief Administrative Officer on April 20, 2016 have been reviewed.

This office reviewed the disciplinary report dated March 17, 2016 written by C/O Anastacio citing Crawford for the offenses of 202, 304 and 404; along with the corresponding Adjustment Committee Summary (201601016/1-STA).

This office reviewed the disciplinary report dated March 18, 2016 written by C/O Ragusa citing Crawford for the offenses of 202, 304 and 404; along with the corresponding Adjustment Committee Summary (201601028/1-STA).

Per contact with Stateville Staff, at the time of these Hearings, a MHP was not required to sit on the Adjustment Committee.

Based on a total review of all available information and a compliance check of the procedural due process safeguards outlined in DR504, this office is reasonably satisfied the offender committed the offenses and recommends the grievance be denied. However, it appears the Adjustment Committee erroneously put the information from C/O Anastascio's IDR, into the Basis for Decision of C/O Ragusa's IDR and vice versa. Adjustment Committee Staff are to correct this and provide Offender Crawford with copies of the corrected Summaries. Additionally, Warden's Bulletin 2014-92 is cited for *both* 404 charges written.

FOR THE BOARD: _Sherry Benton_

Sherry Benton
Administrative Review Board
Office of Inmate Issues

I concur. Adj. Comm. is to proceed as outlined above.

_John A. Baldwin_ _11/15/16_

John R. Baldwin
Acting Director

cc: Warden, Stateville Correctional Center
Adj. Comm., Stateville Correctional Center
Jim Laris, Stateville Correctional Center
Deandre Crawford, Register No. M30080

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov idoc

ARB - Crawford  000105

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE     IDOC Number: M30080     Race: BLK

Hearing Date/Time: 3/22/2016   08:40 AM     Living Unit: STA-B-06-09     Orientation Status: N/A

Incident Number: 201601028/3 - STA     Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 3/18/2016 | 201601028/1-STA | RAGUSA, TERRENCE M | B-HOUSE | 03:50 AM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 states it was a shoe string hanging.

## BASIS FOR DECISION
R/O reflects inmate Crawford M30080 had a line made out of a torn bed sheet tied around the cell bars and the top bunk. When ordered to take the line down inmate Crawford M30080 stated 'it's your job to take it and it's my job to make it.' 'I'm gonna put another line back up when you leave.'
Inmate Crawford M30080 violated Wardens Bulletin #2014-92 cell compliance.
Shakedown records indicate a 12 foot long cloths line was taken from cell B408 on 3/18/16.
Inmate Crawford M30080 identified by ID card.
Per mental health, inmate Crawford M30080 Mental Health did not contribute to the underlying behavior of the offense for which the doc 0317 was issued. 0-6 months in seg was recommended. Doc 0443 form attached to disciplinary report in inmates master file.
The committee is satisfied the violations occurred as reported.

## DISCIPLINARY ACTION   (Consecutive to any priors)

| RECOMMENDED | FINAL |
|-------------|-------|
| 1 Months C Grade | 1 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| Basis for Discipline: NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| BEST, CHARLES F  - Chair Person | *[signature]* | 03/22/16 | BLK |
| VENERABLE, WENDELL M | *[signature]* | 03/22/16 | BLK |

Recommended Action Approved

## Final Comments: N/A

ARB - Crawford  000106

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CRAWFORD, DEANDRE     **IDOC Number:** M30080     **Race:** BLK

**Hearing Date/Time:** 3/22/2016   08:40 AM     **Living Unit:** STA-B-06-09     **Orientation Status:** N/A

**Incident Number:** 201601028/3 - STA     **Status:** Final

---

RANDY S PFISTER / RSP  10/31/2016                      10/31/16

**Chief Administrative Officer**                  **Signature**                     **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**               **When Served - Date and Time**

ARB - Crawford  000107

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: CRAWFORD, DEANDRE | IDOC Number: M30080 | Race: BLK |
| Hearing Date/Time: 3/22/2016  08:45 AM | Living Unit: STA-B-06-09 | Orientation Status: N/A |
| Incident Number: 201601016/3 - STA | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 3/17/2016 | 201601016/1-STA | ANASTACIO, MARC T | B-HOUSE | 06:40 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation Of Rules | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Inmate Crawford M30080 pleads not guilty and states no line was up.

## BASIS FOR DECISION
R/O observed a clothes line approximately 100ft long made out of a state issued sheet running from the front of the cell to the back.
Inmate Crawford M30080 admitted to having a line hanging up.
Shakedown record reflects a clothes line approximately 100ft long was taken from cell B408 on 3/17/16.
R/O advised inmate Crawford M30080 not put a clothes line up, Inmate Crawford M30080 stated 'I will tomorrow.'
Inmate Crawford M30080 identified by ID card.
Per mental health, inmate Crawford M30080 Mental Health did not contribute to the underlying behavior of the offense for which the doc 0317 was issued. 0-6 months in seg was recommended. Doc 0443 form attached to disciplinary report in inmates master file.
The committee is satisfied the violations occurred as reported.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| Restitution of $ 5.06 Paid to STATEVILLE CC | Restitution of $ 5.06 Paid to STATEVILLE CC |
| Other : SMI | Other : SMI |
| 3 Months Commissary Restriction | 3 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | | | |
|---|---|---|---|
| BEST, CHARLES F  - Chair Person | *(signature)* | 03/22/16 | BLK |
| | Signature | Date | Race |
| VENERABLE, WENDELL M | *(signature)* | 03/22/16 | BLK |
| | Signature | Date | Race |

Recommended Action Approved

## Final Comments: N/A

ARB - Crawford  000108

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE     IDOC Number: M30080     Race: BLK

Hearing Date/Time: 3/22/2016   08:45 AM     Living Unit: STA-B-06-09     Orientation Status: N/A

Incident Number: 201601016/3 - STA     Status: Final

---

RANDY S PFISTER / RSP   10/31/2016             10/31/16

**Chief Administrative Officer**           Signature            Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person            11/3/16   9:00/An

                                               When Served - - Date and Time

ARB - Crawford  000109


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, Deandre_                    Date: _9/28/16_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _3/23/16_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _1/21/16_ **Grievance Number:** _H175_ **Griev Loc:** _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
  Incident # _____

∅ Other _Medical- did not receive meds_
  _1/18/16, 1/19/16 & 1/21/16_

**Based on a review of all available information, this office has determined your grievance to be:**

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

∅ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Medical records reflect offender received meds 1/18/16 & 1/19/16 but was not in his cell 1/21/16 when meds were passed out._

FOR THE BOARD: _Debbie Knauer_     CONCURRED: _John R. Baldwin_
          Debbie Knauer                        John R. Baldwin _9/29/16_
     Administrative Review Board                 Acting Director

CC:  Warden, _Stateville_ Correctional Center
     _CRAWFORD_ , Register No. _M30080_

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

**www.illinois.gov/idoc**

ARB - Crawford  000110

| Grievance Officer's Report |
|---|

Date Received: 2/9/16          Date of Review: 3/10/16          Grievance # H175

Committed Person: CRAWFORD, DeAndre          ID #: M30080

Nature of Grievance: Medical Treatment

**RECEIVED**

**MAR 2 3 2016**

**ADMINISTRATIVE REVIEW BOARD**

Facts Reviewed: Grievant claims that he is not receiving his meds.

Grievance Officer finds that per After reviewing offender's medical record. Per the medication administration record the offender was not in his cell during the A.M. medication pass. The offender was not able to receive his A.M. meds due to it being too close to the next dose of medication per the medical providers.

All proper policies and procedures have been followed at this time.
If offender has any more issues he should follow the proper sick call procedures including the Copay.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

Recommendation:          **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Hosselton, CCII
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 3/10/16     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

Chief Administrative Officer's Signature                    3/11/16
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford          M30080          3/15/16
Committed Person's Signature          ID#          Date

## OFFENDER'S GRIEVANCE

| Date: 1/21/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) GRIEVANCE OFFICE

- [ ] Disciplinary Report: ____/____/____
Date of Report _____ Facility where issued FEB 0 9 2016

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: AR 4175

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I take psy meds for Bipolar Disorder and Borderline Personality Disorder State. Three times this week I was not given my meds. Monday RN Lidda (the short one) just walked pass my cell. On Tuesday January 19, 2016 RN Lidda came to pass out meds. At that time I was in the middle of prayer. She said "I don't have time for this" and left without giving me my meds. Today I was out of the cellhouse when meds was given. However I returned

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ Offender's Signature _____ ID# _____ Date ____/____/____

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 1/22/16
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to HCU for review and response. The original has been forwarded to the grievance office. You will receive a final response once the health care unit responds to same.

Dennis _____ Print Counselor's Name _____ Counselor's Signature _____ 2/5/16 Date of Response

### EMERGENCY REVIEW

Date Received: ____/____/____
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature _____ ____/____/____ Date

RECEIVED
MAR 2 3 2016
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File; Offender
Page 1
Printed on Recycled Paper
DOC 0046 (8/2012)

ARB Crawford 000112

to the cellhouse. at 9:47 am. I spoke to C/O Baroda and told him I didn't get my meds. He told me he'd come and let me out whenever he gets a chance. I then talk to Sgt. Panozzo and told him that I needed my psy meds He told me, "Whatever I got laws to run. We'll get to you when we get to you." I then spoke to Lt. Bennett and told her that I was trying to get to HCU to get my psy meds. She said "After what you pulled Tuesday, I can't do anything for you." I was finally let out of my cell at 12:04 pm. I went to ~~the~~ HCU. I was told by C/O McNight that the nurse said that it was to late for me to get my meds. I asked him who did he talk to and who said that it was to late. C/O McNight told me, "I can not give out that type of information." I explained that I needed and take psy meds. C/O McNight then told me, "I'm ~~security~~ security they're medical so you have to go back. The nurses that was at HCU at this time were: Nurses Lilda, (RN), Tina, Paige, Chirstal, Amanda, Don and a black nurse with glasses that work for Wexford, Whom I'd never seen before. This is not a policey, however these nurses and staff have self imposed this as a policey. I've been in a state of manic Depression for fourw days and had sudden fits of uncontorlable crying for no reason. the ~~plass~~ past two days.

DOC 0046 (8/201?)

ARB - Crawford  000113

# Proof of Service

I DeAndre Crawford, being sworn under penalty of perjury do state: That on March 21, 2016 I have placed both grievance STA #175, and grievance officer report dated 3/10/16 in the Stateville Correctional Center mail service. To be delivered to the Administrative Review Board.

**RECEIVED**

**MAR 2 3 2016**

**ADMINISTRATIVE REVIEW BOARD**

To: Administrative Review Board
  P.O. Box 19277,
  Springfield, IL. 62794-9277

                    Respectfully
                    DeAndre Crawford #M30080
                    P.O. Box 112
                    Joliet, IL. 60434

Subscribed and sworn to before me
this 21st day March, 2016.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

## Knauer, Debbie

| | |
|---|---|
| **From:** | Utke, Tiffany |
| **Sent:** | Wednesday, September 28, 2016 11:31 AM |
| **To:** | Knauer, Debbie |
| **Subject:** | RE: DeAndre Crawford M30080 |

Per the MAR he received them 1/18/16, 1/19/16 but was not in his cell 1/21/16. I don't know where he was that day.

**From:** Knauer, Debbie
**Sent:** Wednesday, September 28, 2016 11:10 AM
**To:** Utke, Tiffany; Garcia, Cynthia L.
**Subject:** RE: DeAndre Crawford M30080

Have you had a chance to look in to this?

Thanks
Debbie

**From:** Knauer, Debbie
**Sent:** Wednesday, August 24, 2016 10:22 AM
**To:** Utke, Tiffany; Garcia, Cynthia L.
**Subject:** DeAndre Crawford M30080

I am reviewing a grievance from Crawford wherein he claims on 1/18/16, 1/19/16 and 1/21/16 he was not given his AM medication? Can you check and see if he was or was not given his medication?

Thanks

Debbie Knauer
Office of Inmate Issues
Administrative Review Board
217-558-2200 Ext. 2035
Fax 217-522-1957

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

ARB - Crawford  000115




## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: *Crawford, Deandre*  Date: *July 21, 2016*

Register # *M30080*

Facility: *Stateville*

This is in response to your grievance received on *3/14/16*. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *12/16/15* Grievance Number: *H197* Griev Loc: *Sta/HCU*

○ Transfer denied by the Facility or Transfer Coordinator
○ Dietary _____
○ Personal Property _____
○ Mailroom/Publications _____
○ Assignment (job, cell) _____

○ Commissary _____
○ Trust Fund _____
○ Conditions (cell conditions, cleaning supplies)
○ Disciplinary Report dated _____
  Incident # _____
◉ Other *Dental- non tx 12/15/15 - 12/16/15*

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

◉ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: *This claim is not substantiated. Follow sick call procedure.*

FOR THE BOARD: *S. Benton*  CONCURRED: *John R Baldwin*

Sherry Benton
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden *Stateville* Correctional Center
*Crawford, Deandre*, Register No. *M30080*

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ARB - Crawford  000116

B408

| Grievance Officer's Report | |
|---|---|

Date Received: 2/16/16     Date of Review: 3/4/16     Grievance # H197

Committed Person: CRAWFORD, DeAndre     ID #: M30080

Nature of Grievance: Medical Treatment

Facts Reviewed: Grievant claims that he is not receiving proper medical treatment[dental].

Grievance Officer finds that per medical records Mr. Crawford was initially seen, on 1/28/2015, for a root canal treatment on tooth #9 with Dr. Cavit. At that appointment the nerve was removed from the tooth. The canal in the tooth was enlarged to a size 60 at 25mm. The tooth was medicated and sealed with a temporary filling. He was scheduled for a return appointment on 2/6/2015 but left the Healthcare Unit before he was seen. He was rescheduled for a follow up visit on 2/18/2015. On 2/18/2015 he entered the dental clinic saw Dr. Garg and I and refused the appointment. Mr. Crawford refused to sign the refusal form. Sgt. Sievers and Kim Gregory, dental assistant signed as a witness to the refusal. Mr. Crawford was advised to put in a request when he was ready to resume services .He was a no show for the next appointment on 12/15/2015 due to an institutional lockdown. He was rescheduled to 12/17/2015 but again was a no show due to the institutional lockdown. He was seen on 12/21/2015 and upon examination the temporary filling was still present over the access hole in the tooth. Additionally when the nerve in a tooth has been removed as in the case of an endodontic tooth no pain exists unless the patient has an infection. In this case no infection existed. The root canal on tooth #9 was completed at this appointment.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

Recommendation:     **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Hosselton, CCH
Print Grievance Officer's Name     Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 3/4/16     ☒ I concur     ☐ I do not concur     ☐ Remand

RECEIVED
MAR 14 2016
ADMINISTRATIVE
REVIEW BOARD

Comments:

Chief Administrative Officer's Signature     3/7/16     Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford     M30080     3/9/16
Committed Person's Signature     ID#     Date

| Date: 12/16/15 | Offender: (Please Print) DeAndre Crawford | | ID#: M30080 |
|---|---|---|---|
| Present Facility: Stateville | | Facility where grievance Issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 12/11/15 the temporary filling I've had in my tooth since Dec 2014 or Jan 2015 has come out. I put in a medical request slip due to the pain I was haveing on 12/13/15. I was seen by Nurse Don Mills at sick call on 12/14/15 after I had spoken to Nurse Paige who was passing out daily Meds. I told Paige that I could not take my Meds because the tooth hurt every time anything touches it. She told me to put in another request slip. I was then seen by Mills who saw that the filling had come out and said "you have a big hole."

**Relief Requested:** to have treatment for my tooth

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| De Andre Crawford | M30080 | 12/16/15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 12/19/15

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the Hcu for review and response. The original has been forwarded to the grievance office. You will receive a final response from the grievance office once the health care unit responds to same.

| C. Dennis | _____ | 2/12/16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: ___/___/___

Is this determined to be of an emergency nature?

RECEIVED

MAR 14 2016

ADMINISTRATIVE REVIEW BOARD

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  ___/___/___  Date

ARB - Crawford  000118

in that tooth." Mills called Dental who sent me a call pass for 12/15/15. I spoke to my gallery officer Willington about the pain I was still haveing in my tooth and ask if he would call Dental. Willington told me that "they are only takeing people they call for. Again Paige was the nurse to passout meds in B-House. I spoke to her again. I told her that I had a call pass, and asked her to call Dental to see if they were going to honor the call pass. She said the best she could tell me is to put in another request slip. I sent my request slip to Nurse Mills who was running in-house sick call again. Nurse Mills refuse to take the second request slip, and said he did all he could do yesterday. I then talk to Sgt. Panozzo and explained the situation to him. He said he's not call anybody, If Dental wants to see you they'll call over here for you. Mills said he talked to Dr. Mitchell on 12/14/15. Then today I spoke with officer Borota the gallery officer. I explained to him that my tooth has a big hole in it and has been causeing me pain since friday the 11th. I asked him to call Dr. Mitchell to see if she'd get over to Dental, because all emergency request are suppose to be seen within 24/h. Borota said he told the Sgt and that he did his part so it's not on him.

Distribution: Master File; Offender
Printed on Recycled Paper
DOC 0046 (8/2012)

ARB - Crawford  000119


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: *Crawford, Deandre*  Date: *July 21, 2016*

Register # *M30080*

Facility: *Stateville*

This is in response to your grievance received on ___*3/14/16*___ This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: *1/21/16* Grievance Number: *H199* Griev Loc: *Sta/HCU*

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

⊙ Other *Dr's failure to TX jaw/3 teeth issues. HCU visit 1/18/16*

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by

○ Denied, in accordance with DR504F, this is an administrative decision.

⊙ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: *Claims against staff are not substantiated. You needed to have followed sick call procedures for new issues.*

FOR THE BOARD: *S. Benton*   CONCURRED: *John R Baldwin*

Sherry Benton
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden *Stateville* Correctional Center
*Crawford, Deandre* Register No. *M30080*

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ARB - Crawford  000120

| Grievance Officer's Report | |
|---|---|

| | | |
|---|---|---|
| Date Received: 2/16/16 | Date of Review: 3/4/16 | Grievance # H199 |
| Committed Person: CRAWFORD, DeAndre | | ID #: M30080 |

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Grievant claims that he is not receiving proper medical treatment[dental].

**Grievance Officer finds that** per medical records Mr. Crawford was seen for a completion on his root canal on 12/21/2015 and received a temporary filling which is the customary treatment for an endodontic treated tooth. The clinician customarily waits at least six weeks before a permanent filling is placed. This time period allows the dentist to determine if the patient is going to have any problems with the tooth. Mr. Crawford's appointments on 1/11/16, 1/13/2016, and 1/18/2016 were for his biennial exam. He was scheduled and seen for the permanent filling on 2/10/2016.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

Recommendation: **No action as grievant appears to be receiving appropriate medical care at this time.**

RECEIVED

MAR 1 4 2016

ADMINISTRATIVE
REVIEW BOARD

Jill Hosselton, CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 3/4/16    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments:

Chief Administrative Officer's Signature                          3/7/16    Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford                    M30080                    3/9/16
Committed Person's Signature              ID#                        Date

ARB - Crawford  000121

| Date: 1/21/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA  GRIEVANCE OFFICE
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

FEB ___ 2016

☐ Disciplinary Report: ____/____/____     _____
   Date of Report              Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On Dec 11, 2015 a temp filling that I've had for a
year fell out. I was seen by Dr. Mitchell a week
later. Dr. Mitchell put in another temp filling. I
had a call pass for 1/11/16 but was rescheduled.
Again I was given a call pass for 1/13/16 but
do to a level 4 lockdown I was not seen. On
1/18/16 I was seen by Dr. Obenhauser for a two year
exam. I told him how long the old filling had been in,
and when I got the new temp. I told him that I

Relief Requested: _____

**RECEIVED**

**MAR 14 2016**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**ADMINISTRATIVE REVIEW BOARD**

_____        _____        _____
Offender's Signature                    ID#                    Date
(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 1/22/16    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the H custody review and response. The original has been forwarded to the grievance office. You will receive first response from the grievance office once the health care unit responds to same. L. Dennis

L Dennis                    _____        2/12/16
Print Counselor's Name              Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

Date Received: ____/____/____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                                                                      ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____        ____/____/____
Chief Administrative Officer's Signature        Date

ARB - Crawford  000122

was haveing pain in my lower left jaw and three lower left teeth for the last five days. He told me that I would have to put in a request list to have that looked at. Since Dec 2015 Dr. Mitchell Dr. Obenhouser and Dr. Gara have been in dental and could have seen me. I've submitted a request slip on 1/19/16. I have not received a call pass # as on yet.

Distribution: Master File: Offender

DOC 0046 (8/2012)

ARB - Crawford  000123

# Proof of Service

I DeAndre Crawford sworn under penalty of perjury do swear to the following: That on March 10, 2016 I have placed grievance & STA Numbers #H197, #199, #200 with grievance officer's report Signed March 9, 2016 in the Stateville Correctional Center mail service. To be mailed.

To: Administrative Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

**RECEIVED**

MAR 1 4 2016

**ADMINISTRATIVE REVIEW BOARD**

Respectfully
DeAndre Crawford
M30080
P.O. Box 112
Joliet, IL. 60434

Subscribed and sworn to before me this 10th day March, 2016.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: **Crawford, Deandre**    Date: **July 21, 2016**

Register # **M30080**

Facility: **Stateville**

This is in response to your grievance received on **3/14/14**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **1/15/16**   Grievance Number: **H200**   Griev Loc: **Sta/HCU**

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⦿ Other **Dental follow-up from Dec 2015**

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

- ○ Denied, in accordance with DR504F, this is an administrative decision.

- ⦿ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for inmate Assignments)

- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

- ○ Denied as the facility is following the procedures outlined in DR525.

- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: **Moot. You have since been seen. Please follow facility sick procedures.**

FOR THE BOARD: **S Benton**    CONCURRED: **John R Baldwin**

Sherry Benton
Administrative Review Board

John R. Baldwin
Acting Director

CC: Warden **Stateville** Correctional Center
**Crawford, Deandre**, Register No. **M30080**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ARB - Crawford  000125

| Grievance Officer's Report |
| --- |

Date Received: 2/16/16          Date of Review: 3/4/16          Grievance # H200

Committed Person: CRAWFORD, DeAndre          ID #: M30080

Nature of Grievance: Medical Treatment

**Facts Reviewed:** Grievant claims that he is not receiving proper medical treatment[dental].

Grievance Officer finds that per medical records Mr. Crawford was seen for a completion on his root canal on 12/21/2015 and received a temporary filling which is the customary treatment for an endodontic treated tooth. The clinician customarily waits at least six weeks before a permanent filling is placed. This time period allows the dentist to determine if the patient is going to have any problems with the tooth. Mr. Crawford's appointments on 1/11/16, 1/13/2016, and 1/18/2016 were for his biennial exam. He was scheduled and seen for the permanent filling on 2/10/2016.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**RECEIVED**

MAR 1 4 2016

**ADMINISTRATIVE
REVIEW BOARD**

Recommendation:          **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Hesselton, CCH
          Print Grievance Officer's Name                    Grievance Officer's Signature
          (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 3/4/16     ☒ I concur     ☐ I do not concur     ☐ Remand

Comments:

          Chief Administrative Officer's Signature                    Date 3/7/16

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford          M30080          3/9/16
          Committed Person's Signature          ID#          Date

Distribution:   Master File; Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
                                                                        (Replaces DC 5657)

Printed on Recycled Paper          ARB - Crawford  000126

| Date: 1/15/16 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been waiting for a year to have a temporary filling replaced with a permenate one. During a level 4 dead lock my temp filling came out ~~there~~ in Dec of 2015. I was seen by Dr. Mitchell a week later and she removed the rest of the root and put in another temp filling. It has been ~~until~~ well over three weeks and I have not been called back. I was sent a pass for 1/11/16 but was told I would be rescheduled. Then I was sent a second pass for 1/13/16, but

Relief Requested: To have the work that was started on my tooth finished and have the temp filling replaced with a permenate one.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                     M30080          1/15/16
Offender's Signature                 IDs             Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 1/20/16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A copy of this grievance has been forwarded to the HCU for review and response. The original has been forwarded to the grievance office. You will receive a final response from the grievance office once the health care unit respond to same.

J. Dennis _____ L Dennis _____ 2/12/16
Print Counselor's Name     Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

RECEIVED

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

MAR 14 2016

ADMINISTRATIVE REVIEW BOARD

_____ ____/____/____
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender

DOC 0046 (8/2012)

ARB - Crawford 000127

again we went on a level four lock down. This intentional delay of treatment could lead to an ineffection in the tooth that has the temp filling in it.


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: _Crawford, DeAndre_     Date: _5/18/16_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _2/8/16_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _10/6/15_ Grievance Number: _4836_ Griev Loc: _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator
○ Dietary _____
○ Personal Property _____
○ Mailroom/Publications _____
○ Assignment (job, cell) _____

○ Commissary _____
○ Trust Fund _____
○ Conditions (cell conditions, cleaning supplies)
○ Disciplinary Report dated _____
   Incident # _____
Ⓧ Other _Medication - Depakote._

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _Moot, staff indicated offender recieved the medication_

FOR THE BOARD: _Sarah Johnson_     CONCURRED: _John R. Baldwin_
Sarah Johnson                                  John R. Baldwin
Administrative Review Board                Acting Director

CC:  Warden, _Stateville_ Correctional Center
     _D. Crawford_, Register No. _M30080_

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc.

ARB - Crawford  000129

B408

| Grievance Officer's Report |
|---|

Date Received: 12/10/15          Date of Review: 2/1/16          Grievance # 4836

Committed Person: CRAWFORD, DeAndre                    ID #: M30080

Nature of Grievance: Medical Treatment

Facts Reviewed: Grievant claims that he is not receiving his seizure meds

Grievance Officer finds that per Medical Records offender received his meds on 10/26/15

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**RECEIVED**

FEB 08 2016

**ADMINISTRATIVE
REVIEW BOARD**

Recommendation:          **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Hosselton, CCII
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: 2/1/16          ☑ I concur          ☐ I do not concur          ☐ Remand

Comments:

_____                                    2/2/16
Chief Administrative Officer's Signature                                    Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

De. Andre Crawford                    M30080                    2/4/16
_____
Committed Person's Signature                    ID#                    Date

ARB - Crawford  000130

# OFFENDER'S GRIEVANCE

B408

| Date: 10/6/15 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

## NATURE OF GRIEVANCE:

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ ADA Disability Accommodation
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): _____

GRIEVANCE OFFICE

DEC 10 2015

STAF # 0 0 0

☐ Disciplinary Report: ___/___/___  _____
Date of Report  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
 **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
 **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
 **Chief Administrative Officer,** only if EMERGENCY grievance.
 **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have seizures and was taken Depakote for it. However I haven't been getting it, but I have been receiveing my other meds, I was seen by Dr. Maital on 9/30/15 and she told me that my prescription was good until next year. This was after I told her about my last seizure on 9/13/15 and that I am still haveing pain in my left shoulder.

**Relief Requested:** to continue getting my seizure meds.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

De Andre Crawford  M30080  10, 6, 15
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

| Date Received: 10, 22, 15 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: According to the pharmacy tech, Regina Beattie, Crawford M30080 received his seizure meds on 10/20/15.

L. Dennis  L. Dennis  11, 5, 15
Print Counselor's Name  Counselor's Signature  Date of Response

## EMERGENCY REVIEW

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____  ___/___/___
Chief Administrative Officer's Signature  Date

ARB - Crawford  000131

# PROOF OF SERVICE

I DeAndre Crawford #M30080 hereby
do swear that on February 4, 2016 I
have placed grievance STA #4836 in the
Stateville Correctional Center mail service
to be sent to the A.R.B ~~mar~~ broad.

TO: Administrative Review Board
    P.O. Box 19277
    Springfield, IL. 62794-9277

Respectfully,
De Andre Crawford #M30080
P.O. Box 112
Joliet, IL. 60434

I swear under penalty
of perjury that the
above informaton is true
and accurate to the best
of my knowledge.

**RECEIVED**

FEB 08 2016

ADMINISTRATIVE
REVIEW BOARD

ARB - Crawford  000132

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

May 4, 2016

DeAndre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This will **finalize** your response to your grievance received on September 30, 2015, regarding Medical (morning medication not received during Ramadan), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Crawford grieves since the beginning of Ramadan on June 18, 2015 he has not received his morning psych and siezure medications. He claims due to fasting the medications are to be brought to him during the 11-7 shift. He grieves since the medications are a "watch take" he has not been able to take the medications due to fasting from sun up to sun down. He claims this has caused him to request a crisist team member several times and has been denied.

The Grievance Officer's Report (H643) and subsequent recommendation dated August 27, 2015 and approval by the Chief Administrative Officer on September 1, 2015 have been reviewed.

The grievance officer indicated according to the medication administration record the offender refused his medication. This office remanded Offender Crawford's grievance to Warden Pfister for review of the policy procedure for offenders who are fasting during Ramadan to receive medications.

Per healthcare staff during Ramadan a list is received of the offenders who are participating. From this list the offenders who are to receive medications are offerred the medication during the appropriate times.

Based on a total review of all available information, it is recommended the grievance be considered moot at this time. **However, Warden Pfister is to ensure policy and practice is being adhered to with regard to offenders medications during fasting for Ramadan.**

FOR THE BOARD:

Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED:

John R. Baldwin
Acting Director

5/16/16

cc:  Warden, Stateville Correctional Center
     DeAndre Crawford, Register No. M30080

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

ARB - Crawford  000133

**Johnson, Sarah L.**

| | |
|---|---|
| **From:** | Utke, Tiffany |
| **Sent:** | Wednesday, April 20, 2016 9:38 AM |
| **To:** | Duffield, Nicolette; Johnson, Sarah L. |
| **Subject:** | RE: Ramadan |

Hope this helps.

Ok I believe I remember this grievance per the medication record he refused his medication. But without more details I can't say for sure.
But here is what we would do during Ramadan. We received a list that have the offenders that were participating in Ramadan. The Nurses would go back out and offer the offenders their medications during the appropriate time.

**From:** Duffield, Nicolette
**Sent:** Wednesday, April 20, 2016 9:01 AM
**To:** Utke, Tiffany
**Subject:** FW: Ramadan
**Importance:** High

FYI

*Nicolette S. Duffield HCUA*
*815-727-3607 Ext. 6675*

**From:** Johnson, Sarah L.
**Sent:** Tuesday, April 19, 2016 11:27 AM
**To:** Duffield, Nicolette
**Subject:** RE: Ramadan
**Importance:** High

Please advise on the status of the below request as soon as possible. Thank you.

**From:** Johnson, Sarah L.
**Sent:** Thursday, March 10, 2016 1:22 PM
**To:** Duffield, Nicolette
**Subject:** FW: Ramadan

See the below email with regard to medication and Ramadan. Please advise what the practice is for Offenders who are on watch take medication during Ramadan? Our office remanded a grievance for a review for Offender Crawford, M30080 who claimed to have not been given medication during Ramadan due to the time the medication was delivered. Please feel free to call me if you have any questions. Thank you.

**From:** Adamson, George
**Sent:** Friday, February 05, 2016 1:12 PM
**To:** Keim, Stephen
**Cc:** Johnson, Sarah L.
**Subject:** RE: Ramadan

For the healthy; nothing is to be taken by mouth, nose, ear and eye while fasting.

ARB - Crawford  000134

The person taking medication will not fast. If the patient is temporarily sick then they will not fast that day while taking medication. They will make it up on another day(s).
The person taking medication on a permanent basis or can't do without medication is excused from fasting. They will feed the poor for the number of days missed.

This obviously raises a concern about trafficking and trading. However inmates are allowed to give to other inmates whatever they have within the rules.
This documentation should totally keep our hospitals running normally during Ramadan. This from the 12 Imams I meet with regularly.

---

**From:** Keim, Stephen
**Sent:** Thursday, February 04, 2016 2:06 PM
**To:** Adamson, George
**Cc:** Johnson, Sarah L.
**Subject:** RE: Ramadan
**Importance:** High

Dr. Adamson,

Can you please respond to this inmate issue concerning Ramadan and inmate medications. I tried contacting Imam Tahwil but was unsuccessful. Seeing you have a number of Imams at Stateville I thought possibly you could assist. It has been our standing procedure since Imam Furqan and Imam Mumin were at Menard that " During the daylight hours a fasting person is permitted all essential medicines".

Thanks.

**Stephen C. Keim**
**Chief of Chaplains**
**Illinois Department of Corrections**
Menard Correctional Center
P.O.B. 711
Menard, Illinois 62259
STEPHEN.KEIM@doc.illinois.gov

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

---

**From:** Johnson, Sarah L.
**Sent:** Thursday, February 04, 2016 1:40 PM
**To:** Keim, Stephen
**Subject:** Ramadan

I am reviewing a grievance from an offender who claims during the fast for Ramadan his morning and evening medications were not provided prior to sunrise and after sunset. He claims due to the medications being watch take he was unable to hold the medication and take it at a later time. Can you provide any information on how the medications are instructed to be given or if there is any instruction given during this religious fast?

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

ARB - Crawford  000135

**Johnson, Sarah L.**

*emailed again 4/19/16*

| | |
|---|---|
| **From:** | Johnson, Sarah L. |
| **Sent:** | Thursday, March 10, 2016 1:22 PM |
| **To:** | Duffield, Nicolette |
| **Subject:** | FW: Ramadan |
| **Attachments:** | Ramadan and medication.pdf |

See the below email with regard to medication and Ramadan. Please advise what the practice is for Offenders who are on watch take medication during Ramadan? Our office remanded a grievance for a review for Offender Crawford, M30080 who claimed to have not been given medication during Ramadan due to the time the medication was delivered. Please feel free to call me if you have any questions. Thank you.

**From:** Adamson, George
**Sent:** Friday, February 05, 2016 1:12 PM
**To:** Keim, Stephen
**Cc:** Johnson, Sarah L.
**Subject:** RE: Ramadan

For the healthy; nothing is to be taken by mouth, nose, ear and eye while fasting.
The person taking medication will not fast. If the patient is temporarily sick then they will not fast that day while taking medication. They will make it up on another day(s).
The person taking medication on a permanent basis or can't do without medication is excused from fasting. They will feed the poor for the number of days missed.

This obviously raises a concern about trafficking and trading. However inmates are allowed to give to other inmates whatever they have within the rules.
This documentation should totally keep our hospitals running normally during Ramadan. This from the 12 Imams I meet with regularly.

**From:** Keim, Stephen
**Sent:** Thursday, February 04, 2016 2:06 PM
**To:** Adamson, George
**Cc:** Johnson, Sarah L.
**Subject:** RE: Ramadan
**Importance:** High

Dr. Adamson,

Can you please respond to this inmate issue concerning Ramadan and inmate medications. I tried contacting Imam Tahwil but was unsuccessful. Seeing you have a number of Imams at Stateville I thought possibly you could assist. It has been our standing procedure since Imam Furqan and Imam Mumin were at Menard that " During the daylight hours a fasting person is permitted all essential medicines".

Thanks.

**Stephen C. Keim**
**Chief of Chaplains**
**Illinois Department of Corrections**
Menard Correctional Center

ARB - Crawford  000136

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

**From:** Johnson, Sarah L.
**Sent:** Thursday, February 04, 2016 1:40 PM
**To:** Keim, Stephen
**Subject:** Ramadan

I am reviewing a grievance from an offender who claims during the fast for Ramadan his morning and evening medications were not provided prior to sunrise and after sunset.  He claims due to the medications being watch take he was unable to hold the medication and take it at a later time.  Can you provide any information on how the medications are instructed to be given or if there is any instruction given during this religious fast?

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

ARB - Crawford  000137


## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

February 5, 2016

DeAndre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This is in response to your grievance received on September 30, 2015, regarding Medical (morning medication not received during Ramadan), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Crawford grieves since the beginning of Ramadan on June 18, 2015 he has not received his morning psych and siezure medications. He claims due to fasting the medications are to be brought to him during the 11-7 shift. He grieves since the medications are a "watch take" he has not been able to take the medications due to fasting from sun up to sun down. He claims this has caused him to request a crisist team member several times and has been denied.

The Grievance Officer's Report (H643) and subsequent recommendation dated August 27, 2015 and approval by the Chief Administrative Officer on September 1, 2015 have been reviewed.

The grievance officer indicated according to the medication administration record the offender refused his medication.

Based on a total review of all available information, it is recommended the grievance be remanded to Warden Pfister at Stateville CC for a written response with regard to the policy/procedure for providing offenders medication while fasting in observance of Ramadan.

FOR THE BOARD:

Sarah Johnson
Administrative Review Board
Office of Inmate Issues

I concur. Warden Pfister shall proceed accordingly.

John R. Baldwin
Acting Director
2/16/16

cc:   Warden, Stateville Correctional Center
      DeAndre Crawford, Register No. M30080
      Tickler

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc                    ARB - Crawford  000138

# Johnson, Sarah L.

| | |
|---|---|
| **From:** | Adamson, George |
| **Sent:** | Friday, February 05, 2016 1:12 PM |
| **To:** | Keim, Stephen |
| **Cc:** | Johnson, Sarah L. |
| **Subject:** | RE: Ramadan |
| **Attachments:** | Ramadan and medication.pdf |

For the healthy; nothing is to be taken by mouth, nose, ear and eye while fasting.
The person taking medication will not fast. If the patient is temporarily sick then they will not fast that day while taking medication. They will make it up on another day(s).
The person taking medication on a permanent basis or can't do without medication is excused from fasting. They will feed the poor for the number of days missed.

This obviously raises a concern about trafficking and trading. However inmates are allowed to give to other inmates whatever they have within the rules.
This documentation should totally keep our hospitals running normally during Ramadan. This from the 12 Imams I meet with regularly.

---

**From:** Keim, Stephen
**Sent:** Thursday, February 04, 2016 2:06 PM
**To:** Adamson, George
**Cc:** Johnson, Sarah L.
**Subject:** RE: Ramadan
**Importance:** High

Dr. Adamson,

Can you please respond to this inmate issue concerning Ramadan and inmate medications. I tried contacting Imam Tahwil but was unsuccessful. Seeing you have a number of Imams at Stateville I thought possibly you could assist. It has been our standing procedure since Imam Furqan and Imam Mumin were at Menard that " During the daylight hours a fasting person is permitted all essential medicines".

Thanks.

<div align="center">

**Stephen C. Keim**
**Chief of Chaplains**
**Illinois Department of Corrections**
Menard Correctional Center
P.O.B. 711
Menard, Illinois 62259
STEPHEN.KEIM@doc.illinois.gov

</div>

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

---

**From:** Johnson, Sarah L.
**Sent:** Thursday, February 04, 2016 1:40 PM

ARB - Crawford  000139

**To:** Keim, Stephen
**Subject:** Ramadan

I am reviewing a grievance from an offender who claims during the fast for Ramadan his morning and evening medications were not provided prior to sunrise and after sunset. He claims due to the medications being watch take he was unable to hold the medication and take it at a later time. Can you provide any information on how the medications are instructed to be given or if there is any instruction given during this religious fast?

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

ARB - Crawford  000140

⚙️                                          🔍

37761: A sick person who cannot fast

I have many days to make up for missed fasts from the past.
Unfortunately, this year I am suffering from a medical condition involving
my stomach which makes me unable to fast. I do not know if I will be
able to fast in the future (my condition could be permanent). What should
I do about this Ramadan and the missed days from the past?.

Published Date: 2002-11-19

Praise be to Allaah.

We ask Allaah, the Lord of the mighty Throne, to heal you.

You have to refer to a trustworthy doctor. If the sickness from which you
are suffering is one from which there is the hope of recovery, then after
you recover you have to make up the fasts that you missed during this
Ramadaan and the previous Ramadaan are because Allaah says
(interpretation of the meaning):

*"and whoever is ill or on a journey, the same number [of days which one
did not observe Sawm (fasts) must be made up] from other days"*

*[al-Baqarah 2:185]*

But if the sickness is permanent and there is no hope of recovery, then
you have to feed one poor person for each day that you did not fast in this
Ramadaan and in the previous one, because Allaah says (interpretation of
the meaning):

*"And as for those who can fast with difficulty, (e.g. an old man), they
have (a choice either to fast or) to feed a Miskeen (poor person) (for
every day)"*

*[al-Baqarah 2:184]*

Ibn 'Abbaas said: This refers to the old man or old woman who cannot
fast, so for each day they should feed one poor person. This was narrated
by al-Bukhaari, 4505. The sick person who has no hope of recovery comes
under the same ruling as the elderly.

Ibn Qudaamah said in *al-Mughni, 4/396:*

The sick person who has no hope of recovery should not fast, and for each day he should feed one poor person, because he is like one who is elderly.

Shaykh Ibn 'Uthaymeen said in *Majaalis Ramadaan*, p. 32:

The one who is permanently unable to fast and has no hope of recovery – such as the elderly and those who are incurably sick, such as those who have cancer etc. – do not have to fast because they are unable to. Allaah says (interpretation of the meaning):

*"So keep your duty to Allaah and fear Him as much as you can"*

*[al-Taghaabun 64:16]*

**"Allaah burdens not a person beyond his scope"**
**[al-Baqarah 2:286]**

But instead of fasting he has to feed one poor person for each day.

And Allaah knows best.

Islam Q&A

All Rights Reserved for IslamQA© 1997-2016 0.079

ARB - Crawford 000142

**Johnson, Sarah L.**

| | |
|---|---|
| **From:** | Keim, Stephen |
| **Sent:** | Thursday, February 04, 2016 2:06 PM |
| **To:** | Adamson, George |
| **Cc:** | Johnson, Sarah L. |
| **Subject:** | RE: Ramadan |
| | |
| **Importance:** | High |

Dr. Adamson,

Can you please respond to this inmate issue concerning Ramadan and inmate medications. I tried contacting Imam Tahwil but was unsuccessful. Seeing you have a number of Imams at Stateville I thought possibly you could assist. It has been our standing procedure since Imam Furqan and Imam Mumin were at Menard that " During the daylight hours a fasting person is permitted all essential medicines".

Thanks.

<div align="center">

**Stephen C. Keim**
**Chief of Chaplains**
**Illinois Department of Corrections**
Menard Correctional Center
P.O.B. 711
Menard, Illinois 62259
STEPHEN.KEIM@doc.illinois.gov

</div>

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

**From:** Johnson, Sarah L.
**Sent:** Thursday, February 04, 2016 1:40 PM
**To:** Keim, Stephen
**Subject:** Ramadan

I am reviewing a grievance from an offender who claims during the fast for Ramadan his morning and evening medications were not provided prior to sunrise and after sunset. He claims due to the medications being watch take he was unable to hold the medication and take it at a later time. Can you provide any information on how the medications are instructed to be given or if there is any instruction given during this religious fast?

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not

ARB - Crawford  000143

B408

| Grievance Officer's Report |
| --- |

**Date Received:** 8/25/15          **Date of Review:** 8/27/15          Grievance # H643

**Committed Person:** Crawford, DeAndre          ID # M30080

**Nature of Grievance:** MEDICAL Treatment

**Facts Reviewed:**
Grievance Officer finds that per Medical Staff AFTER REVIEWING THE OFFENDERS MEDICAL RECORDS:

THE GRIEVANT COMPLAINS OF BEING DENIED PROPER MEDICAL TREATMENT

## Response:

Offender's chart was reviewed. According to the medication administration record he has refused his medication.

All proper policies and procedures have been followed at this time. If offender has any more issues he should follow the proper sick call procedures.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

RECEIVED

SEP 3 0 2015

ADMINISTRATIVE
REVIEW BOARD

**Recommendation:**          **No action as grievant appears to be receiving appropriate medical care at this time.**

JILL PARRISH CC2

Print Grievance Officer's Name          Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

**Date Received:** 8/31/15     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

Chief Administrative Officer's Signature          9/1/15
                                                   Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford          M30080          9/18/15
Committed Person's Signature          ID#          Date

ARB - Crawford  000144

| Date: 7/6/15 | Offender: (Please Print) DeAndre Crawford | | ID#: M30080 |
| --- | --- | --- | --- |
| Present Facility: Stateville | Facility where grievance Issue occurred: Stateville ~~GRIEVANCE OFFICE~~ | | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: ___/___/___  _____
  Date of Report                     Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

Since the begining of the Muslim Fast for the Islamic
month of Ramadan 6/18/15 I have not been receiving my
A.M psy and seizure medication. I was told by nurse
Wendy that the medtech on the 11-7 shift is suppose
to bring our meds. For the first three days of our Fast
a medtech would bring the A.M meds to our cells around
3 a.m. After the first three days they stop giving me my
meds. This is a clear ~~anlabeon~~ violation of this my
constitutional right and discrimination ~~and~~ against my

Relief Requested:

To receive my A.M meds before the time for Fasting
begins.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 7 / 6 / 15 |
| --- | --- | --- |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 7/11/15 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| --- | --- | --- |

Response: A copy of this grievance has been forwarded to the HCU for
review and response. The original has been forwarded to the grievance
office. You will receive a final response from the grievance
officer once the health care unit responds to same.

| L. Dennis | | 7/11/15 |
| --- | --- | --- |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

RECEIVED

| Date Received: SEP 30 2015 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| --- | --- | --- |

ADMINISTRATIVE
REVIEW BOARD

_____          ___/___/___
Chief Administrative Officer's Signature                 Date

ARB - Crawford 000145

religious practice because we are not getting our meds because we have to fast from sun up to sun down. I explained this to nurse Wendy, Lidda and Kandice on the 7-3 shift when they brought my meds on that shift. And my meds are (watch) meds so I can not hold them until the sun sets during the 3-11 shift. It's been three weeks since I've had my a.m. meds. Because of the adverse effects of not having my meds I have asked for a crisis team several times, and each time my request has been denied by staff such as acting Sgts. Alvenay, Burata. Sgt. Pazzo and Lts. Jacobs and Lt. Sykes.

DOC 0046 (8/2012)
Distribution: Master File; Offender

ARB - Crawford  000146

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: Crawford, DeAndre       Date: 2/4/16

Register # M30080

Facility: Stateville

This is in response to your grievance received on 9/30/15 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 7/25/15 Grievance Number: H751 Griev Loc: Stateville

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

⊗ Other Medical treatment for Shoulder.

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

○ Denied, in accordance with DR504F, this is an administrative decision.

⊗ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: _____

FOR THE BOARD: Sarah Johnson       CONCURRED: John Baldwin

Sarah Johnson
Administrative Review Board

John R. Baldwin
Acting Director
2/5/16

CC: Warden, Stateville Correctional Center
    D. Crawford , Register No. M30080

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

ARB - Crawford  000147



ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

Date Received: 8/25/15          Date of Review: 8/27/15          Grievance # H751

Committed Person: Crawford, DeAndre                    ID # M30080

Nature of Grievance: MEDICAL Treatment

**Facts Reviewed:**
Grievance Officer finds that per Medical Staff AFTER REVIEWING THE OFFENDERS MEDICAL RECORDS:

THE GRIEVANT COMPLAINS OF BEING DENIED PROPER MEDICAL TREATMENT

**Response:**

: After reviewing offender medical record. Offender was seen by Nurse sick call 7/14/15 referred to MD/SC7/17/15, medications ordered follow up in one month. 8/14/15 Seen in MD/SC medications ordered and referred to the Medical Director. All proper policies and procedures have been followed at that time.

All proper policies and procedures have been followed at this time. If offender has any more issues he should follow the proper sick call procedures.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

RECEIVED

SEP 3 0 2015

ADMINISTRATIVE
REVIEW BOARD

Recommendation:     **No action as grievant appears to be receiving appropriate medical care at this time.**

JILL PARRISH CC2 _____     _____ CCII
          Print Grievance Officer's Name                    Grievance Officer's Signature
          (Attach a copy of Committed Person's Grievance, Including counselor's response if applicable)

| Chief Administrative Officer's Response |
| --- |

Date Received: 8/31/15     ☑ I concur     ☐ I do not concur     ☐ Remand
Comments:

_____  9/1/15
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford _____   M30080   9/18/15
          Committed Person's Signature              ID#              Date

ARB - Crawford  000148

| Date: 7/25/15 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: State ville GRIEVANCE OFFICE | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): H751

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report                    Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I was seen by LPN Tiffany for in-house sick call for pain in my left shoulder and back area. She check my me for the pain in my back but did not check my shoulder at all. I'm still having pain in that shoulder. I was charged the co-pay and told that "I would have to put in again if I was still in pain and would have to pay the co-pay again".

Relief Requested: To have my shoulder looked at by a Doctor

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

| DeAndre Crawford | M30080 | 7, 25, 15 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 7, 31, 15 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: A copy of this grievance has been forwarded to the HCU for review and response. The original has been forwarded to the grievance office. You will receive a final response from the grievance office once the health care unit responds to same.

| L. Dennis | L. Dennis | 7, 31, 15 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

RECEIVED

| Date Received: SEP 0 0 2016 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

ADMINISTRATIVE REVIEW BOARD

| | _____ / _____ / _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender

Page 1

DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford 000149

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Crawford**       **Deandre**       _MI_       **M30080**
              Last Name            First Name                        ID#

Facility: **Stateville**

[X] Grievance: Facility Grievance # (if applicable) _____ Dated: **12/17/15** or [ ] Correspondence: Dated: _____
Received: **1/12/16** Regarding: **Dental**
              Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

[X] Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

[X] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

[ ] Provide dates of disciplinary reports and facility where incidents occurred.

[ ] Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**

[ ] Contact your correctional counselor regarding this issue.

[ ] Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

[ ] Contact the Record Office with your request or to provide additional information.

[ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

[ ] Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**

[ ] Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

[ ] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

[ ] This office previously addressed this issue on _____
                                                        Date

[ ] No justification provided for additional consideration.

**Other (specify):** _____

Completed by: **Sarah Johnson**          **Sarah Johnson**          **1/28/16**
                      Print Name                        Signature                        Date

Distribution: Offender          Printed on Recycled Paper          DOC 0070 (Rev. 4/2013)

B408

| Date: 12/17/15 | Offender: (Please Print) DeAndre Crawford | GRIEV ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance Issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

| | | |
|---|---|---|
| ☑ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☑ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): _____ |

☐ Disciplinary Report: ___/___/___   _____
                        Date of Report        Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):    A filling fellout. My tooth 12/13/15. The filling was a
temporay filling that was put in around Dec 2014 or
Jan. 2015. I put in a regular grievance but haven't
received any treatment. I put in a medical request
slip over the weekend. Monday 12/14/15 I spoke to
Nurse Paige who was passing out meds, I explained
to her that my temptoray filling came out and was
causeing me pain, and could not take my psy psy and
blood pressure meds because into it hurts when any -

Relief Requested:    to have my tooth fixed
_____

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                          M30080          12/17/15
     Offender's Signature                    ID#              Date

                         (Continue on reverse side if necessary)

---

RECEIVED    **Counselor's Response (if applicable)**

Date
Received: ___/___/___         ☐ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to
       JAN 12 2016                                                         Administrative Review Board, P.O. Box 19277,
                                                                           Springfield, IL 62794-9277

Response:    ADMINISTRATIVE
             REVIEW BOARD
_____
_____
_____

_____      _____    ___/___/___
   Print Counselor's Name        Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date
Received: 12/30/15    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                          ☑ No; an emergency is not substantiated.
                                                                          Offender should submit this grievance
                                                                          in the normal manner.

_____                              _____    12/31/15
  Chief Administrative Officer's Signature                                  Date

ARB - Crawford  000151

thing touches it. She told me to put in a slip for sick-call because they can't just send me to dental. I put a second slip in and was seen by Nurse Mills later on 12/14/15. Nurse Mills examined me and said that I had a big ov hole in my tooth, and that he would call Dr. Mitchell, the dentist, to get me seen. I later spoke to c/o Willington and asked him to call dental to see if they were gonna call me over. c/o Willington said "If they want you they'll call for you." I then spoke to Sgt. Panozzo and explained it to him he said, "I'm not calling anybody. They're calling for the people they want." On 12/15/15 I spoke to nurse Paige while she passed out meds. She told me to put in another request slip. Again, nurse Mills was running sick call. He refused to take my request slip and said he saw me already and did all he could do, and if Dr. Mitchell wanted to see me she'll call me over. I spoke to Sgt. Panozzo while he was on four galley. He said "I told you yesterday I'm not calling anybody. If they want you they'll call you." On 12/16/15 I spoke to Nurse Paige again she said she would talk to Dr. Mitchell. C/o Borota told nurse Paige "yeah me told me about that yesterday. I forgot to tell you." Later that day I spoke to officer Nomen (Peanut) he said he'd see what he could do. I talk to nurse Tiffany who was running sick call with LPN Lidda. Tiffany said there was nothing she could do. I was told by nurse Paige that she had talk to Dr. Mitchell and she (Dr. Mitchell) said that it is not an emergency and will schedule me to come to dental. I've been given two call passes and dental has not honored either one.

DOC 0046 (8/2012)

ARB - Crawford  000152

# PROOF OF SERVICE

Please take Notice that on this 8th day of January, 2016. I DeAndre Crawford have placed an answered and signed emergency grievance STA #5006 in the Stateville Correction Center mail service. This document is addressed to the Administrative Review Board Board. in Springfield, IL.

To: Administrative Review Board
    P.O. Box 19277
    Springfield, IL. 62794-9277

Respectfully,
De Andre Crawford #M30080
P.O. Box 112
Joliet, IL 60434

Subscribed and sworn to before me
this 8th day January, 2016.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

RECEIVED

JAN 12 2016

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford_ _DeAndre_ ___ MI _M30080_ ID#
Last Name          First Name

Facility: _Stateville CC_

☒ Grievance: Facility Grievance # (if applicable) _1520_ Dated: _5/15/15_ or ☐ Correspondence: Dated: _____

Received: _6/29/15_ Regarding: _Staff Conduct  C/O Alvarez_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
☐ Provide dates of disciplinary reports and facility where incidents occurred.
☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

**Misdirected:**
☐ Contact your correctional counselor regarding this issue.
☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
☐ Contact the Record Office with your request or to provide additional information.
☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

**No further redress:**
☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
☒ Not submitted in the timeframe outlined in Department Rule 504; **therefore, this issue will not be addressed further.**
☐ This office previously addressed this issue on _____ Date
☐ No justification provided for additional consideration.

**Other** (specify): _ARB received 30 days past CAO's signature of 5/27/15_

Completed by: _Leslie McCarty_     _Leslie McCarty_     _11/17/15_
Print Name                Signature              Date

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*                DOC 0070 (Rev.4/2013)

ARB - Crawford 000154

β408

| Grievance Officer's Report |
|---|

Date Received: _____4/13/15_____        Date of Review: _____5/25/15_____        Grievance # (optional): 1520

Committed Person: DeAndre Crawford                                    ID#: M30080

Nature of Grievance: Staff Conduct – Performance of Duty

**Facts Reviewed:** Grievant claims on 3/15/15, C/O Alvarez refused to let him go to chow. He does not want to be retaliated against.

Per Counselor Dennis, on 3/27/15 C/O Alvarez stated Crawford's cell was not in compliance and was talking to her in a very disrespectful manner. Therefore, he was not allowed to go to chow and she stated Crawford was given a tray.

Grievant fails to provide any sufficient evidence of any staff misconduct or any retaliation.

**Recommendation:**        **No action.**

Anna McBee, CCII
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

RECEIVED

Date Received: _5/26/15_        ☒ I concur .  .        ☐ I do not concur        ☐ Remand

JUN 29 2015

Comments:

ADMINISTRATIVE
REVIEW BOARD

_____                                                5/27/15
Chief Administrative Officer's Signature                                            Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford                    M30080                    10/19/15
_____
Committed Person's Signature                ID#                        Date

# OFFENDER'S GRIEVANCE

3408

| Date: 3/15/15 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance Issue occurred: Stateville GRIEVANCE OFFICE |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): STAY 1520

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): _____

Today Lt. E. Jacobs at the request of C/o Alvaraz refused me chow, which is a violation of my constitutional rights, and rights under the Imprisoned persons act. Inmates in IDOC are to have/she feed three meals a day. C/o Alvaraz told Lt. Jacobs not to let me out for chow. They both came outside and sent me back to my cell. I was not given a bag lay in tray either which is a violation of my rights. So begin out with, C/o Green who was the gallary was keying out four gallary out with c/o Alvaraz

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 3 /15 /15 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) |
|---|

| Date Received: 3 / 19 / 15 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** On 3/27/15 C/o Alvarez added Crawford's cell was not in compliance and he was talking to her in a very disrespectful manner. Therefore he was not allowed to go to chow and she stated Crawford was given a tray.

| L. Dennis | RECEIVED 3/27/15 |
|---|---|
| Print Counselor's Name | Counselor's Signature — Date of Response |

JUN 29 2015

---

| **EMERGENCY REVIEW** | |
|---|---|

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

____/____/____
Date

Chief Administrative Officer's Signature

ARB - Crawford 000156

C/O Green let me out. C/o Alvaraz called me back to turn off my t.v. she told C/o Green to continue Keying out while she dealt with me. I went back in my cell and turned the t.v. off. C/o Alvaraz told me to turn off my celly t.v too. I told her, "that's not mines, and I'm not touching his t.v." She asked me my name I told her Crawford. She said, "Oh you're the one that wrote me up. I got you." So acting in retaliation she told Lt. Jacobs not to let me out for chow. I now fear that I will constantly be a target of retaliation whenever C/O Alvaraz works in B-House, which could put me in harms way

ARB - Crawford  000157

# Proof of Service

I DeAndre Crawford sworn under penalty
of perjury do swear to the following:
I am placeing grievance #1520 and
accompanying affidiavits in the Stateville
Mail Service on this day June 19, 2015.

To:

Administrative Review Board
P.O Box 19277
Springfield, IL. 62794-9277

Respectfully
DeAndre Crawford #M30080
DeAndre Crawford

I swear that all statements and information
are correct under penalty of perjury.

RECEIVED
JUN 29 2015
ADMINISTRATIVE
REVIEW BOARD



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**DONALD STOLWORTHY**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

May 29, 2015

DeAndre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This is in response to your grievance received on November 19, 2014, regarding Medical (injury, 5/14/14), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Crawford grieves on May 14, 2014 he had a siezure and fell out of bed. He grieves he was seen by Dr. Obaisi and did not receive an exam. He claims he was only asked two questions. He grieves due to the fall he broke his tooth. He states he was seen by Dr. Brooks regarding the tooth. He grieves he was not provided a prescription for Penicillin or Ibuprofen. He grieves he was in the cell since October, 2013 and was not assigned to the bottom bunk.

The Grievance Officer's Report (M229) and subsequent recommendation dated November 5, 2014 and approval by the Chief Administrative Officer on November 10, 2014 have been reviewed.

Medical records indicated Offender Crawford was seen by the Medical Director on the day of his fall and was referred to Dental. It is noted Offender Crawford had a low bunk permit valid from April 30, 2014-April 30, 2015. This office contacted Placement Office staff who indicated they had not been made aware of Offender Crawford's low bunk permit. It is also noted every effort is made to accommodate the low bunk permits provided to offenders.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be considered moot at this time, as Offender Crawford was assessed and provided medical treatment for his injury. Offender Crawford is advised to notify the cellhouse security and/or placement office with regard to any current medical permit.

FOR THE BOARD: Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: Donald Stolworthy
Director

cc: Warden, Stateville Correctional Center
DeAndre Crawford, Register No. M30080

**Johnson, Sarah L.**

| | |
|---|---|
| **From:** | Rabideau, Karen |
| **Sent:** | Friday, May 29, 2015 11:49 AM |
| **To:** | Johnson, Sarah L.; Baldwin, Jerry; Navarro, Kim |
| **Subject:** | RE: Low bunk |

Usually the only way I am told that a guy has a permit is when they come back from the HCU with their new/updated permit and they show the cellhouse security staff.   The unit usually calls me then and tells me, and arrangements are made to try to move them.  The huge issue is that there are so many guys given these permits – at this current time, every single cell on the two low galleries in my general population units has someone in the cell with a permit, so there is literally nowhere for me to move them if they get a new one.   Sometimes I may have an available cell in Unit F, population overflow, but not always.

Medical does not send me anything nor do they call.  Either the unit calls or the inmate himself writes me about it.

---

**From:** Johnson, Sarah L.
**Sent:** Friday, May 29, 2015 11:44 AM
**To:** Baldwin, Jerry; Rabideau, Karen; Navarro, Kim
**Subject:** RE: Low bunk

Ok, so the offender has to write to placement or healthcare staff are to send a copy of the permit to placement?  Or both?  Seems like it would be hard for the offender to get a copy of his permit to send to placement?
Also, based on this information, the offender was not in the bottom bunk in May due to his permit being expired correct?  thank you all for your help with this matter.

---

**From:** Baldwin, Jerry
**Sent:** Friday, May 29, 2015 11:16 AM
**To:** Rabideau, Karen; Johnson, Sarah L.; Navarro, Kim
**Subject:** RE: Low bunk
**Importance:** High

Sarah that is right Karen was not written by the inmate.  My synapses don't work so well as I have gotten older these days.  Sorry.

**Jerry J. Baldwin**
**Casework Supervisor**
**The Stateville Correctional Center**

---

**From:** Rabideau, Karen
**Sent:** Friday, May 29, 2015 11:12 AM
**To:** Baldwin, Jerry; Johnson, Sarah L.; Navarro, Kim
**Subject:** RE: Low bunk

The inmate had NOT written me about it

1

ARB - Crawford  000160

**From:** Baldwin, Jerry
**Sent:** Friday, May 29, 2015 11:11 AM
**To:** Johnson, Sarah L.; Navarro, Kim
**Cc:** Rabideau, Karen
**Subject:** RE: Low bunk

Sarah, I just spoke with Placement Officer Karen Rabideau and she was unaware that Crawford had a low bunk permit. The inmate had written her and staff did not bring it to her attention so no action was taken on her part. Crawford is in a cell with Raymond King N54043 and he does have a low bunk permit. OTS now indicates that the low bunk permit expired.

```
OM0MD007      ILLINOIS DEPARTMENT OF CORRECTIONS -- OTS      5/29/15
              MEDICAL EXCEPTION INQUIRY              11:08:26

  IDOC#: M30080 CRAWFORD, DEANDRE      1 A M  STA-B -04-08    02/12/2088
BIRTHDATE:  2  2  79
  MEDICAL EXCEPTION:          EFF. DATE      ENDING DATE
   TRANSFER STOP               00
   APPROVED FOOD HANDLER          00
   LOW BUNK REQUIRED            4 30 14    4 30 2015
   LOW GALLERY               4 30 14    4 30 2015
   SLOW WALK PASS              00
   LIGHT DUTY REQUIRED            00
   SPECIAL HOUSING              00
   MEDICAL LAYIN               00
   WHEELCHAIR                 00
   HANDICAPPED                00
   OTHER                  00
                        00
   THERAPEUTIC DIET:    NOT FOUND          00
   LIVING WILL  N   HEALTH CARE PLANNING  NOT FOUND
   NEXT KEY DATA: IDOC #: M30080

  INQUIRY COMPLETE          PLEASE ENTER NEXT KEY DATA
```

**Jerry J. Baldwin**
**Casework Supervisor**
**The Stateville Correctional Center**

**From:** Johnson, Sarah L.
**Sent:** Friday, May 29, 2015 11:06 AM
**To:** Navarro, Kim
**Cc:** Baldwin, Jerry
**Subject:** RE: Low bunk

Thank you. I was told by the switch board that you were the person. Sorry.

**From:** Navarro, Kim
**Sent:** Friday, May 29, 2015 11:05 AM
**To:** Johnson, Sarah L.

ARB - Crawford  000161

**Cc:** Baldwin, Jerry
**Subject:** RE: Low bunk

Good Question!!! I have been here for two years and I still am not used to working in such a big facility!!!! I am coping Jerry Baldwin in on this message, I'm hoping he can point you in the right direction…

---

**From:** Johnson, Sarah L.
**Sent:** Friday, May 29, 2015 11:01 AM
**To:** Navarro, Kim
**Subject:** RE: Low bunk

Who would that person be to contact for his bed assignment?

---

**From:** Navarro, Kim
**Sent:** Friday, May 29, 2015 11:01 AM
**To:** Johnson, Sarah L.
**Subject:** RE: Low bunk

If you need any further information, that inmate is on the Stateville side…. They would be able to help.

---

**From:** Johnson, Sarah L.
**Sent:** Friday, May 29, 2015 10:59 AM
**To:** Navarro, Kim
**Subject:** RE: Low bunk

Ok, thank you.

---

**From:** Navarro, Kim
**Sent:** Friday, May 29, 2015 10:59 AM
**To:** Johnson, Sarah L.
**Subject:** FW: Low bunk

---

**From:** Lefevers, Jean
**Sent:** Friday, May 29, 2015 10:58 AM
**To:** Navarro, Kim
**Subject:** FW: Low bunk

I'm sorry, I read this wrong. He had a low bunk permit and it expired April 30, 2015. I'm waiting on the unit to call me back with his bed assignment.

---

**From:** Lefevers, Jean
**Sent:** Friday, May 29, 2015 10:54 AM
**To:** Navarro, Kim
**Subject:** RE: Low bunk

Ok, he had one but it expired April 30, 2015

---

**From:** Navarro, Kim
**Sent:** Friday, May 29, 2015 10:51 AM
**To:** Lefevers, Jean
**Subject:** FW: Low bunk

ARB - Crawford  000162

HELP?!?!?!

---

**From:** Johnson, Sarah L.
**Sent:** Friday, May 29, 2015 10:48 AM
**To:** Navarro, Kim
**Subject:** Low bunk

Can you please advise if M30080 Crawford is in a low bunk in cell B 04 08?  Thank you.

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

ARB - Crawford  000163

# Certificate Of Service

TO: Administrative Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

Please take Notice that on the 19th day of November, 2014 I have placed the attached and enclosed document in the institutional mail at Stateville Correctional Center, properly addressed to the party listed above for mailing through the United States Postal Service

Dated: 11/9/14

Respectfully
De Andre Crawford #M30086
P.O. Box 112
Joliet, IL. 60434

Subscribed and Sworn to before me this 19th day November, 2014

David Mansfield

RECEIVED
NOV 19 2014
OFFICE OF
INMATE ISSUES

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

B408

| Grievance Officer's Report |
|---|

Date Received: 3/3/14    Date of Review: 11/5/14    Grievance # M229

Committed Person: Crawford, DeAndre    ID#: M30080

Nature of Grievance: Medical Treatment

Facts Reviewed: GRIEVANT C/O NOT RECEIVING PROPER MEDICAL TX

**Grievance Officer finds that per T. Utke, LPN after a review of Medical Records**

After reviewing offenders medical record he was seen by the medical director on the day of his fall and was referred to dental and has a low buck/low gallery permit.

*This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation / diagnosis.*

Recommendation:    **No action as grievant appears to be receiving appropriate medical care at this time.**

Jill Parrish, CCII
Print Grievance Officer's Name    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 11/7/14    ☑ I concur    ☐ I do not concur    ☐ Remand
Comments:

RECEIVED
NOV 19 2014
OFFICE OF
INMATE ISSUES

Chief Administrative Officer's Signature    11/10/14
Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford    M30080    11/17/14
Committed Person's Signature    ID#    Date

# OFFENDER'S GRIEVANCE

3408

| Date: 5/14/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: STAT. Stateville | |

## NATURE OF GRIEVANCE:

| | | | |
|---|---|---|---|
| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): _____ |

☐ Disciplinary Report: _____  _____
             Date of Report           Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I had a seizure and fell out the bed. I fell and broke my front tooth, while also doing damage to my nose and possible head. I was taken to HCU and seen by Doctor Obaisi. He asked me exactly two question. One was, "Where are you at". And the second was "did you bit your lip." No exam was done at all. I have known drainage coming out my nose. I have a low bunk permit because I have seizures. I was/am not suppose to be on the top bunk. I wrote both Mrs. Rabideau and then warden Lemke

Relief Requested: _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 5/14/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 5/15/14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the grievance office. The original has been forwarded to the HCU for review and response. There is no need to send your copy to the grievance office or the health care unit. You will receive a response from the grievance office once the health care unit responds to same. L. Dennis

| L. Dennis | S. Dennis | 5/16/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

## EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____  ___/___/___
Chief Administrative Officer's Signature     Date

RECEIVED NOV 10 2014 INQUIRE OF ISSUES

ARB - Crawford 000166

about this in October 2013 before el was moved into this cell with another inmate that also has a low bunk permit because he's on crutches. el've been on the top bunk since then and had two other seizures since then. My head nose mouth and sholder has been hurting since the fall from the top bunk. After being seen by Dr. Obiasi el was taken to dental. Dr. Brooks treated the tooth because it is broken close to the root. He told Dr. Mitchell to write me a prescription for penicilin, ibeprophen and ensure because el won't be able to chew food due to the sensetivity and pain of the broken tooth and another loose tooth. Dr. Mitchell said she would not write the prescription for the ensure stating "he doesn't need it. He'll be okay." Dr. Brooks told her that el would not be able to take the medicine without the ensure, becau because el won't be able to chew.

DOC 0046 (8/2012)

Distribution: Master File; Offender          Printed on Recycled Paper

ARB - Crawford  000167



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**Donald Stolworthy**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: Crawford, Deandre          Date: 4/7/15

Register # M30080

Facility: Stateville

This is in response to your grievance received on 10/1/14 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 8/3/14 Grievance Number: 2483 Griev Loc: STA

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

○ Assignment (job, cell) _____

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
  Incident # _____

Ø Other C/o walker refused to allow him to get lab done 7/30/14.

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

Ø Denied, in accordance with DR504F, this is an administrative decision.

Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

Ø Other: Medical records indicate lab work completed 8/1/14. Unable to substantiate claim of staff misconduct.

FOR THE BOARD: Sarah Johnson
Sarah Johnson
Administrative Review Board

CONCURRED: Donald Stolworthy
Donald Stolworthy
Director
4/20/15

CC: Warden, Stateville Correctional Center
DeAndre Crawford , Register No. M30080

| | |
|---|---|
| **From:** | Utke, Tiffany |
| **Sent:** | Tuesday, April 07, 2015 10:08 AM |
| **To:** | Johnson, Sarah L. |
| **Subject:** | RE: Crawford, M30080 |

He was seen 8/1/14 for the lab draw. Also seen in Seizure and HTN clinics 8/12/14

---

**From:** Johnson, Sarah L.
**Sent:** Monday, April 06, 2015 9:24 AM
**To:** Utke, Tiffany
**Subject:** Crawford, M30080

Can you please check the above offender's medical file and advise if he had a scheduled pass for lab work to be completed on 7/30/14? If so, did the offender show up? If not, what is the documented reason? Was he rescheduled, when? Thank you. I appreciate your help.

Sarah L. Johnson
Administrative Review Board
Office of Inmate Issues
(p) 217-558-2200, extension 2110
(fax) 217-522-1957

E-MAIL CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged, contains law enforcement database information, or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments and copies thereof from your system. If you are not the intended recipient or are otherwise not authorized to further disclose this message and its contents, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Illinois Department of Corrections. Thank you for your cooperation.

ARB - Crawford 000169

B408 

| Grievance Officer's Report |
|---|

Date Received: 8/19/14        Date of Review: 8/22/14        Grievance # 2483

Committed Person: Crawford, DeAndre        ID#: M30080

Nature of Grievance: Staff Conduct-

**Facts Reviewed:**

Grievant states on 7-30-14 he had a call pass for Lab at 8:00am and C/O Walker refused to let him out after he told her he had a pass causing him to miss his appointment allegedly due to a previous incident with C/O Walker and seeks disciplinary action against C/O Walker.

Counselor response states that on 8/13/14 C/O Walker stated Crawford is fabricating the events and stated that Crawford is lying. She stated that Crawford never showed her a pass.

Grievance Office response: Unable to substantiate staff misconduct. Grievant does not have a say in the discipline of staff.

**RECEIVED**

OCT 0 1 2014

**OFFICE OF
INMATE ISSUES**

Recommendation:        **No action. Unable to substantiate staff misconduct.**

Jill Parrish CC2
Print Grievance Officer's Name                        Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 9/3/14        ☑ I concur        ☐ I do not concur        ☐ Remand
Comments:

Tally Williams        9/8/14
Chief Administrative Officer's Signature                        Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford        # M30080        9/24/14
Committed Person's Signature                ID#                Date

ARB - Crawford  000170

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

B408

| Date: 8/3/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☒ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA GRIEVANCE OFFICE

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___     Date of Report     Facility where issued

AUG 10 2014

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

2483

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On July 30, 2014 el had a call pass for lab at 8:00 am. Officer C. Walker was keying out four gallary in B-house for 8:00-9:00 health care passes at 7:49 am. el told C/O Walker that el had a call pass for 8:00 and showed her my pass. She said, "Crawford you know el'm not gonna let you out after that last stunt you pulled. You shouldn't have wrote me up. King el'll be back for you at 10:00." Because C/O Walker refusal to key me out el missed my appointment and had to be

**Relief Requested:** el seek Disciplinary action against C/O Walker because el fear for my health and safity due to farther retaliation from C/O Walker.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford _____ Offender's Signature     M30080 _____ ID#    14 _____ Date

RECEIVED
OCT 08 2015
OFFICE OF
INMATE ISSUES

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: 8/5/14 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: On 8/12/14 C/O Walker stated Crawford is fabricating the events. She stated Crawford is lying. She stated Crawford never showed her a pass.

L. Dennis _____ Print Counselor's Name     L. Dennis _____ Counselor's Signature     8/13/14 Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____ Chief Administrative Officer's Signature     ___/___/___ Date

Distribution: Master File; Offender     Page 1     DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford 000171

rescheduled. I take Depakote and it weakens the kidneys if the levels are to high. C/O Walkers constant refusal to key me out when she is the galley officer or deliberate denial of moving inmates when she is the movement officer is a serious risk to my health. I fear that I will continually be a victim of retailation from C/O Walker as was the case in this matter. I fear for my health and safety when it comes to C/O Walker. C/O Walkers' actions are a deliberate violation of my constitutional rights, and rights under the Imprisoned Person Persons Act. This is the second time since I filed my original grievance against C/O Walker that she refused to key me out for a pass. I was scheduled for an adjustment on my partials on 7/9/14. C/O Walker was the movement officer, and flatout told me "you might aswell gone back up cause I'm not gonna take you."

DOC 0046 (8/2012)
Distribution: Master File; Offender

ARB - Crawford  000172



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**Donald Stolworthy**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Crawford, De Andre_      Date: _4/6/15_

Register # _M30080_

Facility: _Stateville_

This is in response to your grievance received on _10/1/14_ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _6/3/14_ Grievance Number: _M317, M319_ Griev Loc: _Stateville_

- O Transfer denied by the Facility or Transfer Coordinator
- O Dietary _____
- O Personal Property _____
- O Mailroom/Publications _____
- O Assignment (job, cell) _____

- O Commissary _____
- Ø Trust Fund _Medical co-pay 5/23/14; 6/5/14_
- O Conditions (cell conditions, cleaning supplies)
- O Disciplinary Report dated _____
    Incident # _____
- O Other _____

Based on a review of all available information, this office has determined your grievance to be:

- O Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- O Denied, in accordance with DR504F, this is an administrative decision.
- Ø Denied, this office finds the issue was appropriately addressed by the facility Administration.
- O Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- O Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- O In addition, property items are to be disposed of in accordance with DR501C.
- Ø Other: _Review of trust fund does not indicate offender was charged for May or June, 2014 medical co-pay._

- O Denied as the facility is following the procedures outlined in DR525.
- O Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- O Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- O Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- O Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

FOR THE BOARD: _Sarah Johnson_      CONCURRED: _Donald Stolworthy_
Sarah Johnson                                                        Donald Stolworthy
Administrative Review Board                                        Director
                                                                              4/17/15

CC:  Warden, _Stateville_ Correctional Center
      _De Andre Crawford_, Register No. _M30080_

ARB - Crawford  000173

# Proof Of Service

Please take Notice that on September 25, 2014 I placed a copy of grievances #M316, #M319 and #2483 with responses from the grievance office in the Stateville Correctional Center mail properly addressed to the Administration Review Board.

TO: Administration Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

Respectfully
De Andre Crawford
M30080
P.O. Box 112
Joliet, IL. 60434

Subscribed and Sworn to before me this 25TH day of September, 2014

David Mansfield

DAVID MANSFIELD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 26, 2014

**B-408**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 9/5/14 | Date of Review: 9/9/14 | Grievance# M317, M319 |
| | | ID #M30080 |

Committed Person: Crawford, DeAndre

Nature of Grievance: Medical Treatment

Facts Reviewed:
Grievance Officer finds that per J. Mitchell DDS. AFTER REVIEWING THE OFFENDERS MEDICAL RECORDS:

Mr. Crawford has filed a grievance regarding the $5.00 copay for non- emergency services.
Mr. Crawford was initially seen in the dental clinic on 5/14/2014 as an emergency patient after falling from his top bunk and fracturing his anterior tooth. At that time he received analgesics and antibiotics and was scheduled back for a follow-up visit for treatment on 5/16/2014. Due to an institutional lockdown the appointment was rescheduled to 5/23/2014. On 5/23/2014 he was seen by Dr. Garg for the follow-up treatment. Dr. Garg advised the patient that this was not an emergency visit since he had already been seen for the initial emergency. The patient expressed a concern that the work had not been completed and he was still in pain. Dr. Garg advised the patient that he had to pay the $5.00 co-pay before any additional work could be done. The patient refused to sign and left the clinic.
The policy on when it is an emergency and when it is follow-up treatment is not clear from the AD. The symptoms of pain still existed but it was clearly a follow-up visit. The necessary endodontic treatment has not been started but the patient has been seen scheduled 4 times. He currently has an appointment on 10/24/2014.

**RECEIVED**
OCT 0 1 2014
OFFICE OF
INMATE ISSUES

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

Recommendation:     **No action as grievant appears to be receiving appropriate medical care at this time.**

JILL PARRISH CC2_____
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

_Jill Parrish CCII_
Grievance Officer's Signature

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 9/17/14 | ☑ I concur   ☐ I do not concur | ☐ Remand |
| Comments: | | |

_Tarry William_ /48     9/17/14
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_De Andre Crawford_          M30080          9/24/14
Committed Person's Signature          ID#          Date

ARB - Crawford  000175

*uu*

B408

| Date: 6/3/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation    GRIEVANCE OFFICE
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify) JUN 17 2014
     M319

☐ Disciplinary Report: ____ / ____ / ____     Facility where issued STA # __M319__
     Date of Report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On May 23, 2014 I was scheduled for follow-up dental care to finish emergency care that was given, May 14, 2014. When I got there I was seen by Dr. Garg. Before she begin treatment Dr. Garg presented me with a Co-pay form. I told her that this was a follow-up from emergency care, and due to that the statue states that no co-pay is required. Dr. Garg said she wouldn't provide me with treatment unless I sign the co-pay. I told her

**Relief Requested:** _____

**RECEIVED**
OCT 0 1 2014
OFFICE OF INMATE ISSUES

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford     M30080    ____ / ____ / 14
Offender's Signature      ID#     Date

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|

Date Received: 6 / 11 / 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The Rules Act 91-912 states copayment will be made for dental services. However it also states inmates will not be charged for a physician requested follow-up appointment.

L. Dennis     L. Dennis     6 / 11 / 14
Print Counselor's Name     Counselor's Signature     Date of Response

---

| **EMERGENCY REVIEW** | |
|---|---|

Date Received: ____ / ____ / ____    Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      ____ / ____ / ____
Chief Administrative Officer's Signature     Date

ARB - Crawford 000176

to ask Dr. Mitchell about it. Dr. Garg then refuse to treat me and sent me back to the bullpen. On my way out Dr. Mitchell asked what was happening. I explained the co-pay situation to her. She called Dr. Garg to talk to her, and told me to wait in the bull pen. I was not given any treatment since.

Distribution: Master File; Offender

DOC 0046 (8/2012)

ARB - Crawford 000177

BX108

| Date: 6/6/14 | Offender: (Please Print) DeAndre "Crawford | IDs: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): JUN 16 2014

GRIEVANCE OFFICE

☐ Disciplinary Report: ____ / ____ / ____
Date of Report _____ Facility where issued STA# M316

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On 6/5/14 el was scheduled to receive my partials. After being seen by Dr. Mitchell whom provided me with the partial Dr. Mitchell asked me "what did el want to do about" broken tooth. el told her that el had been scheduled twice to have the tooth fixed. One date was 5/16/14 for emergency care, which el was not seen. The second scheduled date was for 5/23/14 which was the make-up date for not receiving the emergency care. On 5/23/14 el was seen by Dr. Garg whom refused to

Relief Requested: 

**RECEIVED**
OCT 0 0 2014
OFFICE OF
INMATE ISSUES

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford _____ M30080 ____ , 14
Offender's Signature _____ IDs _____ Date

(Continue on reverse side if necessary)

| Counselor's Response (if applicable) |
|---|

Date Received: 6 / 11 / 14 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The public act also states offenders are not to be refused treatment if said offender refuses to sign and/or provide a money voucher for a payment. A copy of this grievance has been forwarded to the health care for their handling.

C. Dennis _____ C. Dennis ____ 6 / 11 / 14
Print Counselor's Name _____ Counselor's Signature _____ Date of Response

| EMERGENCY REVIEW |
|---|

Date Received: ____ / ____ / ____ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

____ / ____ / ____
Chief Administrative Officer's Signature _____ Date

ARB - Crawford  000178

provide me care because I refuse the $5 co-pay. Which I explained to her didn't/does not apply to this case according to IL. General Assembly - Public Act 097-0562 "A committed person shall not be subjected to a $5. co-pay for follow-up visits ordered by a physician (Dr. Brooks)." I told Dr. Mitchell that Dr. Grip refused to proved me with treatment. Dr. Mitchell said she knows and that I would not be seen unless I pay the co-pay. I then told her about the statue. She said I'd still have to pay the co-pay or not be seen.

Distribution: Master File; Offender

Printed on Recycled Paper

DOC 0046 (8/2012)

ARB - Crawford  000179

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford_    _Deandre_    MI ___    ID# _M30080_
         Last Name        First Name

Facility: _Stateville_

☒ Grievance: Facility Grievance # (if applicable) _4229_ Dated: _____ or ☐ Correspondence: Dated: _____
Received: _2/9/15_ Regarding: _Medical Copays + DR 10/24/14_
         Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
                          Office of Inmate Issues
                          1301 Concordia Court
                          Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
                        319 E. Madison St., Suite A
                        Springfield, IL  62706

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____.
                                                Date

☒ No justification provided for additional consideration.

Other (specify): _Incomplete Submission. Missing 1st page of original grievance._

Completed by: _Sarah Johnson_       _Sarah Johnson_        _3/11/15_
              Print Name             Signature             Date

Distribution:   Offender
                Inmate Issues

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

ARB - Crawford  000180

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**

Date: 10/21/2014

Statesville Correctional
Facility

**Type of Report:**
☒ Disciplinary ☐ Investigative

Offender Name: Crawford Deandre

ID #: M30080

Observation Date: 10/24/2014    Approximate Time: 11:15 ☒ a.m. ☐ p.m.    Location: H Cell - Dental Clinic

Offense(s): DR 504: 206 Intimidation or Threats

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date, and approximate time, Mr. Crawford was sitted in the dental chair when I came over to discuss the treatment he was scheduled for on tooth #. Mr. Crawford became very argumentative stating that he wanted the copy in his dental appointment. He wanted he did do them anyway but was chilled by the department. When I informed Mr. Crawford we do not chill for an adjustment. He then stated it did not matter. I am argumentative, stated from suing the staff. He further stated he made his money from suing the staff. He further stated he made his money from suing the staff.

Witness(es): Alicia Shivers DA, Kenneth Brooks D.D.S.

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| J.F. Mitchell | | Gerald J.F. Mitchell | 10/24/2014 | 11:15 ☒ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement    ☐ Investigative Status    Reasons: _____

_____    _____    Date
Printed Name and Badge #    Shift Supervisor's Signature
                            (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer    Comment: _____

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

| Major K. Laskey 717 | [signature] | 10-25-14 |
|---|---|---|
| Print Reviewing Officer's Name and Badge # | Reviewing Officer's Signature | Date |

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____    _____    _____
Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign    2752

_____    _____
Offender's Signature    ID#

[signature]    [signature]

_____    _____    ☐ a.m. ☐ p.m.
Serving Employee (Print Name)    Badge #    Signature

10/25/14

_____    _____
Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____    _____
Offender's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

_____    _____    _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page 1 of 2

Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

Distribution: Master File
Offender
Facility (2)

ARB - Crawford  000181

☒ Disciplinary Report  ☐ Investigative Report  ☐ Disciplinary Summary  ☐ Adjustment Committee Summary

Report/Incident Date: 10/24/2014    Incident # (if applicable): Page 2 of 2

**Offender Information:**

Offender Name: Crawford, Deandre    ID #: M30080

Use the space below to provide any additional information.

Stated that he and his roommate make their money from
lawsuits against the Staff. When I asked who was his
roommate he stated "Raymond King (N54043) "
with a smirk on his face. He stated "He already has filed"
his lawsuit against you. Now it is my turn"
I asked what did you say he repeated "I am
gon, tissue you" He then point out I felt the conversation
was intimidating and threatening to me. So ask
him to leave.        End of Report

FEB 9 2015

ADMINISTRATIVE
REVIEW BOARD

Distribution: Master File, Offender,
Facility (2)

Printed on Recycled Paper

DOC 0318 (Eff. 8/2006)
(Replaces DC 7212)

ARB - Crawford  000182

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: CRAWFORD, DEANDRE     IDOC Number: M30080     Race: BLK

Hearing Date/Time: 11/5/2014  09:45 AM     Living Unit: STA-B-04-08     Orientation Status: N/A

Incident Number: 201403346/1 - STA     Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 10/24/2014 | 201403346/1-STA | MITCHELL-LAWSHEA, JA | HEALTH CARE UNIT | 11:15 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 206 | Intimidation Or Threats<br>Reduced to : 304 | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
Inmate Crawford M30080 present and DR read. Crawford pleads not guilty and states that he only asked about a C/O's pay and never threatened to sue her.

## BASIS FOR DECISION
Reporting staff reflects that while talking to inmate Crawford M30080 about dental work that he would need done on tooth #9 Crawford became very argumentative stating that he was charged the copay. Inmate Crawford then stated to R/S that it didn't matter because he was sueing her anyway. When R/S asked inmate Crawford M30080 what he was talking about inmate Crawford stated he makes his money from sueing staff. Inmate Crawford also stated that him and his cellie make their money from sueing staff. The committee reviewed DOC0443 which reflects that inmate Crawford's mental illness did not contribute to the underlying behavior of the offense for which DR was written. Mental Health also aggress with discipline administered. The committee is satisfied that inmate Crawford M30080 did in fact violate the charge of 304.

## DISCIPLINARY ACTION    *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| Other : SMI | Other : SMI |
| 1 Months Commissary Restriction | 1 Months Commissary Restriction |
| Basis for Discipline:NATURE OF OFFENSE | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| WRIGHT, CLARENCE D  - Chair Person | | 11/05/14 | BLK |
| DUVALL, KIMBERLY A | | 11/05/14 | WHI |
| Recommended Action Approved | | | |

## Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** CRAWFORD, DEANDRE     **IDOC Number:** M30080     **Race:** BLK

**Hearing Date/Time:** 11/5/2014  09:45 AM     **Living Unit:** STA-B-04-08     **Orientation Status:** N/A

**Incident Number:** 201403346/1 - STA     **Status:** Final

---

TARRY D WILLIAMS / TDW  11/13/2014         11/13/14

Chief Administrative Officer         Signature         Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

NICCOELLE E JACKSON         12/2/2014         11:00 AM

Employee Serving Copy to Committed Person         When Served -- Date and Time

RECEIVED

FEB  9 2015

ADMINISTRATIVE
REVIEW BOARD

**Date:** 10/30/2014
**Time:** 1:58pm
d_list_inmate_trans_statement_composite

# Stateville Correctional Center
# Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 03/01/2014 thru End;     Inmate: M30080;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance .
Errors Only ? : No

**Inmate: M30080 Crawford, Deandre**                    **Housing Unit: STA-B -04-08**

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|---|--------|---------|
| | | | | | Beginning Balance: | | | 12.90 |
| 03/04/14 | Point of Sale | 60 Commissary | 0637229 | 735484 | Commissary | | -10.05 | 2.85 |
| 03/06/14 | Mail Room | 01 MO/Checks (Not Held) | 0652117 | 27469 | Clbf Grievance | | 12.49 | 15.34 |
| 03/07/14 | Payroll | 20 Payroll Adjustment | 0661117 | | P/R month of 2 2014 | | 9.52 | 24.86 |
| 03/09/14 | Mail Room | 15 JPAY | 068200 | 32990892 | Crawford, Katherine | | 50.00 | 74.86 |
| 03/19/14 | Point of Sale | 60 Commissary | 0787229 | 737550 | Commissary | | -38.17 | 36.69 |
| 04/07/14 | Payroll | 20 Payroll Adjustment | 0971117 | | P/R month of 3 2014 | | 10.00 | 46.69 |
| 04/07/14 | Payroll | 20 Payroll Adjustment | 0971117 | | P/R month of 3 2014 | | -10.00 | 36.69 |
| 04/08/14 | Point of Sale | 60 Commissary | 0987196 | 739329 | Commissary | | -26.40 | 10.29 |
| 04/08/14 | Payroll | 20 Payroll Adjustment | 0981117 | | P/R month of 3 2014 | | 10.00 | 20.29 |
| 04/22/14 | Disbursements | 80 Postage | 1123117 | Chk #174781 | dl16760, Pitney Bowe, | Inv. Date: | -2.80 | 17.49 |
| | | | | | 02/07/2014 | | | |
| 05/07/14 | Payroll | 20 Payroll Adjustment | 1271117 | | P/R month of 4 2014 | | 10.00 | 27.49 |
| 05/08/14 | Mail Room | 15 JPAY | 128200 | 34725189 | Crawford, Katherine | | 60.00 | 87.49 |
| 05/13/14 | Point of Sale | 60 Commissary | 1337223 | 743150 | Commissary | | -45.18 | 42.31 |
| 06/03/14 | Point of Sale | 60 Commissary | 1547222 | 745211 | Commissary | | -42.14 | .17 |
| 06/05/14 | Payroll | 20 Payroll Adjustment | 1561117 | | P/R month of 5 2014 | | 10.00 | 10.17 |
| 06/18/14 | Point of Sale | 60 Commissary | 169761 | 747199 | Commissary | | -9.16 | 1.01 |
| 07/09/14 | Payroll | 20 Payroll Adjustment | 1901117 | | P/R month of 6 2014 | | 10.00 | 11.01 |
| 07/11/14 | Point of Sale | 60 Commissary | 1927223 | 748966 | Commissary | | -9.41 | 1.60 |
| 07/17/14 | Mail Room | 10 Western Union | 198200 | 5728511939 | Price, Jean | | 70.00 | 71.60 |
| 07/18/14 | Point of Sale | 60 Commissary | 199761 | 750021 | Commissary | | -53.74 | 17.86 |
| 07/22/14 | Point of Sale | 60 Commissary | 203761 | 750418 | Commissary | | -12.72 | 5.14 |
| 07/28/14 | Disbursements | 90 Medical Co-Pay | 2093117 | Chk #176409 | dl22780, DOC: 523 Fu, | Inv. Date: | -5.00 | .14 |
| | | | | | 07/21/2014 | | | |
| 07/31/14 | Mail Room | 15 JPAY | 212200 | 37020021 | Crawford, Katherine | | 100.00 | 100.14 |
| 08/01/14 | Mail Room | 15 JPAY | 213200 | 37059708 | Crawford, Katherine | | 100.00 | 200.14 |
| 08/05/14 | Point of Sale | 60 Commissary | 2177225 | 751369 | Commissary | | -147.74 | 52.40 |
| 08/05/14 | Disbursements | 90 Medical Co-Pay | 2173117 | Chk #176529 | dl23612, DOC: 523 Fu, | Inv. Date: | -5.00 | 47.40 |
| | | | | | 07/29/2014 | | | |
| 08/06/14 | Payroll | 20 Payroll Adjustment | 2181117 | | P/R month of 7 2014 | | 21.96 | 69.36 |
| 08/19/14 | Point of Sale | 60 Commissary | 2317223 | 752791 | Commissary | | -54.47 | 14.89 |
| 09/05/14 | Payroll | 20 Payroll Adjustment | 2481117 | | P/R month of 8 2014 | | 10.55 | 25.44 |
| 09/15/14 | Point of Sale | 60 Commissary | 2587229 | 755278 | Commissary | | -4.75 | 20.69 |
| 09/16/14 | Disbursements | 84 Library | 2593117 | Chk #177533 | dl25110, DOC: 523 Fu, | Inv. Date: | -.30 | 20.39 |
| | | | | | 08/28/2014 | | | |
| 10/06/14 | Payroll | 20 Payroll Adjustment | 2791117 | | P/R month of 9 2014 | | 5.10 | 25.49 |
| 10/07/14 | Point of Sale | 60 Commissary | 2807155 | 757667 | Commissary | | -20.44 | 5.05 |
| 10/22/14 | Disbursements | 90 Medical Co-Pay | 2953117 | Chk #178182 | dl28430, DOC: 523 Fu, | Inv. Date: | -5.00 | .05 |
| | | | | | 10/03/2014 | | | |

RECEIVED

FEB 9 2015

ADMINISTRATIVE
REVIEW BOARD

| | |
|---|---|
| Total Inmate Funds: | .05 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .05 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

ARB - Crawford 000185

Proof of Service

Please take notice that on Feburary 4, 2015
I placed a copy of grievance officer report
#4229, with grievance #4229, disciplinary
report, adjustment committee summary report,
and inmate transact statement in the
Stateville correctional center mail properly
addressed to tho administration review
board.

To: Administration Review Board
P.O. Box 19277
Springfield, IL. 62794-9277

RECEIVED

FEB 9 2015

ADMINISTRATIVE
REVIEW BOARD

Respectfully
De Andre Crawford #M30080
P.O. Box 112
Joliet, IL. 60434

Subscribed and sworn to before me
this 3rd day February, 2015.

David Mansfield

"OFFICIAL SEAL"
DAVID MANSFIELD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/26/2018

ARB - Crawford 000186

So: Administration Review Board:

My name is LeAndre Crawford. I am appealing this disciplinary report writen on 10/24/14 by Dr. Mitchell and decided by Lt. Wright. First, Dr. Mitchell falsified the disciplinary report. She stated, "When informed Mr. Crawford we do not charge for an adjustment. He stated it does not matter I am sueing you anyway". If you look at the transaction sheet you will see that Dental did charge me twice for the copay; once on 7/23/14 and again on 8/05/14. Also I did not tell her that I was sueing her. My suit is against Dr. Davis and that suit # is 14C6211

Second, Dr. Mitchell threaten me because she and my cellie Raymond King are in a legal dispute. I don't have a suit against her. Then Lt. Wright allowed Dr. Mitchell to use the hearing board for retailiation purposes. At my hearing I gave Lt. Wright my writen statement and list of witnesses. Yet he didn't make mention of either in the summary report, which was reduced from intimidation or threats to whatever on a 304.

Lt. Wright also states that my mental health state has nobo nothing to do with that issue. That was not in the original ticket. I am asking to have my record expunged.

Respectfully
DeAndre Crawford #M30080
P. O. Box 112
Joliet, IL. 60434

RECEIVED

FEB 9 2015

ADMINISTRATIVE REVIEW BOARD

| Grievance Officer's Report |
|---|

**Date Received:** 12/18/14          **Date of Review:** 1/5/15          *Grievance #* (optional): 4229

**Committed Person: *DeAndre Crawford***          ID#: M30080

**Nature of Grievance:** DR – 201403346/1-STA          *B408*

**Facts Reviewed:** *Grievant was issued a DR for 206 reduced to 304 on 10/24/14 and was found guilty and received one month commissary restriction. He wants the disciplinary report expunged and for the two co-pays to be credited back to his account as he never received services on 7/21/14 and 7/29/14.*

*Grievance Officer finds that per Medical Records, there is no notes(s) that would indicate a need for co-pays on 7/21/14 and 7/29/14.*

RECEIVED

FEB 9 2015

ADMINISTRATIVE
REVIEW BOARD

*Grievance Officer finds that DR was reviewed and determined by the Adjustment Committee that they are reasonably satisfied of the offender's guilt. Grievance Officer cannot substantiate the incident occurred any other way than reported. DR upheld, disciplinary sanctions and procedures imposed are within max capacity.*

**Recommendation:** *Based upon a total review of all available information, it is recommended that grievance be DENIED. Unable to substantiate this incident occurred any other way than reported. $10.00 should be reimbursed to the offender from the Inmate Benefit Fund.*

**Anna McBee, CCII**
Print Grievance Officer's Name                                        Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 1/10/15          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments:

Chief Administrative Officer's Signature                                        1/13/15          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

*DeAndre Crawford*          M30080          2/1/15
Committed Person's Signature          ID#          Date

because the case was not investigated. First el did not tell Dr. Mitchell el was gonna sue her! Even if this had been true this does not constitute a threat under Stateville guide lines of Intimidation or threats (206). Also a person has a constitutional right to inform a potential defindant that he plains to take legal action forward against, or sue them. Second the trust fund shows that on 7/23/14 el was charged a $5 co-pay (check #176409) and again on 8/05/14 (check #176529). Proper investigation would have prove the lack of credability of Dr. Mitchells disciplinary report. Plus my witnesses Dr. Jones and dental assistant Chris would also have verified that el did not threaten her, or was any security officers, c/o's called because of alleged presinces fear from the threat.

RECEIVED

FEB 9 2015

ADMINISTRATIVE
REVIEW BOARD



**Illinois**
Department of
**Corrections**

**BRUCE RAUNER**
Governor

**S.A. GODINEZ**
Acting Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Crawford, Deandre_    Date: _2/27/15_

Register # _M30080_

Facility: _Stateville_
                                    (2)
This is in response to your grievance received on _9/25/14 & 10/1/14_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _8/4/14_   Grievance Number: _2484_   Griev Loc: _Stateville_

○ Transfer denied by the Facility or Transfer Coordinator

○ Dietary _____

○ Personal Property _____

○ Mailroom/Publications _____

☒ Assignment (job, cell) _loss of assignment 8/3/14_

○ Commissary _____

○ Trust Fund _____

○ Conditions (cell conditions, cleaning supplies)

○ Disciplinary Report dated _____
   Incident # _____

○ Other _____

Based on a review of all available information, this office has determined your grievance to be:

○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

○ Denied, in accordance with DR504F, this is an administrative decision.

○ Denied, this office finds the issue was appropriately addressed by the facility Administration.

○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments).

○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.

○ In addition, property items are to be disposed of in accordance with DR501C.

○ Other: _____

○ Denied as the facility is following the procedures outlined in DR525.

○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.

☒ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.

○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

FOR THE BOARD: _Sarah Johnson_   CONCURRED: _SA Godinez_
            Sarah Johnson                          S.A. Godinez
       Administrative Review Board                Acting Director
                                                    3/2/15
CC:  Warden, _Stateville_ Correctional Center
     _Deandre Crawford_, Register No. _M30080_

# Proof of Service

Please take Notice that on September 23., 2014, I placed a copy of grievance and grievance office response In the Stateville C.C. mail properly addressed to the Administration review Board.

To: Administration Review Board
    P.O. Box 19277
    Springfield, IL. 62794-9277

                    Respectfully
                    DeAndre Crawford
                    P.O. Box 112
                    Joliet, IL. 60434

Subscribed and Sworn to before me this 23rd day of September, 2014



DAVID MANSFIELD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 26, 2014

**RECEIVED**
SEP 25 2014
OFFICE OF
INMATE ISSUES

ARB - Crawford  000192



| Grievance Officer's Report | |
|---|---|

Date Received: 8/19/14      Date of Review: 8/22/14      Grievance # 2484

Committed Person: **Crawford, DeAndre**      ID#: M30080

Nature of Grievance:      Job Assignment Loss

**Facts Reviewed:** Grievant states that on 8/1/14 he was notified that he would be terminated from his job assignment as of 8/4/14 and seeks to have his assignment back or be placed in a different assignment and be compensated for lost wages.

**Grievance Office Response:**

Job assignments are a privilege and, in accordance with Department Rule 420, Assignment of Committed Persons, "A committed person may be removed from his assignment and/or reassigned by the Chief Administrative Officer or by the Assignment Officer with subsequent approval by the Chief Administrative Officer. Removal and/or reassignment shall be based upon matters including, but not limited to, the committed person's inability or incompetence in performing or completing the assignment, disciplinary reasons, and the committed person's request for an assignment change, staff recommendations *security or administrative reasons*.

**Recommendation:**      Grievance **Denied**

Jill Parrish CC2
Print Grievance Officer's Name      Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 9/8/14    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments:

RECEIVED
SEP 2 5 2014
OFFICE OF
INMATE ISSUES

Terry Williams    9/8/14
Chief Administrative Officer's Signature      Date

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford      M30080      9/23/14
Committed Person's Signature      ID#      Date

| Date: 8/4/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Job

- [ ] Disciplinary Report: ___/___/___
    Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

It was notified on 8/1/14 that I would be terminated from my job assignment as of 8/4/14. Although it is cited as "staff recommendation, and security or administrative reasons." This act of termination is a strong showing of discrimination. No disciplinary tickets were given to me or any of my coworkers, nor ever was I interviewed or investigated about any wrong doing. This is a blantant disregaurd and violation of the inprisoned person act, When I know for a fact.

Relief Requested: I would like to either have my assignment back, be compensated for the lost of wages, or be placed on another assignment from my previous list.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

De Andre Crawford      M30080     8, 4, 14
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 8, 6, 14    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to Placement Officer K. Kabudean, a vote sheet was done per ID #03.501K3, as staff recommendation to terminate you from your job assignment. Offender job assignments are a privelage, not a right. This ID. states that, in "Removal or reassignment

L. Dennis        L. Dennis      8, 8, 14
Print Counselor's Name      Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____      _____
Chief Administrative Officer's Signature      Date

RECEIVED
SEP 25 2014
OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

Printed on Recycled Paper

that three of the people remaining was part of the
problem. Myself and five of my coworkers had only been
assigned there a little over a month. Yet we were
fired for actions that had been constant before we were
assigned. So how can everyone except a chosen few be
fired when all was present?

Counselor's Response Cont.
Shall be based on matters including but not limited to
the offender's inability or incompetence in performing or
completing the assignment, disciplinary reasons, the offenders
request for an assignment change, staff recommendation and
security or administrative reasons.

C. Dennis                    J. Dennis                    8/8/14

ARB - Crawford  000195

B408

| Grievance Officer's Report |
|---|

Date Received: 8/19/14                Date of Review: 6/22/14                Grievance # 2484

Committed Person: Crawford, DeAndre

ID#: M30080

Nature of Grievance:                Job Assignment Loss

**Facts Reviewed:** Grievant states that on 8/1/14 he was notified that he would be terminated from his job assignment as of 8/4/14 and seeks to have his assignment back or be placed in a different assignment and be compensated for lost wages.

**Grievance Office Response:**

Job assignments are a privilege and, in accordance with Department Rule 420, Assignment of Committed Persons, "A committed person may be removed from his assignment and/or reassigned by the Chief Administrative Officer or by the Assignment Officer with subsequent approval by the Chief Administrative Officer. Removal and/or reassignment shall be based upon matters including, but not limited to, the committed person's inability or incompetence in performing or completing the assignment, disciplinary reasons, and the committed person's request for an assignment change, staff recommendations *security or administrative reasons*.

**Recommendation:**        Grievance Denied

Jill Parrish CC2
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

_Grievance Officer's Signature_

| Chief Administrative Officer's Response |
|---|

Date Received: 9/8/14        ☑ I concur        ☐ I do not concur        ☐ Remand

RECEIVED
OCT 01 2014
OFFICE OF
INMATE ISSUES

Comments:

_Terry Williams_        9/8/14
Chief Administrative Officer's Signature        Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

De Andre Crawford        M30080
Committed Person's Signature        ID#        Date

DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

ARB - Crawford  000196

# OFFENDER'S GRIEVANCE

B468

| Date: 8/4/14 | Offender: (Please Print) DeAndre Crawford | | IDe: M30080 |
|---|---|---|---|
| Present Facility: Stateville | | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify): Job

☐ Disciplinary Report: ____/____/____    Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

I was notified on 8/1/14 that I would be terminated from my job assignment as of 8/4/14. Although it is cited as "staff recommendation, and security or administrative reasons." This act of termination is a strong showing of discrimination. No disciplinary tickets were given to me or any of my coworkers, nor was I interviewed or investigated about any wrong doing. This is a blaptant disregaurd and violation of the infirmed person act. When I know for a fact.

**Relief Requested:** I would like to either have my assignment back, be compensated for the lost of wages, or be placed on another assignment from my previous list.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford      M30080      8, 4, 14
Offender's Signature      IDe      Date

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: 8, 6, 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: According to Placement Officer K. Rabideau, a voteshelt was done, per ID 03.001K3, as staff recommendation to terminate you from your job assignment. Offender job assignments are a privilege, not a right. This ID states that, in "Removal or reassignment

L. Dennis      J. Dennis      8, 8, 14
Print Counselor's Name      Counselor's Signature      Date of Response

---

## EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance    ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED
OCT 8, 2014
OFFICE OF
INMATE ISSUES

_____
Chief Administrative Officer's Signature      Date

ARB - Crawford  000197

that three of the people remaining was part of the problem. Myself and five of my coworkers had only been assigned there a little over a month. Yet we were fired for actions that had been constant before we were assigned. So how can everyone except a chosen few be fired when all was present?

Counselor's Response Cont...

shall be based on matters including but not limited to the offender's inability or incompetence in performing or completing the assignment, disciplinary reasons, the offenders request for an assignment change, staff recommendation and security or administrative reasons.

C. Dennis          J. Dennis          8/8/14

ARB - Crawford  000198

BHS

| Date: 8/4/14 | Offender: (Please Print) DeAndre Crawford | | ID#: M30080 |
|---|---|---|---|
| Present Facility: Stateville | | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): JOB

GRIEVANCE OFFICE
AUG 19 2014
STA # 24 84

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I was notified on 8/1/14 that I would be terminated from my job assignment as of 8/4/14. Although it is cited as "staff recommendation, and security or administrative reasons." This act of termination is a strong showing of discrimination. No disciplinary tickets were given to me or any of my coworkers, nor ever was I interviewed or investigated about any wrong doing. This is a blomtant disregard and violation of the imprisoned person act, When I know for a fact

Relief Requested: I would like to either have my assignment back, be compensated for the lost of wages, or be placed on another assignment from my previous list.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford                    M30080        RECEIVED   8/4/14
Offender's Signature                    ID#            OCT 01 2014      Date

(Continue on reverse side if necessary)

OFFICE OF INMATE ISSUES

---

**Counselor's Response (if applicable)**

| Date Received: 8/6/14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: According to Placement Officer K. Pabuden, a voicesheet was done, per ID #503.001K3, as staff recommendation to terminate you from your job assignment. Offender job assignments are a privilege not a right. This ID states that, in "Removal or reassignment

L. Dennis                    J. A. Dennis              8/8/14
Print Counselor's Name          Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

_____                                    ____/____/____
Chief Administrative Officer's Signature                              Date

ARB - Crawford  000199

that three of the people remaining was part of the problem. Myself and five of my coworkers had only been assigned there a little over a month yet we were fired for actions that had been constant before we were assigned. So how can everyone except a chosen few be fired when all was present?

Counselor's Response Cont.:
shall be based on matters including but not limited to the offender's viability or incompetence in performing or completing the assignment disciplinary reasons, the offenders request for an assignment change staff recommendation and security or administrative reasons

C. Dennis        L. Dennis        8/8/14

DOC 0046 (6/2012)
Distribution: Master File: Offender

ARB - Crawford  000200

Ms. Shannis Stock:

RECEIVED
OCT 01 2014
OFFICE OF
INMATE ISSUES

My name is De Andre Crawford. I am
an inmate at Stateville. I am writing
to you about job assignments. On
August 4, 2014 I was terminated
from my assignment in the commessary
along with 11 other people. I had
nothing to do with the problem over
there. In fact on my second day there
Mr. Harrington informed me that he
was in the process of firing the
whole crew, and that I had came
at the wrong time. I did not
receive a ticket for this incident,
nor was I put under investigation.
My cell was shookdown without
anything being found. I practically
had to beg for an assignment to
begin with. I was on the list for
over a year before being placed
in a situation to lose the job as
soon as I got it. My counselors'
reply was that my firing was due
to staff recommendation. I spoke to
both warden Williams and Lamb.
Warden Lamb told me it was Warden

ARB - Crawford  000201

Williams call to fire the crew. I spoke to Warden Williams on Sept. 8, 2014. He didn't know or was unaware that the whole crew had been fired. All I asked, and am asking for is another job. The placement officer Ms. Robideau told me that I now have to start from the bottom of the list, because I was given that job. I feel I lost my job wrongfully, and though it is a privelage I just ask to be reassigned. There are openings in these other fields whom list I am on.

Respectfully
De Andre Crawford
M30080

RECEIVED
OCT 01 2014
OFFICE OF
INMATE ISSUES



**Illinois
Department of
Corrections**

Pat Quinn
Governor

S. A. Godinez
Director

Stateville Correctional Center
Route 53, P.O. Box 112
Joliet, IL 60434

Telephone: (815) 727 -3607
TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    September 6, 2013

TO:      M30080  Crawford, Deandre   B-1019

FROM:    K. RABIDEAU, CC2 - PLACEMENT OFFICER

SUBJECT:    JOB ASSIGNMENT WAITING LISTS

---

Your name has been placed on the following waiting list(s) and will remain on these lists
until the following date:_____9-6-2014 _____.

1.___Industries_____

2.___ Commissary (since 11/26/12)_____

3.___Laundry _(since 11/26/12)_____

4.____Kitchen (since 11/26/12)_____

You submitted a request to be on the following lists but were **DENIED**:

_____

_____

_____

**Please be advised that it will be <u>your responsibility</u> to re-request placement on
job waiting lists after one year (<u>the date listed above</u>).   Your name will
automatically drop from the waiting lists after that date.**

RECEIVED
OCT 0 1 2014
OFFICE OF
INMATE ISSUES

D408

| Date: 5/27/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___
           Date of Report             Facility where issued

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

As of July 30, 2014 el have been an inmate in Stateville.
el have been on the Detail assignment list since 9-6-12.
el have / am experienceing Discrimination against me for the
Details el have applied for. el wrote by Ms. Rabideau and
warden Calloway about open Detail positions. el know
for a fact that el was on three of the detail list
before at least five of the people that have been hired
within that time frame; el haven't had any Disciplinary
tickets ever! el have witness several people get fired.

Relief Requested: For be assigned to one of the Details for which
el have been waiting on for a 1¾ years.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford       M30080       5/27/14
Offender's Signature              ID#

RECEIVED
OCT 01 2014
OFFICE OF
INMATE ISSUES

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 5, 28, 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: As of 6/9/14, offender Crawford has been
assigned as a commissary worker.

LaDennis              L. Dennis        7, 23, 14
Print Counselor's Name            Counselor's Signature       Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___    Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                           ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____       ___/___/___
Chief Administrative Officer's Signature           Date

ARB - Crawford 000204

from one Detail and be hired onto another one shortly after. I have enclosed my Detail waiting list to show that I have been on the waiting list since 2012.

ARB - Crawford  000205



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

December 29, 2014

Deandre Crawford
Register No. M30080
Stateville Correctional Center

Dear Mr. Crawford:

This is in response to your grievance received on July 7, 2014, regarding Medical (Dental Request, Co-Pay, 5/16/14), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

This office has reviewed your grievance dated May 16, 2014 regarding your requests for dental treatment on May 16, 2014. In summary, you believe this was an emergency situation, but was not call-passed until May 23, 2014; of which you refused to sign the co-pay voucher, as again, you believed you had an emergency request.

The Grievance Officer's Report (M257) and subsequent recommendation dated June 16, 2014 and approval by the Chief Administrative Officer on June 24, 2014 have been reviewed.

It is noted Offender Crawford refused to sign the co-pay voucher; therefore, refusing treatment. HCU Staff determine whether or not the issue at hand is an emergency. This decision is not made or determined by the offender himself. Additionally, an offender must sign this document/voucher. If determined an offender is indigent or incident was an emergency, an offender will not be charged. If co-pay was deducted, it will be placed back onto his/her account.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance and relief requested be denied.

FOR THE BOARD:

Sherry Benton
Administrative Review Board
Office of Inmate Issues

CONCURRED:

S.A. Godinez
Director

cc:   Warden, Stateville Correctional Center
      Deandre Crawford, Register No. M30080



ILLINOIS DEPARTMENT OF CORRECTIONS

# RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: _____5/23/14_____     Date of Review: _____6/16/14_____     Grievance # (optional): M257

Committed Person: DeAndre Crawford                                    ID#: M30080

Nature of Grievance: Medical Treatment - Dental

Facts Reviewed: Grievant claims he needs emergency dental care for a broke tooth.

Per Medical Records, grievant was seen by dental on 5/23/14 and refused to pay the co-pay and left the dental department untreated.

**Inmate Issues**

**JUL 7 2014**

Recommendation:        **No action.**

Anna McBee, CCII
_____
        Print Grievance Officer's Name                                                        Grievance Officer's Signature
        **(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: __6/23/14__     ☑ I concur     ☐ I do not concur     ☐ Remand

Comments:

_____                          6/24/14
        Chief Administrative Officer's Signature                                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

De Andre Crawford _____     M30080     6/26/14
        Committed Person's Signature                            ID#                      Date

Distribution:    Master File; Committed Person                     Page 1                              DOC 0047 (Eff. 10/2001)
                                                                                                        (Replaces DC 5657)
                                                        Printed on Recycled Paper

ARB - Crawford  000207

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

B 408

| Date: 5/16/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify): MAY 23 2014

☐ Disciplinary Report: _____
Date of Report                           Facility where issued

STA # M257

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I was scheduled for emergency dental and In-House RA-sick call. At sick call I was seen by nurse Lidola. I informed her that my tooth, nose, and head was still hurting and the vision in my right eye was/is blurry. She asked me what would I like her to do, because I had already seen Dr. Obaisi and the dentist. Dental assistant Gabby called B-house to have me brought over to HCU. I asked c/o Harris to call back over to see if they still wanted me over there. Sgt. Butler over rode him.

Relief Requested: Get emergency dental care for the broke tooth I received from falling out the top bunk.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 5/16/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 5/20/14

☐ Send directly to Grievance Officer.    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: On 5/22/14 Dr. Suffeld stated Crawford M30080 is on the schedule to be seen.

| L. Dennis | Dennis | 5/22/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**mate Issues**

JUL 7 2014

Chief Administrative Officer's Signature                          ___/___/___ Date

Distribution: Master File; Offender            Page 1            DOC 0046 (8/2012)

Printed on Recycled Paper

ARB - Crawford  000208

and told him "if they need/want him they'll call for him.
Inmate King told Dr. Mitchell that I was in pain and
needed to be seen for my emergency call pass. She told
King to mind his business and she'll get me over when
ever.

DOC 0046 (8/2012)

Distribution: Master File; Offender          Printed on Recycled Paper

ARB - Crawford  000209

computed by the Department under rules and regulations that it
shall establish for that purpose. However, interest at the rate
of 6% per annum shall be charged on the balance of those costs
from time to time remaining unpaid, from the date of the
person's parole, mandatory supervised release, or release
constituting a final termination of his or her commitment to
the Department until paid.

(d-5) A person committed to the Department is entitled to
confidential testing for infection with human immunodeficiency
virus (HIV) and to counseling in connection with such testing,
with no copay to the committed person. A person committed to
the Department who has tested positive for infection with HIV
is entitled to medical care while incarcerated, counseling, and
referrals to support services, in connection with that positive
test result. Implementation of this subsection (d-5) is subject
to appropriation.

(e) A person committed to the Department who becomes in
need of medical or surgical treatment but is incapable of
giving consent thereto shall receive such medical or surgical
treatment by the chief administrative officer consenting on the
person's behalf. Before the chief administrative officer
consents, he or she shall obtain the advice of one or more
physicians licensed to practice medicine in all its branches in
this State. If such physician or physicians advise:

    (1) that immediate medical or surgical treatment is
required relative to a condition threatening to cause
death, damage or impairment to bodily functions, or
disfigurement; and

    (2) that the person is not capable of giving consent to
such treatment; the chief administrative officer may give
consent for such medical or surgical treatment, and such
consent shall be deemed to be the consent of the person for
all purposes, including, but not limited to, the authority
of a physician to give such treatment.

(e-5) If a physician providing medical care to a committed
person on behalf of the Department advises the chief
administrative officer that the committed person's mental or
physical health has deteriorated as a result of the cessation
of ingestion of food or liquid to the point where medical or
surgical treatment is required to prevent death, damage, or
impairment to bodily functions, the chief administrative
officer may authorize such medical or surgical treatment.

(f) In the event that the person requires medical care and
treatment at a place other than the institution or facility,
the person may be removed therefrom under conditions prescribed
by the Department. The Department shall require the committed
person receiving medical or dental services on a non-emergency
basis to pay a $5 $2 co-payment to the Department for each
visit for medical or dental services. The amount of each
co-payment shall be deducted from the committed person's
individual account. A committed person who has a chronic
illness, as defined by Department rules and regulations, shall
be exempt from the $5 $2 co-payment for treatment of the
chronic illness. A committed person shall not be subject to a
$5 $2 co-payment for follow-up visits ordered by a physician,
who is employed by, or contracts with, the Department. A
committed person who is indigent is exempt from the $5 $2
co-payment and is entitled to receive medical or dental
services on the same basis as a committed person who is
financially able to afford the co-payment. For the purposes

Inmate Issues

JUL 7 2014

Proof of Service

Please take notice that on June 30, 2014 I placed a copy of grievance and grievance office response in the Stateville C.C. mail properly addressed to the Administration Review Board

TO: Administrative Review Board
    P.O. Box 19277
    Springfield, IL. 62794-9277

Dated June 30, 2014

De Andre Crawford
DeAndre Crawford #n30080
P.O. Box 112
Joliet, IL. 60434

Subscribed and sworn to before me this 30th day June, 2014.

David Mansfield



DAVID MANSFIELD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 26, 2014

**Inmate Issues**

JUL 7 2014



# Illinois
## Department of
## Corrections

**PAT QUINN**
Governor

**S.A. GODINEZ**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: Crawford, Deandre                  Date: 12/19/14

Register # M30080

Facility: Stateville

This is in response to your grievance received on 7/24/14 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4/22/14  Grievance Number: 1844  Griev Loc: Stateville

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____ Incident # _____
- Ⓞ Other C/o Walker, Seizure, Clinic of 4/22/14.

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- Ⓞ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

Ⓞ Other: Claims against C/o Walker are unsubstantiated. You've since been seen at Seizure clinic.

FOR THE BOARD: _Sherry Benton_    CONCURRED: _S.A. Godinez_
Sherry Benton                                    S.A. Godinez
Administrative Review Board                       Director
                                                 12/22/14

CC: Warden, Stateville Correctional Center
    Crawford, Deandre  Register No. M30080

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **M30080** | **Counseling Date** | 04/25/14 15:31:52:393 |
| **Offender Name** | **CRAWFORD, DEANDRE** | **Type** | Personal |
| **Current Admit Date** | 07/17/2012 | **Method** | Face To Face |
| **MSR Date** | 02/12/2088 | **Location** | STA B |
| **HSE/GAL/CELL** | B -04-08 | **Staff** | DENNIS, LANDRIA A., Correctional Counselor II |

Requested a transaction statement.  Mailed.

# Proof of Service

Please take notice that on July 2014 I placed a copy of grievance stamped 1844 and grievance office response in the Stateville C.C. mail properly addressed to the Administration Review Board

To: Administrative Review Board
    P.O. Box 19277
    Springfield, IL. 62794-9277

Dated July 21, 2014

                    De Andre Crawford #M30080
                    P.O. Box 112
Subscribed and      Joliet, IL. 60434
sworn to before me
this 21st day July, 2014

David Mansfield

DAVID MANSFIELD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 26, 2014

Inmate Issues

JUL 2 4 2014

B408

| Grievance Officer's Report |
|---|

**Date Received:** 6/27/14          **Date of Review:** 7/7/14          **Grievance #** (optional): 1844

**Committed Person:** DeAndre Crawford          **ID#:** M30080

**Nature of Grievance:** Staff Conduct – Performance of Duty

**Facts Reviewed:** Grievant claims that C/O Walker refused to take him to the HCU for seizure clinic on 4/22/14. He wants to be rescheduled for seizure clinic and for C/O Walker to be disciplined.

Per Medical Records, grievant was seen in seizure clinic on 4/30/14.

Grievant has no authority to recommend discipline for staff.

*Inmate Issues*

*JUL 24·2014*

**Recommendation:**     **No action as it appears to be necessary.**

*Anna McBee*

Anna McBee, CCII
_____          _____
Print Grievance Officer's Name          Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7/7/14     ☑ I concur     ☐ I do not concur     ☐ Remand

**Comments:**

*Tarry William* ↵     7/8/14
_____          _____
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

*De Andre Crawford*          M30080          7/11/14
_____          _____          _____
Committed Person's Signature          ID#          Date

ARB - Crawford  000215

B408

| Date: 4/22/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify) JUN 27 2014

☐ Disciplinary Report: _____ / _____ / _____
       Date of Report        Facility where issued    STA— 1844

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
> Chief Administrative Officer, only if EMERGENCY grievance.
> Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Today I had a call pass for seizure cliche. C/o Walker refuse to let out both four and six gallery for their call passes. From 11am to 2:15pm C/o Walker stated that all call passes were on hold. However the hospital called at 1:30 to have all passes sent to HCU. This is an every day thing with C/o Walker. Warden Calloway was in B-house around 2:45-3:00. We told him that this was going on. I haven't been seen for my seizures since 1/24/14 I feel a concern for my health and safety with

Relief Requested: to be immediately scheduled for seizure clinche and disciplinary action for C/o Walker

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford      M30080      4/22/14
   Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: 4/25/14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: On 6/5/14 C/o Walker stated she does not recall the above alleged incident.

Inmate Issues

JUL 24 2014

L. Dennis      L. Dennis      6/5/14
Print Counselor's Name      Counselor's Signature      Date of Response

---

## EMERGENCY REVIEW

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?    ☐ Yes; expedite emergency grievance
                                  ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ / _____ / _____
Chief Administrative Officer's Signature          Date

ARB - Crawford 000216

C/o Walker working our house. This is a real worry we have dealing with C/o Walker and getting medical treatment. Which is also a violation of our constitutional rights and the imprisoned persons agreement act of M1.

DOC 0046 (8/201?)

ARB - Crawford  000217

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford_ _DeAndre_ _M 30080_
           Last Name              First Name            MI        ID#

Facility: _Stateville_

[X] Grievance: Facility Grievance # (if applicable) _1181_ Dated: _3/19/14 bottom_ or [ ] Correspondence: Dated: _____
                                                                  _3/19/13 top_
Received: _7/7/14_ Regarding: _Since Aug 2012, requesting of a_
          Date                  _Halal Diet._

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

[ ] Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

[ ] Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

[ ] Provide dates of disciplinary reports and facility where incidents occurred.

[ ] Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:  Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

---

**Misdirected:**

[ ] Contact your correctional counselor regarding this issue.

[ ] Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

[ ] Contact the Record Office with your request or to provide additional information.

[ ] Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

[ ] Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

[ ] Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

[X] Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

[ ] This office previously addressed this issue on _____.
                                                    Date

[ ] No justification provided for additional consideration.

---

**Other** (specify): _____

_____

Completed by: _Sherry Benton_    _S Benton_         _12, 19, 14_
               Print Name          Signature              Date

Distribution: Offender
              Inmate Issues

Printed on Recycled Paper          DOC 0070 (Rev.4/2013)

ARB - Crawford  000218

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE



| Grievance Officer's Report |
|---|

Date Received: 4/15/14      Date of Review: _____6/17/14_____      Grievance # (optional): 1181

Committed Person: DeAndre Crawford          ID#: M30080

Nature of Grievance: Dietary Issues

Facts Reviewed: Grievant wants to receive a Halal diet.

Per Counselor Dennis, per Chaplain Adamson, there is no Halal diet available in IDOC.

**Inmate Issues**

JUL 7 2014

Recommendation:      **Issue appropriately addressed by counselor. No action.**

Anna McBee, CCII
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: ___6/23/14___    ☑ I concur    ☐ I do not concur    ☐ Remand

Comments:

*Terry Williams* 48   6/23/14
Chief Administrative Officer's Signature          Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

DeAndre Crawford          M30080
Committed Person's Signature          ID#          Date

ARB - Crawford 000219

Grievance Office 3/19/13

B408

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 3/19/13 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☒ Dietary    ☐ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): _____

☐ Disciplinary Report: _____/_____/_____     Facility where issued STA# 1181
         Date of Report

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer,** only if EMERGENCY grievance.
   **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

÷. I have been writing grievance to gets on a halal diet, that Muslims are required to eat according to the Koran since August 2012. I have yet to get an answer. This is a clear violation of the Religious Land use and institutionized Persons Act, and the Free exercise clause aswell as the equal protection clause. Stateville along with chaplain Adamson refuses to address my Dietary needs! The current meals afforded me causes ~~also~~ severe acid reflux flare-ups. It also

**Relief Requested:** to receive halal meals.

**Inmate Issues**

over 60 days     JUL 7 2014

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

DeAndre Crawford      M30080      3.19.14
   Offender's Signature          ID#          Date

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| Date Received: 3 / 25 / 14 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Chaplain Adamson stated there is no halal diet available in IDOC.

L. Dennis         L. Dennis        4, 1, 14
Print Counselor's Name       Counselor's Signature       Date of Response

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: _____/_____/_____ | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

                                                      _____/_____/_____
   Chief Administrative Officer's Signature                                 Date

ARB - Crawford 000220

cause me to constantly be in a state of unpurity due
to an unnormal case of gas, which interfer with muslims
prayer. Stateville provides all other groups with their
prescribed diets, such as the Hebrews, Jewish people,
and vegetarians. This is a violation of my
constitutional violation

Printed on Recycled Paper

DOC 0046 (8/2012)

ARB - Crawford  000221

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Crawford**        **Deandre**        MI        **M30080** ID#
          Last Name            First Name

Facility: **Stateville**

☒ Grievance: Facility Grievance # (if applicable) **(3)** _____ Dated: **2/4/14, 1/26/14, 2/10/14** or ☐ Correspondence: Dated: _____

Received: **3/12/14** Regarding: **not recieved partial; not seen by mental health,**
          Date

The attached grievance or correspondence is being returned for the following reasons: **tx for prostate.**

---

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

---

Completed by: **Sarah Johnson**        *Sarah Johnson*        **4/14/14**
              Print Name                 Signature              Date

Distribution: Offender
              Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

ARB - Crawford  000222

B408

| Date: 2/4/14 | Offender: (Please Print) De Andre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☒ Medical Treatment    ☐ HIPAA

☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify): FEB 13 2014

☐ Disciplinary Report: ___/___/___  Date of Report     Facility where issued STA# **443**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.

    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.

    **Chief Administrative Officer,** only if EMERGENCY grievance.

    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): Failure to Provide Dentures in a Reasonable and Timely fashion thus causing me to suffer unnecessary pain when eating and mental anguish by having to walk around with numerous teeth missing. I had several teeth pulled by Dr. Mitchell in 2012, after which Dr. Mitchell stated she would fit me for partials. It wasn't until January 14, 2014 that Dr. Mitchell did the casting for the partials. Then two weeks later the partials came back and Dr. Mitchell refused to give the partials

Relief Requested: _____

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

De Andre Crawford      M30080    2/4/14
Offender's Signature       ID#      Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | | |
|---|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

**RECEIVED**
**MAR 12 2014**
**OFFICE OF INMATE ISSUES**

Print Counselor's Name      Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 2/18/14 | Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Michael Magana    48    2/19/14
Chief Administrative Officer's Signature      Date

ARB - Crawford 000223

further causing me to suffer pain trying
to eat foods. Thus violating my 8th
Amendment Right to cruel + unusual punishment +
and deliberate indifference. Dr. Garg on January
24, 2014 saw me and told me I had two cavities
she filled one and charged me $5 co-pay and
left the other despite me telling her the tooth
hurt. Dr. Garg told me to wait til Dr. Mitchell
came. At which time I saw Dr. Mitchell who told
me I had to get the filling before I get my
partials and she had another dentist a white female
whose name I don't know do the filling.
This dentist only did one despite the other
causing me pain. Dr. Brooks then saw me one
Dr. Mitchell's orders and Dr. Brooks stated there
is a big hole in the tooth and I told Dr. Brooks
to go ahead and fill the tooth. Dr. Brooks stated
that's up to Dr. Mitchell. Dr. Mitchell stated
that it can wait despite the tooth causing me
pain and none of these dentist gave me something
for the pain. Let alone a temporary filling
til a permanent one can be done. Thus
violating my Rights to deliberate indifference.

DOC 0046 (8/2012)

ARB - Crawford  000224

# OFFENDER'S GRIEVANCE

B408

| Date: 1-26-14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: STATeville | Facility where grievance issue occurred: STATe U. GRIEVANCE OFFICE | |

FEB 4 2014

## NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): ____

- [ ] Disciplinary Report: ____ / ____ / ____

Date of Report           Facility where Issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This grievance is for deliberate indifference to my medical needs. June 2013 physician assistant LaTanya Williams diagnosed me with an enlarged PROSTATe which had Been causing me and difficulties. Since then the problem has persisted and gotten worse. So I've put in numerous sick call slips which had went ignored til 1-13-14 approximately 3 months til I was seen at sick call. I saw Nurse named John who told me he didn't know what was going on and he'll put me in to see the doctor.

**Relief Requested:** I Be seen immediately By a physician and treated for my enlarged Prostate.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 1 / 26 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

Date Received: ____ / ____ / ____
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____

RECEIVED
MAR 12 2014
OFFICE OF
INMATE ISSUES

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

## EMERGENCY REVIEW

Date Received: 2/18/14

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Michael Magana | 2/19/14 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ARB - Crawford 000225

On 1-18-14 I saw Nurse named Heather at
Sick call who again told me she didn't know
what was going on and she would put me in to
see the doctor. On January 24, 14. I saw nurse
Michele and Dr. Davis at medical doctor call-
line for seizure clinic. I tried to inform Dr.
Davis about my Prostate Problem, yet Dr. Davis
Refused to even acknowledge the Problem
only wanted to address the seizure condition-
I've yet as of 1-26-14 been seen by a physician
or physician assistant for my Prostate
Condition, nor has anyone been monitoring
my condition since its diagnoses.
In violating my constitutional rights
to cruel & unusual punishment and deliberate
indifference to my medical needs By
delaying and Refusing me treatment.

ARB - Crawford  000226

B408

| Date: 2/10/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA  GRIEVANCE OFFICE
- ☐ Other (specify): _____

FEB 19 2014

538

- ☐ Disciplinary Report: ___ / ___ / ___
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have Not been seen for my mental illness in months. Dr. Kelly has sent me four In-house call passes to see him. The first one was for 1/14/14, 1/15/14, 1/21/14, 02/04/2014 With deliberate indifference Dr. Kelly failed to see me for those ~~session~~ sessions although he was in B-house seeing other patiences. Dr. Kelly changed the scheduleing of my psy meds without even seen me. Now I have been having adverse affects because of this. I had to fight through three mania eposides in January. I've been in a

**Relief Requested:** _____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 2 / 11 / 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___ / ___ / ___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

RECEIVED
MAR 12 2014
OFFICE OF INMATE ISSUES

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

**EMERGENCY REVIEW**

Seen by MH

| Date Received: 2 / 19 / 14 | Is this determined to be of an emergency nature? | ☒ Yes; expedite emergency grievance |
|---|---|---|
| | | ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Michael Magana

| Chief Administrative Officer's Signature | | 2 / 21 / 14 |
|---|---|---|
| | | Date |

ARB - Crawford  000227

mannic state for the last two weeks. According to the mental health rules we are to be seen every four to 6 weeks by our mental health docotor.

ARB - Crawford  000228

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _Crawford    Deandre_    _M30080_
              Last Name                 First Name       MI      ID#

Facility: _Stateville_

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _2/13/14_ or ☐ Correspondence: Dated: _____
Received: _3/12/14_ Regarding: _C/o Carroll 2/12/14, refused to let him_
        Date

The attached grievance or correspondence is being returned for the following reasons: _see Dr Kelly._

---

**Additional information required:**

☒ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☒ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. _& timely_

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                        Office of Inmate Issues
                                        1301 Concordia Court
                                        Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
                         319 E. Madison St., Suite A
                         Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                            Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _____

---

Completed by: _Sarah Johnson_                     _Sarah Johnson_           _4/14/14_
               Print Name                             Signature                   Date

Distribution: Offender
                Inmate Issues

ARB - Crawford  000229

# OFFENDER'S GRIEVANCE

B408

| Date: 2/13/14 | Offender: (Please Print) DeAndre Crawford | ID#: M30080 |
|---|---|---|
| Present Facility: Stateville | | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Mental Health

- [ ] Disciplinary Report: ____/____/____  
  Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 2/12/14 I was scheduled to see Dr. Kelly. Officer Carroll came to lets me out for the in-house call pass. She told me to take off my T-shirt and put on something else. Though my clothes were in compliance I put on my thermal long sleeves shirt. Ms. Carroll then told me "No that's not what I said put on." I told her "My clothes are in compliance." Ms Carroll then told me "you either wear what I want you to wear or I'll tell them you refused." I told Ms. Carroll that I was not refusing and that I was In

Relief Requested: To have both c/o Carrol and Sgt/c/o Severs removed from B-house because I fear of retaliation for filing this grievance

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| DeAndre Crawford | M30080 | 2/13/14 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

## Counselor's Response (if applicable)

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

RECEIVED MAR 12 2014 OFFICE OF INMATE ISSUES

| Print Counselor's Name | Counselor's Signature | Date of Response |
|---|---|---|

---

## EMERGENCY REVIEW

| Date Received: 3,4,14 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Michael Magana    3,4,14

Chief Administrative Officer's Signature      Date

ARB - Crawford 000230

incompliance. Ms. Carroll then walked away saying "You just refused them." Acting with deliberate indifference Ms. Carroll told Dr. Kelly and acting Sgt. Severs that I refuse to see him. Stateville has implemented the rule that inmates are not allowed to refuse mental health passes, and are to be give a disciplinary ticket if they do. I called for the Sgt. for 20 minutes before Severs came out onto 2 gallery to look up at me. He said, "are you covered?" I showed him that I was. He said okay I'll be let out. One hour later acting Sgt. Stroves Severs came to my cell on four gallery with Dr. Kelly. Dr. Kelly tried to force me to sign a refusal sheet. I specifically told Dr. Kelly that I did not and was not refusing. With deliberate indifference Dr. Kelly told me that since I've already wrote a grievance on him he'll just reschedule me. I asked Severs why he didn't let me out. He said, "you know some people around here a bugs, but I have to side with her so she can save face." This shows deliberate indifference on acting Sgt. Severs part because he knowingly and willingly assisted c/o Carroll with denied denying me much needed mental health care. I have been putting in for a month to see Dr. Kelly because of a severe bout with mania. I ask to speak to the crisis team because this incident cause a downward spin in my current mental state. Both c/o Carroll and acting Sgt. Severs refused to call the crisis team.

DOC 0046 (8/2013)

ARB - Crawford  000231