044633/19344/MHW/JJL/BRF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANDRE CRAWFORD,<br><br>        Plaintiff,<br><br>v.<br><br>DR. ANGUINALDO, C/O ANASTACIO, C/O CANNAHAN, C/O RAGUSA, CHIEF ENGINEER DOLY, C/O DANALWHICH, L. DIAZ, LT. BENNETT, LT. BURKBILE, LT. MR. GIVENS, SGT. CARROLL, SGT. HART, SGT. HEPLIN, SGT. WHITFIELD, WARDEN PFISTER, DR. SALAH OBAISI, and WEXFORD HEALTH SOURCES, INC. (nominal defendant),<br><br>        Defendants. | Case Number 18-cv-4882<br><br>Hon. Judge Edmond E. Chang |

## NOTICE OF MOTION

To:    See Attached Service List

       PLEASE TAKE NOTICE that on **June 11, 2019**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard we shall appear before the Honorable Edmond E. Chang, **Room 2119**, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, on or before any other Judge who may be hearing his call of Motions, on that day in his place and stead and shall then and there present the attached **Defendant Dr. Aguinaldo and Ghaliah Obaisi, Independent Executor of the Estate of Dr. Obaisi, Motion for Summary Judgment for Failure to Exhaust Administrative Remedies**, a copy of which is herewith served upon you.

                                  Respectfully submitted,

                                  CASSIDAY SCHADE LLP

                                By: s/Brett R. Furmanski
                                    One of the Attorneys for Defendants,
                                    EVARISTO AGUINALDO, M.D., and
                                    GHALIAH OBAISI, as Independent Executor of
                                    the Estate of SALEH OBAISI, M.D.

Brett R. Furmanski
ARDC No. 6326924
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bfurmanski@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019 I electronically filed the foregoing document with the clerk of the court for the Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

Dated: June 4, 2019                                          By: s/Brett R. Furmanski

Brett R. Furmanski
ARDC No. 6326924
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
bfurmanski@cassiday.com

9173848 BFURMANS;JBARRETT