**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

DeAndre Crawford
                            Plaintiff,

v.                                                     Case No.: 1:18−cv−04882
                                                               Honorable Edmond E. Chang

Warden Pfister, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 7, 2019:

      MINUTE entry before the Honorable Edmond E. Chang: The motion [57] for entry of protective order is granted; it will be posted on the docket separately. The notice of presentment for the summary judgment motion [60] on exhaustion filed by Defendants Aguilnaldo and Estate of Obaisi is reset from 06/11/2019 to 06/19/2019 at 9:30 a.m. to coincide with the previously set status hearing. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.