UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

DeAndre Crawford
                        Plaintiff,

v.                                           Case No.: 1:18−cv−04882
                                                      Honorable Mary M. Rowland

Charles Best, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 3, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report and stipulated motion to extend discovery schedule. Parties' stipulated motion to extend discovery deadlines by 90 days is granted. Discovery deadlines are modified as follows: Fact Discovery to close December 14, 2020; Plaintiff's Expert Disclosures due December 29, 2020; Defendants' Expert Disclosures due January 28, 2021; Plaintiff's Rebuttal Expert Disclosures due February 25, 2021; Expert Discovery to close and Deadline for Completing Expert Depositions March 16, 2021. Parties shall file a joint status report on 12/18/20. In the status report, parties shall update the Court on the status of the case and also report whether a settlement conference would be productive or propose a reasonable summary judgment briefing schedule. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.