# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DeAndre Crawford,** | **Case Number 1:18-cv-4882** |
| *Plaintiff,* | **Judge Mary M. Rowland** |
| v. | |
| **Charles Best, et al.,** | |
| *Defendants.* | |

## JOINT STATUS REPORT AND STIPULATED MOTION TO EXTEND DISCOVERY SCHEDULE

Pursuant to the Court's August 3, 2020 order (ECF No. 105), the parties hereby submit the following Joint Status Report and Stipulated Motion to Extend Discovery Schedule:

1. Discovery in this matter is nearing completion. The parties believe they have served all necessary discovery. Plaintiff and Defendants have exchanged written discovery and produced nearly all responsive materials. The parties have also conducted 8 depositions so far.

2. Although the parties do not anticipate serving any further discovery, they require some additional time to complete outstanding discovery. In particular, the parties will be unable to schedule and complete 4 depositions (three fact witnesses and one 30(b)(6) deposition) prior to the discovery completion date. In addition, there are a small number of document requests outstanding (e.g. requests for certain x-ray films and photographs). The parties have met and conferred on these issues and believe that they will be able to complete them before the end of January.

739250766.2

3. In light of the above, the parties request that the Court extend the discovery deadline. The current discovery schedule and the proposed amended schedule are set forth below:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | December 14, 2020 | January 29, 2021 |
| Plaintiff's Expert Disclosures | December 29, 2020 | February 19, 2021 |
| Deadline for Deposing Plaintiff's Experts | N/A | March 19, 2021 |
| Defendants' Expert Disclosures | January 28, 2021 | April 2, 2021 |
| Deadline for Deposing Defendants' Experts | N/A | April 30, 2021 |
| Plaintiff's Rebuttal Expert Disclosures | February 25, 2021 | May 14, 2021 |
| Close of Expert Discovery and Deadline for All Expert Depositions | March 16, 2021 | May 28, 2021 |
| Dispositive Motion Deadline | To be determined following the close of discovery | June 28, 2021 |
| Opposition to Dispositive Motions | N/A | July 28, 2021 |
| Reply in Support of Dispositive Motions | N/A | August 11, 2021 |

4. The requested extension is made in good faith and not for the purposes of delay. This is the parties' second request to extend the discovery schedule.

5. Pursuant to the Court's August 3, 2020 order, the Parties have set forth a proposed summary judgment briefing schedule in the above case management schedule.

2

6. The parties were unable to reach agreement regarding whether a settlement conference would be productive at this time.

| | |
|---|---|
| December 18, 2021 | Respectfully submitted, |

/s/ *Samuel P. Myler*
Mark McLaughlin
Marc R. Kadish
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Tel: (312) 782-0600
Fax: (312) 706-8238
*Counsel for Plaintiff*

/s/ *Brett R. Furmanski*
Brett R. Furmanski
Cassiday Schade LLP
222 W. Adams St., Suite 2900
Chicago, IL 60606
(312) 641-3100
*Counsel for Wexford Defendants*

/s/ *Jonathon Kangwa*
Jonathon Kangwa
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-7201
*Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2020, a copy of the foregoing was submitted to the Court via ECF. Courtesy copies of this document were sent via electronic mail to all counsel of record at the electronic mail addresses provided in connection with their appearances in this case.

                                    /s/ *Samuel P. Myler*
                                    *Counsel for Plaintiff*