IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEANDRE CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No: 1:18-cv-04882 |
| v. | ) | |
| | ) | Hon. Mary M. Rowland |
| CHARLES BEST, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff and Defendants (collectively, the "Parties"), by and through their respective counsel, jointly request that fact discovery be extended to April 2, 2021 to enable the Parties to resolve certain outstanding discovery issues. Together, the Parties state the following:

1. This case involves prisoner Deandre Crawford's 42 U.S.C. § 1983 allegations that several Illinois Department of Corrections ("IDOC") officers and staff failed to fix his faucet; failed to provide him a mattress; and retaliated against him by filing disciplinary charges against him. (ECF #5.)

2. On December 21, 2020, this Court granted the Parties' stipulated motion to extend fact discovery to January 29, 2021. (ECF #109.)

3. Despite the Parties' efforts, the following discovery issues remain outstanding:

   a. A subpoena served on non-party IDOC;

   b. Three depositions (two fact witnesses and one 30(b)(6) deposition);

    c. Certain interrogatories and document requests served by Defendants.

4. The Parties have not sat idle with respect to discovery. Since the December 21, 2020, order, the Parties have completed a deposition, scheduled the two outstanding fact witnesses' depositions for February 11, 2021, and conferred on the outstanding written discovery. Both sides believe the outstanding discovery can be resolved without Court intervention given additional time.

5. Therefore, the Parties respectfully request that the Court modify the scheduling order to afford the Parties an additional sixty days to ensure the remaining depositions are completed and the outstanding written discovery is resolved. The current scheduling order and the proposed revised scheduling order is set forth below:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | January 29, 2021 | April 2, 2021 |
| Plaintiff's Expert Disclosures | February 19, 2021 | April 20, 2021 |
| Deadline for Deposing Plaintiff's Experts | March 19, 2021 | May 18, 2021 |
| Defendants' Expert Disclosures Due | April 2, 2021 | June 1, 2021 |
| Deadline for Deposing Defendants' Experts | April 30, 2021 | June 29, 2021 |
| Plaintiff's Rebuttal Expert Disclosures Due | May 14, 2021 | July 13, 2021 |
| Expert Discovery to Close and Deadline for Completing Expert Depositions | May 28, 2021 | July 27, 2021 |
| Deadline for Filing Dispositive Motions | June 28, 2021 | August 27, 2021 |
| Deadline for Filing Responses to Dispositive Motions | July 28, 2021 | September 27, 2021 |
| Deadline for Filing Replies in Support of Dispositive | August 11, 2021 | October 11, 2021 |

| Motions | | |
|---|---|---|

6.  In the event that the Parties are unable to complete the outstanding discovery within sixty days, they will raise the issue with the Court via an appropriate motion to compel or motion for a protective order before the close of fact discovery.

WHEREFORE, the parties respectfully request that the Court extend the fact discovery cut-off date to April 2, 2021 and modify the case schedule as set forth above.

Dated: February 1, 2021

Respectfully submitted by,

/s/ Samuel P. Myler
Mark McLaughlin
Marc R. Kadish
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Tel: (312) 782-0600
Fax: (312) 706-8238
*Counsel for Plaintiff*

/s/ Jonathan C. Kangwa
JONATHAN C. KANGWA
Assistant Attorney General
100 W. Randolph St.,
13th Fl.
Chicago, Illinois 60601
(312) 814-7201
JKangwa@atg.state.il.us
*Counsel for the State Defendants*

/s/ Brett R. Furmanski
Brett R. Furmanski
Cassiday Schade LLP
222 W. Adams St., Suite 2900
Chicago, IL 60606
(312) 641-3100
*Counsel for Wexford Defendants*