# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEANDRE CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>EVARISTO AGUINALDO, M.D., et al.,<br><br>    Defendants. | Case Number 18-cv-4882<br><br>Judge Mary M. Rowland |

## STIPULATION TO DISMISS CLAIMS

Plaintiff, DEANDRE CRAWFORD, and Defendants, LIDIA DIAZ, R.N., EVARISTO AGUINALDO, M.D., and GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., hereby stipulate to the dismissal of Plaintiff's claims against Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants agree as follows:

1. Plaintiff voluntarily dismisses his claims against Defendants, without prejudice;

2. Within thirty (30) days of entry of this Stipulation to Dismiss, the dismissal of the Defendants shall automatically convert to a dismissal "with prejudice" unless Plaintiff files a motion to enforce the settlement; and,

3. Each party shall bear his own attorneys' fees, costs and expenses incurred in connection with litigating this claim.

AGREED:

/s/ *Samuel P. Myler*
Mark McLaughlin
Marc R. Kadish
Samuel P. Myler
MAYER BROWN LLP
*Counsel for Plaintiff*

/s/ *Joseph J. Lombardo*
Cassiday Schade LLP
*Counsel for Defendants,*
LIDIA DIAZ, R.N., EVARISTO
AGUINALDO, M.D., and
GHALIAH OBAISI, as Independent Executor
of the Estate of SALEH OBAISI, M.D.

753773633.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2023 a copy of the foregoing was submitted to the Court via ECF. Courtesy copies of this document were sent via electronic mail to all counsel of record at the electronic mail addresses provided in connection with their appearances in this case.

                                      /s/ *Samuel P. Myler*
                                      *Counsel for Plaintiff*